**Certificate of Service**

I certify I caused a copy of the foregoing Motion to Dismiss or Consolidate to be served by first class mail upon *pro se* plaintiffs at:

SAM L. CLEMMONS
548 Saint Charles Place
Brookhaven, MS 39601


on this 5th of September 2006.



_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS **Plaintiff,** | ) |
| 548 Saint Charles Place | ) |
| Brookhaven, MS 39601 | ) Civil Action No. 1:06-CV-0510 (RCL) |
| | ) |
| **THE UNITED STATES** | ) |
| **DEPARTMENT OF THE ARMY** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and redelegated to me on March 20, 2006, hereby certify that I have read the amended complaint in <u>Clemmons v. United States Department of the Army</u>, CA 1:06-CV-0510 (RCL).  On the basis of the information now available to me with respect to the incidents alleged therein, I find that Allan T. Downen was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

September 5, 2006

_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney
Chief, Civil Division

Overlapping text (Certificate of Service):

CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing Motion to Dismiss or Consolidate to be served by first class mail upon Plaintiffs at:

SAM L. CLEMMONS
548 Saint Charles Place
Brookhaven, MS 39601

this 5th of September, 2006.

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895