AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS

V.

DEPARTMENT OF THE ARMY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00510

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 03/20/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD STREET, NW
WASHINGTON, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
SEP 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON        MAR 16 2006
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | SEPT. 5TH, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAM L. CLEMMONS | PLAINTIFF PRO SE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: U.S. ATTORNEY OFFICE @ 501 3RD STREET N.W. WASHINGTON, DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| EXPRESS MAIL SERVICE | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPT 5TH, 2006    *[signature]*
                Date                    Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: **1:06CV00510 (RCL)**

V

Department of Army
**Attn: U.S. Attorney**
**501 3rd Street, NW**
Washington, DC 20001

## AFFIDAVIT OF SERVICE

I, **SAM L. CLEMMONS**, hereby declare that on the **5TH of JULY 2006**, I mailed a copy of the summons and complaint, certified express mail return receipt requested with TRACKING # ED 973 870 648 US to: The Department of Army, ATTN: U.S. Attorney Office, 501 3rd Street, NW, Washington, DC 20001 (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY
501 3RD STREET, N.W.
WASHINGTON, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): SANDRA CARTER
C. Date of Delivery: 7-7-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): ED9738706480S

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Sam L. Clemmons v. Dept of Army Office of the General Counsel, Washington, DC 20310-0104



```
          Barrett Parkway Station
              Kennesaw, Georgia
                   301449997
                 1204440259-0098
 07/05/2006       (770)422-4103      04:04:48 PM
                 ---- Sales Receipt ----
 Product       Sale    Unit        Final
 Description    Qty    Price       Price

 WASHINGTON DC 20530 EM                $14.40
  PO-Add Flat Rate
  9.80 oz.
   Label #:        ED973870651US
   Next Day Noon  / Normal
   Delivery
   Return Rcpt (Green Card)            $1.85
                                      ========
         Issue PVI:                   $16.25

 WASHINGTON DC 20001 EM                $14.40
  PO-Add Flat Rate
  9.80 oz.
   Label #:        ED973870648US
   Next Day Noon  / Normal
   Delivery
   Return Rcpt (Green Card)            $1.85
                                      ========
         Issue PVI:                   $16.25

 WASHINGTON DC 20310 EM                $14.40
  PO-Add Flat Rate
  9.80 oz.
   Label #:        ED973870665US
   Next Day Noon  / Normal
   Delivery
                                      ========
         Issue PVI:                   $14.40

 $1 Wisdom PSA      1    $1.00         $1.00
 1c Amer            1    $0.01         $0.01
  Kestrel PSA
 84c Yosemite       1    $0.84         $0.84
  PSA
                                      --------
 Total:                                $48.75

 Paid by:
   AMEX                                $48.75
      Account #         XXXXXXXXXXXX2002
      Approval #:          566194
      Transaction #:          248
   23 902850908 4104710777

 Order stamps at USPS.com/shop or call
 1-800-Stamp24.  Go to
 USPS.com/clicknship to print shipping
 labels with postage.  For other
 information call 1-800-ASK-USPS.
 Bill#:   1000200547874
 Clerk:   01

 -- All sales final on stamps and postage. --
       Refunds for guaranteed services only.
            Thank you for your business.
                  Customer Copy
```



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **ED97 3870 648U S**
Status: **Delivered**

Your item was delivered at 10:57 am on July 06, 2006 in WASHINGTON, DC 20001 to US ATTORNEY. The item was signed for by S ROBINSON.

Track & Confirm

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do            9/2/2006



Case 1:06-cv-00510-RCL    Document 8    Filed 09/05/2006    Page 6 of 7



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **ED97 3870 648U S**
Detailed Results:

- **Delivered, July 06, 2006, 10:57 am, WASHINGTON, DC 20001**
- **Arrival at Unit, July 06, 2006, 9:54 am, WASHINGTON, DC 20001**
- **Enroute, July 06, 2006, 6:55 am, WASHINGTON, DC 20074**
- **Acceptance, July 05, 2006, 4:01 pm, KENNESAW, GA 30144**

( < Back )        ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do          9/2/2006




**UNITED STATES**
**POSTAL SERVICE**

Date: 08/31/2006


SAM CLEMMONS
PO BOX 347
BROOKHAVEN, MS 39602-0347

Dear SAM CLEMMONS:

The following is in response to your 08/31/2006 request for delivery information on your Express Mail item number ED97 3870 648U S. The delivery record shows that this item was delivered on 07/06/2006 at 10:57 AM in WASHINGTON, DC 20001 to S ROBINSON. The scanned image of the recipient information is provided below.

Delivery section

Signature of Recipient:  *Shauna Robinson*
                        Shauna Robinson

Address of Recipient:   555 4th ST NW

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.


Sincerely,

United States Postal Service