AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS

V.

DEPARTMENT OF THE ARMY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00510

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 03/16/2006

TO: (Name and address of Defendant)

**DEPARTMENT OF THE ARMY**
**ATTN: OFFICE OF THE GENERAL COUNSEL**
**104 ARMY PENTAGON**
Washington, DC 20310

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
SEP 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON
CLERK

MAR 16 2006
DATE

Janette Stewart-Lovel
(By) DEPUTY CLERK

23

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE SEPT 5TH, 2006 |
|---|---|
| NAME OF SERVER (PRINT) SAM L. CLEMMONS | TITLE PLAINTIFF, PRO SE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: DEPARTMENT OF THE ARMY, ATTN: OFFICE OF THE GENERAL COUNSEL @ 104 ARMY PENTAGON, WASHINGTON, DC 20310

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| EXPRESS MAIL SERVICE | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPT 5TH, 2006 [signature]
Date — Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: **1:06CV00510 (RCL)**

V

Department of Army
**Attn: U.S. Office of the General Counsel**
104 Army Pentagon
Washington, DC 20310

**AFFIDAVIT OF SERVICE**

**I, SAM L. CLEMMONS, hereby declare that on the 5TH of JULY 2006, I mailed a copy of the summons and complaint, certified express mail return receipt requested with TRACKING # ED 973 870 665 US to: The Department of Army, ATTN: Office of the General Counsel, 104 Army Pentagon, Washington, DC 20310 (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DEPARTMENT OF THE ARMY
ATTN: OFFICE OF THE GENERAL COUNSEL
104 ARMY PENTAGON
WASHINGTON, DC 20310

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name) Linda McGettigan C. Date of Delivery 7/7/06

D. Is delivery address different from item 1? ☒ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) ED973870665US US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

9601

30

Barrett Parkway Station
Kennesaw, Georgia
301449997
1204440259-0098
)7/05/2006 (770)422-4103 04:04:48 PM

Sales Receipt

| ʼroduct )escription | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| /ASHINGTON DC 20530 EM | | | $14.40 |
| ʼ0-Add Flat Rate | | | |
| 9.80 oz. | | | |
| Label #: ED973870651US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| | | | ======== |
| Issue PVI: | | | $16.25 |
| /ASHINGTON DC 20001 EM | | | $14.40 |
| ʼ0-Add Flat Rate | | | |
| 9.80 oz. | | | |
| Label #: ED973870648US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| | | | ======== |
| Issue PVI: | | | $16.25 |
| /ASHINGTON DC 20310 EM | | | $14.40 |
| ʼ0-Add Flat Rate | | | |
| 9.80 oz. | | | |
| Label #: ED973870665US | | | |
| Next Day Noon / Normal Delivery | | | |
| | | | ======== |
| Issue PVI: | | | $14.40 |
| 31 Wisdom PSA | 1 | $1.00 | $1.00 |
| ɪc Amer (estrel PSA | 1 | $0.01 | $0.01 |
| 34c Yosemite ʼSA | 1 | $0.84 | $0.84 |

ʼotal: $48.75

ʼaid by:
\MEX $48.75
Account # XXXXXXXXXXXX2002
Approval #: 566194
Transaction #: 248
23 902850908 4104710777

)rder stamps at USPS.com/shop or call
.-800-Stamp24. Go to
JSPS.com/clicknship to print shipping
abels with postage. For other
nformation call 1-800-ASK-USPS.
3ill#: 1000200547874
:lerk: 01

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

ED 973870665 US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®
Post Office To Addressee
Customer Copy
Label 11-B, March 2004

FOR PICKUP OR TRACKING
visit www.usps.com
Call 1-800-222-1811

DELIVERY (POSTAL USE ONLY)
CUSTOMER USE ONLY
PAYMENT BY ACCOUNT
WAIVER OF SIGNATURE
NO DELIVERY
Postage $ 14.40
Return Receipt Fee 1.85
Total Postage & Fees $ 16.25
TO: (PLEASE PRINT)
FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

25



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **ED97 3870 665U S**
Status: **Delivered**

Your item was delivered at 11:42 am on July 06, 2006 in WASHINGTON, DC 20301 to PENT DOD 20301 R6 . The item was signed for by E JULIEN.

Additional Details > Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

27



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **ED97 3870 665U S**
Detailed Results:

- **Delivered, July 06, 2006, 11:42 am, WASHINGTON, DC 20301**
- **Arrival at Unit, July 06, 2006, 9:54 am, WASHINGTON, DC 20022**
- **Enroute, July 06, 2006, 6:55 am, WASHINGTON, DC 20074**
- **Acceptance, July 05, 2006, 4:02 pm, KENNESAW, GA 30144**

< Back

Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. 

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

22



 UNITED STATES
POSTAL SERVICE

Date: 08/31/2006

SAM CLEMMONS
PO BOX 347
BROOKHAVEN, MS 39602-0347

Dear SAM CLEMMONS:

The following is in response to your 08/31/2006 request for delivery information on your Express Mail item number ED97 3870 665U S. The delivery record shows that this item was delivered on 07/06/2006 at 11:42 AM in WASHINGTON, DC 20301 to E JULIEN. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient: [signature]

EUGENE JULIEN

Address of Recipient: Pentagon 20301

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

27

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS

V.

DEPARTMENT OF THE ARMY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00510

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 03/26/2006

TO: (Name and address of Defendant)

**DEPARTMENT OF THE ARMY**
**OFFICE OF THE STAFF JUDGE ADVOCATE**
**Attn: Chief, Claims Branch Manager Allan T. Downen**
419 B Street
Fort Gordon, Georgia 30905-5280

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

MAR 16 2006
DATE

Janette Stewart-Curl
(By) DEPUTY CLERK

33



**Track/Confirm - Intranet Item Inquiry - Domestic**

**Item: ED97 3870 679U S** **Date/Time Mailed: 05/01/2006 13:29**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 30905 | **City:** AUGUSTA | **State:** GA |
| **Origin** | **ZIP Code:** 30328-9997 | **City:** ATLANTA | **State:** GA |

**Class:** Express Mail - PO to addressee

**Scheduled Delivery Date:** 05/02/2006 15:00

**Weight:** 0 **lb(s)** 9 **oz(s)** **Postage:** $14.40

**Firm Book ID:** 5199 9990 0007 0313 9255

**Delv Rqmt:** Normal **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| FORWARDED TO | 05/02/2006 16:16 | AUGUSTA, GA 30905 | |
| FORWARDED | 05/02/2006 16:16<br>Request Delivery Record | AUGUSTA, GA 30905 | 00A71G12F |
| DELIVERED | 05/02/2006 14:43<br>Firm Name: DDEAMC<br>Recipient: 'W GRICE'<br>Request Delivery Record<br>View Delivery Signature and Address | AUGUSTA, GA 30905 | K958452 |
| ARRIVAL AT UNIT | 05/02/2006 10:08 | AUGUSTA, GA 30909 | 00A71G12F |
| ENROUTE | 05/02/2006 04:56 | AUGUSTA, GA 30901 | L360569 |
| ACCEPT OR PICKUP | 05/01/2006 13:29 | ATLANTA, GA 30328 | |

**Enter Request Type and Item Number:**

**Quick Search** ◉ **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

36

SANDY SPRINGS FINANCE UNIT
ATLANTA, Georgia
303289997
1204440024-0098
05/01/2006 (800)275-8777 01:32:07 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| AUGUSTA GA 30905 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 8.80 oz. | | | |
| Label #: ED973870679US | | | |
| Day 3PM / Normal | | | |
| Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |

Total: $16.25

Paid by:
AMEX $16.25
Account # XXXXXXXXXXXX2002
Approval #: 542279
Transaction #: 839
23 902850395 4104710777

Bill#: 1000201453304
Clerk: 03

- All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®
Customer Copy
Label 11-B, March 2004
Post Office To Addressee

ED 973870679 US

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 30328
Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day
Postage: $ 14.40
Date Accepted: Mo. Day Year
Scheduled Date of Delivery: Month Day
Return Receipt Fee: $ 1.85
Time Accepted: ☐ AM ☐ PM
Scheduled Time of Delivery: ☐ Noon ☑ 3 PM
COD Fee: $
Insurance Fee: $
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $ 16.25
Flat Rate ☐ or Weight: lbs. ozs.
Int'l Alpha Country Code
Acceptance Emp. Initials: RL

FROM: (PLEASE PRINT) PHONE ( )
Mrs. Mary L. Lee, Paralegal
c/o Sam Clemmons
P.O. Box 28556
Atlanta, GA 30358

FOR PICKUP OR TRACKING
Visit www.usps.com
EMS

DELIVERY (POSTAL USE ONLY)

Delivery Attempt: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature
Delivery Attempt: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature
Delivery Date: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday
Mailer Signature

TO: (PLEASE PRINT) PHONE ( )
Department of the Army
Attn: Chief, Claims Branch MGR
Allan T. Downey
419 B Street
Fort Gordon, GA 30905-5280

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
30905 + 5280

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

(35)



**Track/Confirm - Intranet Item Inquiry**
**Item Number: ED97 3870 679U S**

**This item was delivered on 05/02/2006 at 14:43**

| | Delivery Section |
|---|---|
| **Signature:** | Wanda Geroe |
| **Address:** | DPGHMC |

**Enter Request Type and Item Number:**

**Quick Search** ◉ **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: 1:06CV00510 (RCL)

V

Department of the Army
Office of the General Counsel
Washington, DC 20310-0104

**AFFIDAVIT OF SERVICE**

**I, SAM L. CLEMMONS, hereby declare that on the 1ST of MAY 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to DOA ATTN: ALLAN T. DOWNEY (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DEPARTMENT OF THE ARMY
ATTN: CHIEF ALLAN T. DOWNEY
419 B STREET
FORT GORDON, GA 30905-5280

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) [signature]
C. Date of Delivery 4 May 06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☑ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label) ED973870679US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

PH #: 866-409-7758

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY that on this 6th day of September 2006, a true copy of the PLAINTIFF'S 2ND MOTION REQUESTS TO ENTER DEFAULT BY THE OFFICE OF THE CLERK OF THE COURT AGAINST SUCH DEFENDANTS was served by certified mail delivery and FedEx Express Carrier concerning case # 1:06CV00510 (RCL):**

To: Defendant's Counsel

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

**CERTIFIED MAIL: 7006 0100 0001 6544 2075**

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

**FedEx Express Mail Tracking #: 8553 1690 4830**

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

39