AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS
v.
DEPARTMENT OF THE ARMY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00510

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy ACTION

DATE STAMP: 03/16/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
SEP 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON       MAR 16 2006
CLERK                            DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE SEPT. 5TH, 2006 |
| NAME OF SERVER (PRINT) SAM L. CLEMMONS | TITLE PLAINTIFF, PRO SE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. ATTORNEY GENERAL (D.O.J.) @ 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| EXPRESS MAIL SERVICE | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPT 5TH, 2006
*Date*

*Signature of Server*

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
           Barrett Parkway Station
              Kennesaw, Georgia
                  301449997
               1204440259-0098
07/05/2006      (770)422-4103      04:04:48 PM

================ Sales Receipt ================
Product           Sale    Unit         Final
Description       Qty     Price        Price

WASHINGTON DC 20530 EM                 $14.40
PO-Add Flat Rate
9.80 oz.
   Label #:          ED973870651US
   Next Day Noon  / Normal
   Delivery
   Return Rcpt (Green Card)            $1.85
                                    ========
            Issue PVI:                $16.25

WASHINGTON DC 20001 EM                 $14.40
PO-Add Flat Rate
9.80 oz.
   Label #:          ED973870648US
   Next Day Noon  / Normal
   Delivery
   Return Rcpt (Green Card)            $1.85
                                    ========
            Issue PVI:                $16.25

WASHINGTON DC 20310 EM                 $14.40
PO-Add Flat Rate
9.80 oz.
   Label #:          ED973870665US
   Next Day Noon  / Normal
   Delivery
                                    ========
            Issue PVI:                $14.40

$1 Wisdom PSA       1    $1.00         $1.00
1c Amer             1    $0.01         $0.01
Kestrel PSA
84c Yosemite        1    $0.84         $0.84
PSA
                                    --------
Total:                                $48.75

Paid by:
AMEX                                  $48.75
   Account #            XXXXXXXXXXXX2002
   Approval #:          566194
   Transaction #:       248
   23 902850908 4104710777

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#:  1000200547874
Clerk:  01

— All sales final on stamps and postage. —
     Refunds for guaranteed services only.
          Thank you for your business.
                  Customer Copy
```

(17)



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **ED97 3870 651U S**
Status: **Delivered**

Your item was delivered at 12:07 pm on July 06, 2006 in WASHINGTON, DC 20530 to JUSTICE 20530 PU . The item was signed for by A FRAZIER.

[ Additional Details > ]   [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  [ Go > ]



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          9/2/2006



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **ED97 3870 651U S**
Detailed Results:

- **Delivered, July 06, 2006, 12:07 pm, WASHINGTON, DC 20530**
- **Notice Left, July 06, 2006, 10:25 am, WASHINGTON, DC 20530**
- **Notice Left, July 06, 2006, 9:57 am, WASHINGTON, DC 20530**
- **Arrival at Unit, July 06, 2006, 9:54 am, WASHINGTON, DC 20022**
- **Enroute, July 06, 2006, 6:55 am, WASHINGTON, DC 20074**
- **Acceptance, July 05, 2006, 3:59 pm, KENNESAW, GA 30144**

(< Back)    (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. (Go >)



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                                9/2/2006

 **UNITED STATES POSTAL SERVICE**

Date: 08/31/2006

SAM CLEMMONS
PO BOX 347
BROOKHAVEN, MS 39602-0347

Dear SAM CLEMMONS:

The following is in response to your 08/31/2006 request for delivery information on your Express Mail item number ED97 3870 651U S. The delivery record shows that this item was delivered on 07/06/2006 at 12:07 PM in WASHINGTON, DC 20530 to A FRAZIER. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient: *[signature]*

Address of Recipient: *Alvin E. Frazier*
*Justice 20530*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

                CIVIL ACTION NO: <u>1:06CV00510 (RCL)</u>

   V

Department of Army
**Attn: U.S. ATTORNEY GENERAL**
950 Pennsylvania Avenue, NW
Washington, DC 20530

### AFFIDAVIT OF SERVICE

I, <u>SAM L. CLEMMONS</u>, hereby declare that on the <u>5TH of JULY 2006</u>, I mailed a copy of the summons and complaint, certified express mail return receipt requested with TRACKING <u># ED 973 870 651 US</u> to: <u>The Department of Army, ATTN: U.S. ATTORNEY GENERAL, 950 PENNSYLVANIA AVE, NW. WASHINGTON, DC 20530</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

[Attached USPS PS Form 3811 Domestic Return Receipt showing:
- Article Addressed to: U.S. ATTORNEY GENERAL, 950 PENNSYLVANIA AVE, NW, WASHINGTON, DC 20530
- Signature received, Received by date: JUN 29 2006
- Service Type: Express Mail
- Article Number: ED973870651US]

Sam L. Clemmons v. Dept of Army Office of the General Counsel, Washington, DC 20310-0104