CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS )
)
Vs. )    CASE NUMBER:
)    **1:06CV00510 (RCL)**
DEPT. OF THE ARMY )
)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _5TH_ day of _SEPT_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _THE DEPT OF ARMY, ATTN: U.S. ATTORNEY GENERAL 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530_

was [were]:    [personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _JULY 6TH, 2006_].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_/s/ Sam L. Clemmons_
Attorney for Plaintiff(s) [signature]
548 SAINT CHARLES PL
BROOKHAVEN MS 39601
866-409-7758

Bar Id Number            Address and Telephone Number

**RECEIVED**
SEP 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(16)

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) <br> ) <br> Vs. ) <br> ) <br> DEPT. OF THE ARMY ) <br> ) | CASE NUMBER: <br> **1:06CV00510 (RCL)** |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _5TH_ day of _SEPT_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _DEPARTMENT OF THE ARMY AND THE U.S. ATTORNEY OFFICE @ 501 3RD STREET N.W. WASHINGTON, DC 20001_
was [were]: [personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_JULY 6TH, 2006_ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
_548 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_866-409-2758_

_____
Bar Id. Number

Address and Telephone Number

**RECEIVED**
SEP 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**
SEP 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(8)

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS )
)
Vs. )   CASE NUMBER:
)   **1:06CV00510 (RCL)**
DEPT. OF THE ARMY )
)
)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _5TH_ day of _SEPT_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _THE DEPT. OF ARMY, ATTN: OFFICE OF THE GENERAL COUNSEL 104 ARMY PENTAGON, WASHINGTON, DC 20310_

was [were]:   [personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_JULY 6 TH, 2006_____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
_548 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_866-409-7758_

Bar Id. Number                           Address and Telephone Number

24