UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) <br> PLAINTIFF ) <br> ) <br> ) <br> vs. ) <br> ) <br> DEPARTMENT OF THE ARMY ) <br> DEFENDANT ) <br> ) <br> ) | CIVIL ACTION NO: <br><br> <u>1:06CV00510 (RCL)</u> <br><br><br> September 6, 2006 |

## PLAINTIFF'S 2ND MOTION REQUESTS TO ENTER DEFAULT BY THE OFFICE OF THE CLERK OF THE COURT AGAINST SUCH DEFENDANTS

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **2nd MOTION REQUEST** to Enter Default against the Department of Army for failing to comply with the court's instructions in providing an answer to the complaint which was served on such agency by summons by express mail delivery.

The Defendants had <u>61 days</u> according to the court's instruction to response. The federal employee that such complaints target had a total of <u>121 days</u> to contact the court or his legal representative. The Defendant (federal employee) also had the same amount of days to place such communication to the US Attorney's Office. On July 14th, 2006, the Plaintiff did receive the US Attorney's notice of Electronic Filing Docket Text NOTICE of Appearance by Kevin K. Robitaille. Since such communication and filing the US Attorney has failed to response to the complaint or filed a request for enlargement of time.

The Plaintiff has provided the court with proof of service within <u>61 days and 121 days</u> after being served on the federal employee which such complaint target. The Plaintiff has attached copies along with certified true copies of receipts showing all summons were delivery to

RECEIVED

SEP 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1  the Department of Army and its employees within the time frame expressed in this motion
2  request.
3      The Plaintiff request to enter and place such agency in default against the presented
4  summons to response to the court with an answer to the complaint served on them by the United
5  States Postal Service Express Mail.
6      All green cards have been provided to the court to confirmed receipt from the United
7  States Postal Service.
8      Plaintiff's Motion Request to Enter Discovery will follow after Default has been entered.

Respectfully submitted,

*Sam L. Clemmons*
Plaintiff, *Pro Se*

**Attachment:** Affidavit of Services
DOA, Attn: Chief Allan T. Downen (submitted)
Summons in Civil Action
Copies of receipts showing cost and proof service

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>6th day of September 2006</u>, a true copy of the <u>PLAINTIFF'S 2ND MOTION REQUESTS TO ENTER DEFAULT BY THE OFFICE OF THE CLERK OF THE COURT AGAINST SUCH DEFENDANTS</u> was served by certified mail delivery and FedEx Express Carrier concerning case # 1:06CV00510 (RCL):

To: Defendant's Counsel

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

**CERTIFIED MAIL: <u>7006 0100 0001 6544 2075</u>**

And

District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

**FedEx Express Mail Tracking #: <u>8553 1690 4830</u>**

*[signature]*
Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Plaintiff | )  |
|---|---|
| SAM L. CLEMMONS | ) |
| Vs. | ) |
| DEPT. OF THE ARMY | ) |
| Defendant | ) |

CASE NUMBER:
**1:06CV00510 (RCL)**

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that _____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk