## Certificate of Service

I certify I caused a copy of the foregoing Motion to Dismiss or Consolidate to be served by first class mail upon *pro se* plaintiffs at:

SAM L. CLEMMONS
548 Saint Charles Place
Brookhaven, MS 39601

on this 5th of September 2006.

*[signature]*

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895