## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2006 a copy of the foregoing Opposition to Plaintiff's Motion for Default has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

                                            _____/s_____
                                            KEVIN K. ROBITAILLE
                                            Special Assistant U.S. Attorney
                                            Civil Division
                                            555 Fourth St., N.W.
                                            Washington, D.C.  20530
                                            202-353-9895  / FAX 202-514-8780