UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-0510 (RCL) |
| ) | |
| THE UNITED STATES ) | |
| DEPARTMENT OF THE ARMY ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S
### MOTION FOR DEFAULT JUDGMENT

On September 5, 2006, Plaintiff filed a document entitled "2nd Motion Requests (sic) to Enter Default Against Such Defendants." Plaintiff alleges a failure on the part of defendant to timely file an answer or dispositive motion. However, the government filed a Motion to Dismiss or in the Alternative to Consolidate on September 5, 2006, docket entry 7.[1] This motion was timely filed sixty days from service upon the government. See docket entry 4. Consequently, defendant's obligation to file an answer is stayed by operation of Fed. R. Civ. P. 12(a)(4). Additionally, Fed. R. Civ. Pro. 55(e) precludes entry of default judgment against the United States or any agency thereof, unless the claimant establishes a right to relief by evidence satisfactory to the Court. Plaintiff has not shown a right to any relief. Although Plaintiff makes reference to an individual employee defendant, he has neither named, nor served any individual defendant.

Wherefor, defendant respectfully requests that Plaintiff's motion be denied.

---

[1] The undersigned inadvertently filed it as a Motion to Dismiss or to Transfer. The Motion does not request transfer. We apologize to the Court and Plaintiff for any confusion.

Respectfully submitted,

_____/s_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____/s_____
RUDOLPH C. CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s_____
KEVIN ROBITAILLE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895