UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>    PLAINTIFF<br><br>vs.<br><br>DEPARTMENT OF THE ARMY<br>    DEFENDANT | CIVIL ACTION NO:<br><br>__1:06CV00510 (RCL)__<br><br><br>September 19, 2006 |

## PLAINTIFF'S OPPOSITION AGAINST DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONSOLIDATE AFTER SUBMITTING BEFORE THE COURT THE PLAINTIFF'S 2ND MOTION REQUESTS TO ENTER DEFAULT BY THE OFFICE OF THE CLERK OF THE COURT AGAINST SUCH DEFENDANTS

Comes now the Plaintiff after filing his **2nd MOTION REQUEST** to Enter Default against the Defendants (Department of Army and employees) for failing to comply with the court's instructions in providing an answer to the complaint which was served on such agency by summons by express mail delivery before 5:00 p.m. eastern standard time on May 2nd and July 6, 2005 giving the Defendants **121 days** and **61 days** according to the time clock of business to submit their responses against the complaint to the court before the court's close of business which is 5:00 p.m. eastern standard time.

Any entry after such time of 5:00 p.m. on the date such response is due before the court should place the Defendant(s) in default. If such is not postmarked with the United States Postal Service confirming appropriate stamp and not by personal or private meter stamp back dating such delivery date. Such entry before the court should be presented by means of certified mail delivery showing an Affidavit of Service showing proof of response by means of timely delivery.

RECEIVED

SEP 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This complaint against the Department of the Army targets the illegal actions or activities of Allan T. Downen and such individuals that were named out in the initial complaint for their illegal actions and activities. The Plaintiff expresses that no individual names concerning the Army Crime Record Center were ever mention in the initial complaint therefore making this case before the court to be separate but equal.

The Defendant (Allan T. Downen) was served properly on May 2nd, 2006 at 14:43 and failed to respect this honorable court to submit his personal response against such lawsuit against the Department of the Army. Therefore, placing him and the Department of the Army in default and making such complaint to stand-alone but separately away from case # 1:05-CV-2353 (RCL). Case number 1:05-CV-2353 (RCL) is a case were FRAUD has been revealed and proven making this case before the court to be label as FRAUD as well. Due to the facts that both cases shows conspiracy which should not be exempted or be use as a scapegoat as stating that both were representing the best interests of United States of America as a whole and not the Department of the Army or the Army Crime Record Center.

The Defendants' Exhibits in case number 1:05-CV-2353 (RCL) should be able to support this case by the Defendants if needed when presenting this case before a jury trial as directed and ordered by this honorable court. Such Exhibits should not be blacken out leaving out specific but important people the Defendants wishes to use as witnesses. If such Exhibits are blacken out leaving out names, business address of these witnesses then such Defendant's Exhibits entries should not be acceptable due to failures to disclosure the whole truth before this honorable court. Such cases should stand on their own merits to receive a summary judgment by default without a trial before the court.

Meanwhile, requesting this case before this court to be dismissed or in the alternative to consolidate be without an option should be denied.

We have two separate but independent agencies that stand alone and their actions are separateable. Both are independently responsible for committing separate crimes and both are responsible for their own individual Federal Tort Damages claims that should be paid through this honorable court within <u>20 days</u> after the honorable judge has close such case.

The Plaintiff expresses to this honorable court in getting the court to see that it's amazing for one to see that such person as Allan T. Downen can pick up the phone and call the Army Crime Record Center (CID) to falsely report a crime and illegally provide such agency the Plaintiff's personal information without the Plaintiff knowledge or consent. The Defendant cannot do the same in picking up the phone to call the U.S. Attorney's Office to further advise about this complaint as he was properly served and did received such complaint by Express Mail Delivery expressing urgency to response placing self in default and jeopardizing such agency to be in default; therefore, now causing the Defendant's counsel to seek other means and excuses to submit before the court requesting such case to be dismissed or in the alternative to consolidate. The Plaintiff request no leniency or mercy should be given or granted to the Defendants in this lawsuit.

The Plaintiff express to the court that all the Defendant's counsel motions should be denied and this case before the court should be in complete default or the Defendant's counsel should be preparing to present such case before a jury trial alone with the attached exhibits provided by the Plaintiff in the Plaintiff's Motion Requests to Enter Discovery showing this honorable court that the Defendants committed FRAUD in their actions before this court and such elements of deceit does not stand up in anyone favor in any court of law after such deceit has been discovered and presented in the courts.

The Plaintiff a waits for the court movements or actions against the Defendants' negligence actions which should not be exempt or making their actions to be above and beyond the laws of true justice.

The Plaintiff will a wait the Defendant's counsel Motion Request to Enter Discovery prior to submitting the Plaintiff's Motion Request to Enter Discovery for sole purpose of a jury trial.

For the record, the Plaintiff does wish to reveal that the Plaintiff's appeal rights under the Freedom of Information Act were denied resulting in this full lawsuit against the Department of the Army. The Defendant's <u>20 days</u> window to honor such request in the United States District Court is also in question and in violation of the law.

Respectfully Submitted,

*Sam L. Clemmons*
Plaintiff, *Pro Se*

**Attachments:**

1. Plaintiff's Affidavit of Service
2. Plaintiff's Proposed Order Request
3. Plaintiff's Motion Request to Enter Discovery ( **On Hold pending Defendant's Motion Request to Enter Discovery)**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that on this 19th day of September 2006, a true copy of the PLAINTIFF'S OPPOSITION AGAINST DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONSOLIDATE AFTER SUBMITTING BEFORE THE COURT THE PLAINTIFF'S 2ND MOTION REQUESTS TO ENTER DEFAULT BY THE OFFICE OF THE CLERK OF THE COURT AGAINST SUCH DEFENDANTS was served by regular mail concerning case # 1:06CV00510 (RCL).**

To: Defendant's Counsel

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

And


District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001


Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| ) | |
| Plaintiff ) | **1:06CV00510 (RCL)** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| ) | |
| DEPARTMENT OF ARMY ) | |
| ) | |
| Defendants ) | |

## ORDER

Upon consideration of the Plaintiff's Motion requests to deny the Defendant's Motion requests after being served properly by the Plaintiff. The Defendants have failed to properly submit a response in a timely manner before the close of court's business on July 3rd, 2006 and September 5th, 2006 by 5:00 p.m. eastern standard time. The court finds the Defendants to be in DEFAULT on two separate occasions.

After the Plaintiff has entered his Motion Request to Enter Discovery, I find it best suitable to render the Plaintiff a Summary Judgment by Default after entering confirmed facts against the Defendant showing acts of negligence and wrongdoing. The Plaintiff has demonstrated good cause shown by means of timely responses and proper service upon the Defendants.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment by default or a jury trial as demanded by this court is GRANTED.

SO ORDERED this _____ day of _____ 2006

Honorable Royce C. Lamberth
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS     Plaintiff  vs.      DEPARTMENT OF ARMY     Defendants | ) CIVIL ACTION NO: ) ) <u>1:06CV00510 (RCL)</u> ) ) ) September 18, 2006 ) ) ) ) |

### ORDER

Upon consideration of the Plaintiff's Motion requests to deny the Defendant's Motion requests after being served properly by the Plaintiff. The Defendants have failed to properly submit a response in a timely manner before the close of court's business on <u>July 3rd, 2006</u> and <u>September 5th, 2006 by 5:00 p.m.</u> eastern standard time. The court finds the Defendants to be in DEFAULT on two separate occasions.

After the Plaintiff has entered his Motion Request to Enter Discovery, I find it best suitable to render the Plaintiff a Summary Judgment by Default after entering confirmed facts against the Defendant showing acts of negligence and wrongdoing. The Plaintiff has demonstrated good cause shown by means of timely responses and proper service upon the Defendants.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment by default or a jury trial as demanded by this court is GRANTED.

SO ORDERED this _____ day of _____ 2006

                                                                Honorable Royce C. Lamberth
                                                                United States District Court Judge

Copies to:

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530