UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

CIVIL ACTION NO:  <u>1:06CV00510 (RCL)</u>

V

DEPARTMENT OF THE ARMY

### AFFIDAVIT OF SERVICE

I, <u>Sam Clemmons</u>, hereby declare that on <u>September 5th, 2006</u>, the Defendant and Defendant's counsel was served a certified true copy of the <u>PLAINTIFF'S 2ND MOTION REQUESTS TO ENTER DEFAULT BY THE OFFICE OF THE CLERK OF THE COURT AGAINST SUCH DEFENDANTS.</u> Therefore revealing to the Defendant's counsel the true date and time such defendants were properly served by **certified first class mail with a return receipt # 7006 0100 0001 6544 2075** to the Defendant's counsel Attorney

ing service.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTY. KEVEN K ROBITAILLE
SPECIAL ASSISTANT U.S. ATTY
CIVIL DIVISION
555 FOURTH STREET, N.W.
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
SEP 1 1 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0001 6544 2075

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

ONS

RLES PLACE

, MS 39601

**RECEIVED**

SEP 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT