**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2006 a copy of the foregoing Opposition to Plaintiff's 3rd Motion for Default has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780