**CERTIFICATE OF SERVICE**

 I hereby certify that on this 16th day of October, 2006 a copy of the foregoing Opposition to Plaintiff's 3rd Motion for Default has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

              _____/s_____
              KEVIN K. ROBITAILLE
              Special Assistant U.S. Attorney
              Civil Division
              555 Fourth St., N.W.
              Washington, D.C.  20530
              202-353-9895  / FAX 202-514-8780