# EXHIBIT # 1



# EXHIBIT # 1

These pages are now filed within the Court

They are pages <u>15-63</u> that were filed or sent to the Court and the Defendant's Counsel on September 6th, 2006 under Fed Ex Express delivery and certified mail delivery tracking numbers of: <u>8553 1690 4830</u> for Fed Ex Express and <u>0100 0001 6544 2075</u> for certified mail.

