# EXHIBIT # 2



**Rowan, Reginald (USADC)**

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Tuesday, September 05, 2006 5:11 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00510-RCL CLEMMONS v. DEPARTMENT OF THE ARMY "Motion to Dismiss"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from Robitaille, Kevin K. entered on 9/5/2006 at 5:11 PM and filed on 9/5/2006

**Case Name:** CLEMMONS v. DEPARTMENT OF THE ARMY
**Case Number:** 1:06-cv-510
**Filer:** DEPARTMENT OF THE ARMY
**Document Number:** 7

**Docket Text:**
MOTION to Dismiss *or in the alternative*, MOTION to Transfer Case by DEPARTMENT OF THE ARMY. (Attachments: # (1) Exhibit MTD Earlier suit# (2) Exhibit Scope Certification# (3) Text of Proposed Order)(Robitaille, Kevin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** V:\KRobitaille\ECF Documents\Clemmons 06-0510\Clemmons II MTD or consolidate.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/5/2006] [FileNumber=1207686-0]
[262e755a33cfe15c7981618848bbf367af549a96b529d48f3bdc7b8b1de33948c6713
bba2c763e323a5388622dfe0acfd776462422c1200c5ec8268f54ca49df]]
**Document description:** Exhibit MTD Earlier suit
**Original filename:** V:\KRobitaille\ECF Documents\Clemmons 06-0510\MTD Clemmons I.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/5/2006] [FileNumber=1207686-1]
[89033ffffc24a31bef9704b3862df7cb14021e80959ea50b3b7e8eb18b1e18cd8fcd5
24fef0e8cd3e3ba001c526e63452c0ccc64bcabbcc5eb089944c2fd84c6]]
**Document description:** Exhibit Scope Certification
**Original filename:** V:\KRobitaille\ECF Documents\Clemmons 06-0510\Certification.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/5/2006] [FileNumber=1207686-2]
[2ab47ede1b71bc340d5fa40cbf52d3530ab49bb3ae8d55e23e3e6c0097a2e1b216169



**Rowan, Reginald (USADC)**

From: DCD_ECFNotice@dcd.uscourts.gov
Sent: Monday, September 18, 2006 5:26 PM
To: DCD_ECFNotice@dcd.uscourts.gov
Subject: Activity in Case 1:06-cv-00510-RCL CLEMMONS v. DEPARTMENT OF THE ARMY "Errata"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from Robitaille, Kevin K. entered on 9/18/2006 at 5:25 PM and filed on 9/18/2006

**Case Name:** CLEMMONS v. DEPARTMENT OF THE ARMY
**Case Number:** 1:06-cv-510
**Filer:** DEPARTMENT OF THE ARMY
**Document Number:** 14

**Docket Text:**
ERRATA *Wrong Document attached* by DEPARTMENT OF THE ARMY [13] Memorandum in Opposition filed by DEPARTMENT OF THE ARMY,. (Attachments: # (1) Exhibit # (2) Exhibit) (Robitaille, Kevin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** V:\KRobitaille\ECF Documents\Clemmons 06-0510\Clemmons - opposition.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/18/2006] [FileNumber=1218919-0]
[410a261fdd1b2bdf631207aa01f21d656747f635414e8f96dc49fcd328b1af242734
5c97ae06f0c35d21ca9fb2373214c901ace34289fb6efda1b0e5c9012ed1]]
**Document description:** Exhibit
**Original filename:** V:\KRobitaille\ECF Documents\Clemmons 06-0510\Cert of service MTD or consolidate.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/18/2006] [FileNumber=1218919-1]
[317499a8ec66e9799e85d620a6d4157ddbfd8475def38856da9f11cc571b02b72fbf
1f500e18c6c08d9f1ad8f5048327d8cb0287a5807793e0fe05e50c6f8f40]]
**Document description:** Exhibit
**Original filename:** V:\KRobitaille\ECF Documents\Clemmons 06-0510\CERTIFICATE OF SERVICE.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/18/2006] [FileNumber=1218919-2]

**Rowan, Reginald (USADC)**

| | |
|---|---|
| From: | DCD_ECFNotice@dcd.uscourts.gov |
| Sent: | Monday, September 18, 2006 3:39 PM |
| To: | DCD_ECFNotice@dcd.uscourts.gov |
| Subject: | Activity in Case 1:06-cv-00510-RCL CLEMMONS v. DEPARTMENT OF THE ARMY "Memorandum in Opposition" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Columbia**

Notice of Electronic Filing

The following transaction was received from Robitaille, Kevin entered on 9/18/2006 at 3:38 PM and filed on 9/18/2006
**Case Name:**     CLEMMONS v. DEPARTMENT OF THE ARMY
**Case Number:**   1:06-cv-510
**Filer:**         DEPARTMENT OF THE ARMY
**Document Number:** 13

**Docket Text:**
Memorandum in opposition to re [12] MOTION filed by DEPARTMENT OF THE ARMY. (Attachments: # (1) Exhibit # (2) Exhibit)(Robitaille, Kevin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** V:\KRobitaille\ECF Documents\Clemmons 06-0510\Clemmons II MTD or consolidate.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/18/2006] [FileNumber=1218558-0]
[1a2c36aa75b456be3d74983b4eb82d5bfd55ea1866cefdeb47be7b7bef3f335eb261
70032626ee5709dd30eb91280496fbee1ab56a0f867dd64b69f242615c63]]
**Document description:** Exhibit
**Original filename:** V:\KRobitaille\ECF Documents\Clemmons 06-0510\Cert of service MTD or consolidate.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/18/2006] [FileNumber=1218558-1]
[3d822081d6a9c85e8001785e8ea00fca0c548a054f552c15a993dc16ac2b682a5421
b6a3566cdf9e53fa1cded7019981226b218c38e36af243ebbdf9a0a15795]]
**Document description:** Exhibit
**Original filename:** V:\KRobitaille\ECF Documents\Clemmons 06-0510\CERTIFICATE OF SERVICE.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/18/2006] [FileNumber=1218558-2]

