# EXHIBIT # 3



# THE PAGES BEHIND THIS PAGE / EXHIBIT WILL CONFIRM **<u>FRAUD</u>** BY THE FEDERAL DEFENDANTS (UNITED STATES, DEPT OF ARMY)

## PAGES MISSING ARE:

1. THE DEFENDANTS' ORDERS REQUESTING A FEDERAL INVESTIGATION

2. THE DEFENDANT'S INVESTIGATION REPORT

**TOTAL NUMBER OF PAGES ARE: 26**



*LAW OFFICES*

# PARDUE & MASSEY

Chuck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (PA)
Paul Christian (GA)
L. Daniel Butler (GA)

*Of Counsel:*

Edward B. Stalnaker (GA)
Gregory D. Harlow (SC)

**INTERNATIONAL LAW OFFICE**

*Of Counsel:*

Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)

**August 29, 1996**

Mr. Samuel L. Clemmons
501 Preston Lake Drive
Tucker, GA  30084

Dear Mr. Clemmons:

As requested, enclosed please find a complete copy of your file.  If there is ever anything that Pardue & Massey can help you with in the future, please do not hesitate to contact us.

With kindest personal regards, I remain,

**PARDUE & MASSEY**

Chuck R. Pardue
Attorney at Law

CRP:sdj
Encl.

*Please reply to the Corporate Office at 563 Greene Street, Augusta, Georgia 30901 unless otherwise stated*

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Telecopier 706 722-0149

1117 Perimeter Center West
5th Floor East
Atlanta, GA 30338
Telephone 770 353-0705

1200 G Street, NW
Metro Center, Suite 800
Washington, DC 20005
Telephone 202 434-8756
Telecopier 202 434-8707

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281



# GOVERNMENT INSPECTION REPORT

PREPARING INSTALLATION
*Ft. Gordon, GA 30905*

| | |
|---|---|
| **NAME OF PROPERTY OWNER** 1LT Samuel Clemmons | **DESTINATION ADDRESS** *(Street, City, State and ZIP Code)* 625 Pleasant Home Rd Augusta, GA 30907 |
| **MODE OF SHIPMENT** DPM-DEL | |

## PROPERTY SHIPPED

| | | **DATE OF DELIVERY TO OWNER** 18 Feb 94 | |
|---|---|---|---|
| **FROM:** *(Include ZIP Code)* Germany | **TO:** *(Include ZIP Code)* | **WT OF SHIPMENT** 12,000 | **NO. OF PIECES** |

| | |
|---|---|
| **NAME AND ADDRESS OF GOVERNMENT BILL OF LADING CARRIER** *(Include ZIP Code)* Anthony's MVG, S | **GBL NUMBER** UP-452,916 |
| | **AIRWAY BILL NUMBER** |
| | **CARRIER'S BILL OF LADING NUMBER** |
| **NAME AND ADDRESS OF WAREHOUSE** *(If shipment from nontemporary storage)* *(Include ZIP Code)* Anthony's MVG & Stg | **LOT NUMBER** |
| | **SERVICE ORDER NUMBER** |
| **NAME AND ADDRESS OF DELIVERING CARRIER** *(If not agent of Government bill of lading carrier)* *(Include ZIP Code)* | **CONTRACT NUMBER** |

## DISCREPANCIES NOTED BY INSPECTOR
*(Use supplemental sheets if necessary)*

| CARRIER'S INV. NUMBER *(Carton No. if packed item)* | ARTICLE | DESCRIBE LOCATION, NATURE AND EXTENT OF NEW DAMAGE AND APPARENT CAUSE OF DAMAGE *(State "MISSING" if applicable)* | WEIGHT *(Lbs)* OF ARTICLE OR CARTON IF PACKED ITEM |
|---|---|---|---|
| 45-49 | German Schrunk- | Center Section Broken And Right Side And Back panel Broken, And Several chips And Gouges on unit. (Hardware missing) | |
| 50-51 | Slate Top Pool Table- | Completely disassemble, All Hardware missing and woode slats pulled Loose. | |
| 64 | 4- pool sticks - | Broken And Tips Broken off 3-sticks | |
| 65 | 4- Wooden Rails Top pool Table- | Chipped in several places. | |
| 89 | Computer Desk- | Screws And Hardware missing | |
| 12 | Living Rm. Wall mirror- | Broken Frame | |
| 17 | Grand father | Clock - 3 Weights And pendulem missing, And one Chime Rod pulled Loose And Door Broken (unit Fixerable) | |
| 131 | O/S Chair- | Fabric Torn on Back | |
| 106 | T.V. Stand - | Hole Busted in Top- (Very Lg. Hole) | |

**DD** FORM 1 SEP 77 **1841**     REPLACES DD FORM 1841, 1 JAN 72, WHICH CAN BE USED.   ☆U.S. Government Printing Office: 1979—280-982/6360

INVENTORY NUMBERS OF CARTONS OR CONTAINERS WITH VISIBLE EXTERNAL DAMAGE (Describe damage to each and apparent cause damage).

151- pool Table part- missing

152- pool Table part Broken

132- Desk- Left Front Corner Broken off.

161- Dish Barrel- Missing- Contents Glass Dishes + China Ware

1-7- German Wardrobe- Several pieces Broken, and as unit Has Several Gouges and Chips All over. Hardware missing

31- Buffet- Chipped on Front, Top and Edges.

PACKING VIOLATIONS NOTED (Describe in detail) (See MIL-STD-212c)

40-41- pool Table Legs (all 4) Scratched and Chipped

44- German Beds- Several pieces Broken and badly Chipped + Gouged All over

---

**CERTIFICATE OF INSPECTOR**

I personally made the above inspection on the date shown and certify that the conditions as shown on this report of _____ pages accurately reflect the loss and/or damage incurred during shipment and/or storage.

| DATE OF INSPECTION | TYPED NAME AND GRADE OF INSPECTOR | SIGNATURE |
|---|---|---|
| 94-3-15 | James Reid | X James M. Reid |

**CERTIFICATE OF PROPERTY OWNER**

I have examined this report of _____ pages and the conditions shown accurately and completely set forth the entire loss and/or damage to my property incurred during shipment and/or storage.

| DATE | SIGNATURE |
|---|---|
| 15-Mar-94 | |

**CERTIFICATE OF TRANSPORTATION OFFICER**

I certify that the information on this report of _____ pages is accurate and complete to the best of my knowledge.

| | "NOTICE OF LOSS OR DAMAGE" DISPATCHED | |
|---|---|---|
| DATE | ADDRESSEE | |
| DATE | ADDRESSEE | |
| DATE OF REPORT | TYPED NAME OF INSTALLATION TRANSPORTATION OFFICER | SIGNATURE |

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| CLEMMONS SAMUEL LENNIOUS | ARMY/USAR/IN | ▓▓▓▓▓ |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| ▓▓T | O02 | ▓▓▓▓▓ | Year 0000  Month 00  Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| BROOKHAVEN, MS | 1204 RANCE DR. BROOKHAVEN, MS 39601 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| MEDICAL HOLD CO. DDEAMC HSC,HS | USASC&FG FT. GORDON, GA 30905-5282 |

**9. COMMAND TO WHICH TRANSFERRED**
NA

| 10. SGLI COVERAGE | ☐ None |
|---|---|
| Amount: $ 200,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 11A3X INFANTRY OFFICER, GENERAL --3 YRS-8 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 1990 | 08 | 26 |
| | b. Separation Date This Period | 1994 | 05 | 03 |
| | c. Net Active Service This Period | 0003 | 08 | 08 |
| | d. Total Prior Active Service | SEE | BLOCK | #18 |
| | e. Total Prior Inactive Service | SEE | BLOCK | #18 |
| | f. Foreign Service | 0002 | 11 | 25 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1992 | 08 | 25 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
ARMY SERVICE RIBBON//NCO PROFESSIONAL DEVELOPMENT RIBBON//NATIONAL DEFENSE SERVICE MEDAL//
OVERSEAS SERVICE RIBBON//PARACHUTIST BADGE//NOTHING FOLLOWS

**14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)**

AIRBORNE, 1991//BRADLEY INFANTRY FIGHTING VEHICLE COMMANDER COURSE, 1991//INFANTRY OFFICER ▓ SIC, 1990//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | N/A |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X No |
|---|---|---|

**18. REMARKS**
DISABILITY SEVERANCE PAY --$40684.80//SEPARATED FROM SERVICE ON TEMPORARY RECORDS AND SOLDIER'S AFFIDAVIT. A DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING OR TO CORRECT INFORMATION.//DATA HEREIN SUBJECT FOR COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS// NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address: include Zip Code) |
|---|---|
| 625 PLEASANT HOME RD. APT 254, AUGUSTA, GA 30907 | TONYA CLEMMONS SAME AS, 19A) |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO GA. DIR OF VET. AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|
| **21. SIGNATURE OF MEMBER BEING SEPARATED** *[signature]* | | | M. LOPEZ SFC, CHIEF TRANSITION POINT *[signature]* |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-40, PARA 4-24B (3) | JFL | NA |

**28. NARRATIVE REASON FOR SEPARATION**
DISABILITY, SEVERANCE PAY

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY |
|---|---|
| NONE | SLC |

DD Form 214-AUTOMATED, NOV 88        Previous editions are obsolete

*LAW OFFICES*

# PARDUE & MASSEY

uck R. Pardue (GA & TN)
ackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)

*International Law Offices*
Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)
Svetlana Apekseko (Republic of Belarus)

June 10, 1994

Mr. Allen Downen
Claims
Office of the Staff Judge Advocate
Fort Gordon, Georgia  30905

Re:  Samuel L. Clemmons

Dear Allen:

I have been retained to assist Samuel L. Clemmons with  problems he is having concerning his claim for damages and loss of Household Goods.  I would appreciate it if you would contact me as soon as possible about this matter.

With kindest personal regards, I remain,

Sincerely yours,

PARDUE & MASSEY

Chuck R. Pardue
Attorney at Law

CRP:gfm
cc: Samuel L. Clemmons
    Apartment #254
    625 Pleasant Home Road
    Augusta, GA  30907

*Please reply to the Corporate Office at 563 Greene Street, Augusta, Georgia 30901*

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Toll Free Inside US 1-800-868-1101
Telecopier 706 722-0149

1919 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone 202 736-2139
Telecopier 202 223-6739

7 Surganova Str 220012
Minsk, Republic Belarus
Telephone 7 0172 62-54-18
Telecopier 7 0172 39-57-09

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281-417
Telecopier 7 3312 291-991



## EMPLOYMENT CONTRACT

You have asked me to act as your attorney and represent you with my best :forts in the following matter:

_____ Claim against U.S. Atty m. Arun a ltd goth. _____

This contract sets forth the entire agreement concerning my representation of you. This contract shall become effective upon my receipt of a countersigned copy of this contract and the retainer fee.

I accept this employment and agree to use my best efforts to represent you subject to the following conditions:

1.    You hereby agree to pay a non-refundable retainer fee of $ 5/( '0 which assures my availability in your matter, and also includes a diligent investigation into the merits of your case.

2.    The final billing is based on my hourly rate of $100.00 plus costs. It is impossible to determine in advance the amount of time needed to complete your case. I will keep you informed of time used for conferences, telephone calls, drafting documents, research, court time, and necessary travel time. You will not be billed for clerical or secretarial time.

3.    I will bill you periodically on a time-expended basis, plus costs and you agree to promptly remit all sums due and owed.

4.    "Costs" are out-of-pocket expenses, such as filing fees, service, eporters, copies, transcripts, appraisers, accountants, and so on. Costs will also be itemized and billed on a periodical basis.

5.    I reserve the right to terminate our attorney-client relationship for non-payment of fees or costs. You further agree that in the event it is necessary to collect fees and/or costs owed, that you are responsible for any fees or charges incurred in collecting fees and/or costs owed Attorney.

I also reserve the right to terminate our attorney-client relationship for non-cooperation by Client in the Representation. "Non-cooperation" means, but is not limited to, not answering letters or telephone calls, not cooperating in answering Discovery filed by another party, refusing to disclose all information relevant to the case.

I also reserve the right to terminate our attorney-client relationship if, upon due and diligent investigation of your case, I determine that this case lacks legal merit and/or reasonable basis for relief and/or recovery.

6.    Client agrees that the attorney made no promises or guarantees regarding the outcome of the client's case except that the attorney will give the client's case benefit of his best legal ability.

Client has read this contract, received a copy of it and agrees to all its terms and conditions, and has signed and dated this Contract.

~ate:    // day of ___June___ 1993

**CLIENT**

~~Jackson R. Massey,~~ Attorney at Law

## AUTHORIZATION

To Whom It May Concern:

The purpose of this letter is to inform whomever it may concern that I, Samuel L. Clemmons, Social Security Number, 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, have retained the professional services of Chuck R. Pardue, of Augusta, Georgia, as my attorney concerning my household goods claim with the United States Army and U.S.A.A. Insurance Company. This letter, furthermore, shall serve as my full and complete authorization for any member of the Staff of Chuck R. Pardue to review any documents related to my claim with the United States Army and/or U.S.A.A. Insurance Company and to make copies of the same, if necessary.

This 10th day of June, 1994.

SAMUEL L. CLEMMONS

## ACKNOWLEDGMENT

STATE OF GEORGIA            )
                            )
COUNTY OF RICHMOND          )

The foregoing instrument was acknowledged before me this 10Th day of June, 1994, by SAMUEL L. CLEMMONS.

Notary Public, State of Georgia
My Commission Expires: 28 July 1997



# HAVERTY'S
*Makes it Home!*

HAVERTY'S-ATLANTA
3849 Peachtree Rd.
Chamblee GA 30341

CONTROL NO.
RESERVATION NO. 4431??

BRANCH: 11-NORTHLAKE
(404)491-0336

SALESPERSON(S): 11 336 MORRIS

SALE TYPE:  CHARGE          DATE: 7/19/94          CASHIER: 173          DEPUTY

| ACCOUNT NO.: 5714696 | TELEPHONE(S): |
|---|---|
| NAME:  SAMUEL L CLEMMONS | HOME: (404)493-3972 |
| ADDRESS:  501 PRESTON LAKE | OFFICE: (404)336-1111 |
| PRESTON LAKE APTS #501 | |

CITY:  TUCKER          COUNTY: DK          STATE: GA          ZIP: 30054

DATE:          THANK YOU FOR SHOPPING AT HAVERTY'S !!!
9B41111

WILL NOTIFY:

| TYPE | LOC | QTY | SKU | DESCRIPTION | UNIT RETAIL | EXTENDED RETAIL |
|---|---|---|---|---|---|---|
| OA | 08 | 1 | 5-4502-1031 | UNV 605-290/16C | KG RICE HD | 899.00 | 899.00 |
| OA | 08 | 1 | 0-4502-1270 | UNV 605-290 CHADWICK | KG RICE HD | | |
| OA | 08 | 1 | 0-4508-1061 | UNV 605-16Z CHADWICK | 6/6 RAILS | | |
| | | 1 | 5-4501-1098 | UNV 605-040/04M | DRES MIRR | 699.00 | 699.00 |
| OA | 08 | 1 | 0-4501-1031 | UNV 605-040 CHADWICK | TRP DRESSER | | |
| OD | 08 | 1 | 0-4502-1208 | UNV 605-04M CHADWICK | VERT MIRR | | |
| OD | 08 | 1 | 0-5004-0425 | SEA 433036 ENTRODONSAT | 6/6 MATT | 549.00 | 549.00 |
| OD | 08 | 2 | 0-5004-0426 | SEA 433036 ENTRODONSAT | 6/6 BOX 52 | 349.00 | 699.00 |
| | | | 3-0991-0001 | DELIVERY CHARGE | | | 45.00 |

TOTAL CHARGE SALE:      2,896.00
TOTAL DOWN PAYMENT:       247.00
**ADDED TO ACCOUNT**    2,649.00

SUB TOTAL:    2,235.00
SALES TAX:      111.00
**TOTAL SALE**    2,896.00

AGREED MINIMUM MONTHLY PAYMENTS OF   2,649.00
ARE DUE WITHIN 25 DAYS OF THE DATE OF EACH MONTHLY
STATEMENT.

PAYMENT INFORMATION

If more than one party endorses this sale above on "legal" then both parties shall be
jointly and severally obligated to be bound and governed by the Revolving Charge Agreement
between either of Buyers and Sellers even though this sale or each parties may be a party
to such Revolving Charge Agreement.

I acknowledge that I have purchased the property described in this above from Haverty's
Furniture Companies, Inc. "Seller," at the place of business and in above and in accordance with
set forth on this Revolving Charge Agreement and Seller agree that Buyer shall retain a
security interest in the property that Buyer above in on this Revolving Charge Agreement.
Acceptance of this sale in this above as a seller in this above and in accordance and in favor
of Buyer's credit.

AMOUNT TENDERED:
CHANGE:
**NET PAID**

SIGNED, SEALED AND
DELIVERED IN THE
PRESENCE OF

WITNESS

* NON-TAXABLE ITEM



**VERTY'S**

ACCT NO. 5714616RG    1-19 1924

$ 247 00

NO. 694413   RECEIVED OF _Samuel L._

_Two hundred forty seven_ DOLLARS _____ CENTS

| | | | |
|---|---|---|---|
| CASH | | ☑ (3) DOWN PAYMENT | ☑ (1) NEW |
| CHECK | 247.00 | ☐ (4) ON ACCOUNT | ☐ (2) ACTIVE |
| MSTR. CHG. | | ☐ (3) COD | ☐ (3) RE-OPEN |
| VISA | | ☐ _____ | ☐ _____ |
| AMER. EXPS. | | HAVERTY FURNITURE COMPANY | |
| DISCOVER | 247 00 | BY _____ | |
| TOTAL $ | 247 00 | THIS IS AN OFFICIAL RECEIPT | |



**Adams** FORM 3-584    ✔PART    one time carbon

# SERVICE ORDER

| ☒ SERVICE ☒ INSTALL | ☐ PICKUP ☐ DELIVERY | REPAIR IN ☒ HOME  ☒ SHOP | DATE ORDERED Aug 15/94 |
| --- | --- | --- | --- |

Name _Sam Clemmons_    ☐ C.O.D.  ☐ CHARGE

Address _501 Preston Forkes_  Phone _493-3972_

City _Tucker_    State _Ger._  Zip _30084_

| MAKE | MODEL | SERIAL NO. |
| --- | --- | --- |

☐ WARRANTY
☐ CONTRACT
☒ ESTIMATE

SERVICE REQUESTED _Moving Claim damage_    DATE PROMISED _Aug 15/94_

| QUAN | PART NO. | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| | | Platform Bed was Complete damaged almost all of the panels are damaged beyond repair Platform Unit has built in stero system witch is also damaged. Cust- states Replace Cust at $2000.00 | | |

SERVICES PERFORMED

| | | TIME START | TOTAL MATERIAL | |
| --- | --- | --- | --- | --- |
| | | TIME FINISH | LABOR AND SERVICE | |
| | | HOURS | TAX | |
| | | | DEL CHARGE OR MILEAGE | $2000.00 |

DATE COMPLETED _/ /_

**CASH** ON COMPLETION OF WORK  ➤  **TOTAL**

I hereby accept above performance, and charges, as being satisfactory and acknowledge that equipment has been left in good condition

_Samey Clemmons_   _Fred Stirus_
CUSTOMER'S SIGNATURE    TECHNICIAN'S SIGNATURE

☑ Adams
3-584

**THANK YOU**
## Service Order



*LAW OFFICES*

# PARDUE & MASSEY

uck R. Pardue (CA & TN)
Jackson R. Massey (CA)
Laura J. Beck (CA & PA)
William J. Marcum (CA)
John W. Seaman, Jr. (CA & AL)

*International Law Offices*
Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)
Svetlana Apekseko (Republic of Belarus)

August 30, 1994

Melvis Norman
Claims Office
C/O Staff Judge Advocate
Fort Gordon, GA 30905

RE: Samuel L. Clemmons, Household Goods Claim

Dear Melvis:

Samuel Clemmons contacted me, to follow up on the status of his claim for his household goods law. He indicated that he did receive a check from the government, however, he does not feel that it is a full entitlement for the damages done to his goods. I am enclosing a copy of the estimate for the new bedroom set that was destroyed. I am also enclosing a replacement cost for a new bedroom set from Haverty's Furniture. Additionally, I am enclosing a copy of the check that he received from the USAA.

Concerning the earlier miscommunication, it appears that it was simply a problem in communication and that there was no intent to defraud the government. Is it possible to resolve this claim so that he can get paid up for the reasonable damages that was caused by moving his case?

With kindest personal regards, I remain,

Sincerely yours,

PARDUE & MASSEY

Chuck R. Pardue
Attorney at Law

CRP:lab
enclosures as stated

*Please reply to the Corporate Office at 563 Greene Street, Augusta, Georgia 30901*

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Toll Free Inside US 1-800-868-1101
Telecopier 706 722-0149

1919 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone 202 736-2139
Telecopier 202 223-6739

7 Surganova Str 220012
Minsk, Republic Belarus
Telephone 7 0172 62-54-18
Telecopier 7 0172 39-57-09

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281-4
Telecopier 7 3312 291-99

LAW OFFICES

# PARDUE & MASSEY

_nuck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)
John W. Seaman, Jr. (GA & AL)

**International Law Offices**
Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)
Svetlana Apeksenko (Republic of Belarus)

August 30, 1994

Samuel L. Clemmons
625 Pleasant Home Rd. #254
Augusta, GA 30907

Dear Samuel:

I am enclosing a copy of the letter that I wrote back to The Claims Office on our behalf. Concerning your question, about removing your name from the database, I am not aware of any method to have that removed short of filling a major law suit at considerable expense ($15,000.00 to $25,000.00 in attorney's fees). If this ever comes up again, you have the opportunity of explaining that this was not a fraudulent case, but simply a miscommunication on behalf of The Furniture Doctor. If I hear anything, I will contact you, or if you have any additional questions, please do not hesitate to contact me.

With kindest personal regards, I remain,

Sincerely yours,

PARDUE & MASSEY

Chuck R. Pardue
Attorney at Law

CRP:lab
enclosures as stated

---

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Toll Free Inside US 1-800-868-1101
Telecopier 706 722-0149

1919 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone 202 736-2139
Telecopier 202 223-6739

7 Surganova Str 220012
Minsk, Republic Belarus
Telephone 7 0172 62-54-18
Telecopier 7 0172 39-57-09

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281-417
Telecopier 7 3312 291-991



# DEPARTMENT OF THE ARMY

Headquarters, U. S. Army Signal Center and Fort Gordon
Office of the Staff Judge Advocate
Fort Gordon, Georgia 30905-5280

RECEIVED OCT 13 1994

October 11, 1994

Staff Judge Advocate / Claims

SUBJECT: 1LT Samuel L. Clemmons, 94-281-0925

Mr. Chuck R. Pardue
Pardue and Massey
563 Greene St.
Augusta, GA 30901

Dear Chuck,

I am writing to remind you that I cannot act on the request for reconsideration you submitted on August 30 1994, until I receive a power of attorney from 1LT Clemmons authorizing you to ask for reconsideration on his behalf. I believe I called you on September 6, 1994, to advise you of that, but you may have forgotten.

In any case, I can take no action on your request as things stand.

Sincerely,

ALLAN T. DOWNEN
Chief, Claims Branch







**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT MCPHERSON
FORT MCPHERSON, GEORGIA 30330-5000

REPLY TO
ATTENTION OF

19 OCT 1994

Office of the Staff Judge Advocate

SUBJECT:  Claim No. 95-271-0001


Mr. Samuel L. Clemmons
501 Preston Lane Drive
Tucker, Georgia  30084

Dear Mr. Clemmons:

     Your claim, received October 3, 1994, was approved for payment in the amount of $205.00 under the provisions of Army Regulation 27-20, Chapter 11, implementing Title 31, United States Code, Section 3721.  The statute is a gratuitous payment statute which is not intended to provide total insurance coverage.  A voucher was forwarded to the Finance and Accounting Office for issuance of a check in that amount.  You should receive a check from the Finance and Accounting Office within two to three weeks.

     Pursuant to Army Regulation 27-20, Paragraph 11-13g, the amount awarded you on every line item was rounded up or rounded down to the nearest whole dollar.  You were awarded less than the amount claimed for the following reasons:

     a.  Normal depreciation was taken on the replacement costs for missing or destroyed items in accordance with the Allowance List-Depreciation Guide, in order to compensate you only for the actual value of these items at the time they were lost or destroyed.

     b.  No allowance was made for the shrunk.  There is no evidence to support new damage caused by carrier mishandling. According to the inventory prepared at origin, this shrunk was in terrible condition before it was moved.  It was "chipped, scratched, rubbed all over, loose, cracked, broken, etc."  The damage claimed would be pre-existing prior to the move and not compensable.

     c.  The allowance for the estimate fee on the television was limited to $25.00 which was the actual cost.

     If you are not satisfied with the action taken on your claim, you have the right to request reconsideration.  Your request must be in writing and you must tell us what you are dissatisfied with.  Although you have one year from the date of



- 2 -

this letter to request reconsideration, please call or write this office within two weeks to notify us of your intent to request reconsideration so that we can hold your file and avoid any delay in responding to you.

If you are contacted by or receive a check from a carrier or warehouse firm who handled your property, contact this office promptly.  In the event that you have missing items from your shipment and they are found, notify this office promptly, specifying the items recovered.

If you have any questions, you may contact this office at (404) 752-3858.

I regret your loss and the inconvenience incurred by you as a result of this service-connected incident.

Sincerely,

Audrius J. Kirvelaitis
Captain, U.S. Army
Claims Judge Advocate



```
                            TRANSACTION REPORT                         P.01
                                              OCT-24-94 MON 13:09

 DATE  START        SENDER        RX TIME  PAGES  NOTE

 OCT-24 13:07  4047933776           1'50"     2    OK
```

OCT-24-94 MON 13:12 FURNITURE DOCTOR INC     404 7933776        P.01

# Furniture                    Doctor
## Complete Line of Refinishing & Restoration Supplies

FACSIMILE MESSAGE

TO:  *Samuel Clemmons*

FROM:  *Bruce Smith*

NO. OF PAGES:  *4*

(including this cover sheet)

If all pages have not been transmitted,
please contact us immediately.

Our fax number is (706)  793-3776

Our phone number is (706)  793-0716



# Furniture Doctor, Inc.

3345 PEACH ORCHARD ROAD
AUGUSTA, GEORGIA 30906
PHONE: (706) 793 0716
FAX: (706) 793 3776

DATE _____ 2 16 94 _____

#320

CUSTOMER: _____ Mrs. Simmons _____            _____ Fort Gordon _____

_____ 623 Personal Home ___ _____

_____ ___ ___ ___ ___ 258 _____

_____ 569 0551 _____

| INV. NO. | ITEM | DESCRIPTION | AMOUNT |
|----------|------|-------------|--------|
| Shop | Schrunke | China cabinet ___ ___ ___ | |
| | | ___ apart, ___ ___ ___ | |
| | | 12 ___ section ___ molding broken, | |
| | | ___ ___ ___ ___ ___ | |
| | | broken out ___ ___ ___ | |
| | | hardware ___ ___ ___ | |
| | | missing ; Keyhole ___ ; | 6-1 |
| | | ___ ___ ___ ___ parts, | (500.) |
| | | ___ ___ ___ | 775 |
| Shop | | ___ ___ ___ | 4C |
| Pool Table | Frame hardware missing, | | |
| | | ___ ___ ___ | 5C |
| | ___ ___ | ___ ___ | |
| | Unit | | |
| | ___ ___ | ___ | |

☐ APPRAISAL

# Furniture Doctor, Inc.

**3345 PEACH ORCHARD ROAD**
**AUGUSTA, GEORGIA 30906**
PHONE: (706) 793-0716
FAX:  (706) 793-3776

DATE ?  - 16  94

CUSTOMER: _Clemmons_                            F.G

Page 2

| INV. NO. | ITEM | DESCRIPTION | AMOUNT |
|----------|------|-------------|--------|
| | Dresser | Mirror broken around circle tor | |
| | | mount E.L. Refinish | 50. |
| | | top have gouged out, discolored, | |
| | | | |
| | | scratched repair | 225 |
| | Desk | Left corner broken out, rubbed | |
| | | chipped scratched Repair | 185. |
| | TV Stand | top crushed in - left Refinish | |
| | | (est 120?) | N/C |
| | Chest | top gouged, feet scratched, | |
| | | Repair Repair to mat'l | 250. |
| | | Seal Fee | 35" |
| | | | |
| | | | |
| | | **TOTAL** | |

☐ APPRAISAL
☐ ESTIMATE

## FURNITURE DOCTOR, INC.
### Refinishing and Refinishing Supplies
3345 PEACH ORCHARD RD. (Hwy. 25)   AUGUSTA, GA 30906
(706) 793-0716 • FAX (706) 793-3776

Customer's Order No. _320_          Date _6 13 9_

Name _Mr. Clemmons_

Address _625 Pleasent Home Rd._
_In The Pine Apt 254_

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT # 869-0581 |
|---------|------|--------|--------|----------|-------------|---------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
|  | Schrunk; Repaired | | |
|  | as Est and Repaired | 775. | 3 |
|  |  | | |
|  | Mirror frame - | | |
|  | Repaired | 80 | 2 |

All claims and returned goods MUST be accompanied by this bill. A service charge of 1½% per month will be charged on all invoices c/se 30 days.

| TAX | |
| 45360  Received By | TOTAL | |



LAW OFFICES

# PARDUE & MASSEY

Chuck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)
John W. Seaman, Jr. (GA & AE)

**International Law Offices**
Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)
Svetlana Apeksenko (Republic of Belarus)

November 9, 1994

Samuel L. Clemmons
625 Pleasant Home Rd. #254
Augusta, GA  30907

Dear Samuel:

     Enclosed please find a Special Power of Attorney.  Please have your signature notarized and return this document to me.  As this Special Power of Attorney states, you are appointing me to resolve all claims that you have with the United States Army, including, but not limited to, the signing of any documents relating to same.

     If you have any questions regarding the above, please contact me.

     With kindest personal regards, I remain,

     PARDUE & MASSEY

     Chuck R. Pardue
     Attorney at Law

CRP:sdj
Enclosure

*Please reply to the Corporate Office at 563 Greene Street, Augusta, Georgia 30901*

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Toll Free Inside US 1-800-868-1101
Telecopier 706 722-0149

1919 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone 202 736-2139
Telecopier 202 223-6739

7 Surganova Str 220012
Minsk, Republic Belarus
Telephone 7 0172 62-54-18
Telecopier 7 0172 39-57-09

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281-417
Telecopier 7 3312 291-991



## SPECIAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That I, SAMUEL L. CLEMMONS, residing at 624 Pleasant Home Rd. #254, Augusta, County of Richmond, State of Georgia, do hereby nominate, constitute, and appoint CHUCK R. PARDUE, Attorney at Law, residing at 563 Greene Street, Augusta, County of Richmond, State of Georgia, my true and lawful attorney-in-fact, for me and in my name, place, and stead, and for my use and benefit:

To do all things necessary to resolve my claim with the United States Army, to include but not limited to signing documents for same. Also to bargain and agree to settle, and in any and every way and manner deal in and with the settlement of this case. And also for me and in my name, and as my act and deed, to sign, seal, execute, deliver, and acknowledge such documents, releases and bonds and such other instruments in writing of whatsoever kind and nature as may be necessary or proper in association with said claim of the United States Army.

GIVING AND GRANTING unto my said attorney-in-fact full power and authority to do and perform every act necessary, requisite, or proper to be done in and about the settlement of this case as I might or could do if personally present, with full power of substitution and revocation, hereby ratifying and confirming all that my said attorney shall lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF, I have hereunto signed my name this _21_ day of _November_, 1994.

_Samuel L. Clemmons_
SAMUEL L. CLEMMONS

### ATTESTATION

Signature acknowledged in the presence of:

_Chuck R. Pardue_
Witness

_Drew S. Byron_
Witness

### ACKNOWLEDGMENT

STATE OF GEORGIA        )
                        )
COUNTY OF RICHMOND      )

The foregoing instrument was acknowledged before me this _21st_ day of _November_, 1994, by SAMUEL L. CLEMMONS.

_Jerome A. Willett_
Notary Public, State of Georgia
My Commission Expires:

(SEAL)    Notary Public, Gwinnett County, Georgia
          My Commission Expires May 12, 1998

INITIALS

_____

_____

_____





**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT MCPHERSON
FORT MCPHERSON, GEORGIA 30330-5000



REPLY TO
ATTENTION OF

**0 9 DEC 1994**

Office of the Staff Judge Advocate

SUBJECT: Claim No. 95-271-0001

Mr. Samuel L. Clemmons
501 Preston Lane Drive
Tucker, Georgia  30084

Dear Mr. Clemmons:

Your request for reconsideration was approved in the amount of $625.00 under the provisions of Army Regulation 27-20, Chapter 11, implementing Title 31, United States Code, Section 3721. A voucher was forwarded to the Finance and Accounting Office for issuance of a check in that amount. You should receive a check from the Finance and Accounting Office within two to three weeks.

If you are contacted by or receive a check from a carrier or warehouse firm who handled your property, contact this office promptly. In the event that you have missing items from your shipment and they are found, notify this office promptly, specifying the items recovered.

If you have any questions, you may contact this office at (404) 752-3858.

I regret your loss and the inconvenience incurred by you as a result of this service-connected incident.

Sincerely,

Audrius J. Kirvelaitis
Captain, U.S. Army
Claims Judge Advocate



*LAW OFFICES*

# PARDUE & MASSEY

uck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)
John W. Seaman, Jr. (GA & AZ)

*International Law Offices*
Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)
Svetlana Apekseko (Republic of Belarus)

December 14, 1994

Department of the Army
Headquarters
U.S. Army Signal Center and Fort Gordon
Office of the Staff Judge Advocate
Fort Gordon, GA  30905-5280
Attm:  Allan T. Downen
        Chief, Claims Branch

Re:    **1LT Samuel L. Clemmons, 94-281-0925**

Dear Mr. Downen:

Enclosed please find a copy of a Power of Attorney from Samuel L. Clemmons authorizing me to resolve his claim with the United States Army.

If you have any questions, please contact me.

With kindest personal regards, I remain,

PARDUE & MASSEY

Chuck R. Pardue
Attorney at Law

CRP:sdj
Enclosure

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Toll Free Inside US 1-800-868-1101
Telecopier 706 722-0149

1919 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone 202 736-2139
Telecopier 202 223-6739

7 Surganova Str 220012
Minsk, Republic Belarus
Telephone 7 0172 62-54-18
Telecopier 7 0172 39-57-09

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281-417
Telecopier 7 3312 291-991





# DEPARTMENT OF THE ARMY
HEADQUARTERS U.S. ARMY SIGNAL CENTER AND FORT GORDON
FORT GORDON, GEORGIA 30905-5000

## 12 JAN 1995

REPLY TO
ATTENTION OF

Office of the Staff Judge Advocate

SUBJECT:  Order Not to Reenter the Reservation

Mr. Samuel Clemmons
625 Pleasant Home Road, #254
Augusta, Georgia 30907

Dear Mr. Clemmons:

    You are hereby ordered not to reenter the limits of Fort Gordon, Georgia, a military reservation under the jurisdiction of the United States.

    If you are found within Fort Gordon you will be subject to federal prosecution for violation of Title 18, United States Code, Section 1382, which states:

    "Whoever, within the jurisdiction of the United States, goes upon any military . . . installation for any purpose prohibited by law or lawful regulation; or Whoever reenters or is found within any such . . . installation, after having been . . . ordered not to reenter by any officer or person in command or charge thereof--Shall be fined not more than $500 or imprisoned not more than six (6) months, or both."

    This action is a result of your misconduct in June, 1994. Investigation revealed that you submitted a false claim to the Fort Gordon Claims Office, in violation of Title 18, United States Code, Section 287.  This type of misconduct is prejudicial to the good order and discipline of the military and will not be tolerated on Fort Gordon.

    This exclusion order is effective upon receipt.  If, after the effective date of this order, any reason arises which would justify a modification or termination of its terms, you should submit a request to Commander, U.S. Army Signal Center and Fort Gordon, ATTN:  ATZH-JAM, Fort Gordon, Georgia 30905-5280.

            Sincerely,

            Douglas D. Buchholz
            Major General, U.S. Army
            Commanding General



LAW OFFICES

# PARDUE & MASSEY

..uck R. Pardue (GA & TN)
Jackson R. Massey (GA)
Laura J. Beck (GA & PA)
William J. Marcum (GA)
John W. Seaman, Jr. (GA & AZ)
Kristina M. Anderson (SC)

INTERNATIONAL LAW OFFICE

*Of Counsel:*

Nurdin Kumushbekov (Kyrgyz Republic)
Rahat Toktonaliev (Kyrgyz Republic)

April 14, 1995

Samuel Clemmons
501 Preston Lake Drive
Tucker, GA  30084

Dear Samuel:

Enclosed please find a copy of a letter that we recently received from the Department of the Army regarding your claim.

If you have any questions, please do not hesitate to contact me.

With kindest personal regards, I remain,

PARDUE & MASSEY

*Chuck R. Pardue*

Chuck R. Pardue
Attorney at Law

CRP:sdj
Enclosure

*Please reply to the Corporate Office at 563 Greene Street, Augusta, Georgia 30901*

563 Greene Street
Augusta, GA 30901
Telephone 706 722-1900
Toll Free Inside US 1-800-868-1101
Telecopier 706 722-0149

1919 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone 202 736-2139
Telecopier 202 223-6739

Chui Prospect 114
Suite 450
Bishkek, Kyrgyz
Telephone 7 3312 281-417
Telecopier 7 3312 291-991

**THIS PAGE WAS INTENTIONALLY LEFT BLANK
BY THE DEFENDANT**



**THIS PAGE WAS INTENTIONALLY LEFT BLANK
BY THE DEFENDANT**

