# EXHIBIT # 4



THIS EXHIBIT WAS INTENTIONALLY WITHHELD

BY THE PLAINTIFF

(MINI CASSETTE TAPE RECORDING)

SEE CASE # 1:05CV02353 (RCL).

