# EXHIBIT # 5

Case 1:06-cv-00510-RCL   Document 23-6   Filed 11/22/2006   Page 1 of 11



# THE PAGES BEHIND THIS PAGE / **EXHIBIT # 5** WILL CONFIRM ONGOING PROBLEMS WITH THE DEPT. OF THE ARMY AND FEDERAL EMPLOYEES

# VERFIED BY MEMBERS OF CONGRESS
# AS
# WRONGDOING BY THE DEFENDANTS

**TOTAL NUMBER OF PAGES ARE: 10**

Page # 100



**DEFENSE FINANCE AND ACCOUNTING SERVICE**
INDIANAPOLIS CENTER
INDIANAPOLIS, INDIANA 46249-0001

JAN 13 1996

Directorate for Debt
and Claims Management                    SSAN:

SAMUEL L CLEMMONS
501 PRESTON LAKE DRIVE
TUCKER GA  30084

Dear Mr. CLEMMONS:

Reference your inquiry regarding your indebtedness to the Department of Defense.

A review of your account has been completed. Your account for overpayment of disability severance pay has been sustained.

You were given disability severance entitlement in May 1994 of $45,770.40 for 104 months service. Per your DD214, this entitlement was adjusted in December 1994 to $20,342.40 for 48 months service. The difference in the amount of State Income Tax and Federal Income Tax withholding ($1,017.12 and $7,119.84) for the corrected entitlement was then applied to your entitlements.

The erroneous disability entitlement was deducted, causing an overpayment of $17,291.04. If you have received your DD215 showing any prior active federal service, please forward a copy of that document to our office for review and possible adjustment of your account. Enclosed, please find copies of your May 1994 and June 1994 (final) Leave and Earnings Statements.

If you have further questions regarding your indebtedness, you may write to us at: DFAS-IN, DFAS-IN/FYCC, Mail Stop #242, 8899 E. 56th Street, Indianapolis, IN  46249-1422, or call our toll free customer service number 1-800-510-7666.

Sincerely,

S. A. Scherer
C, Debt and Claims Adjudication Division
Directorate for Debt and Claims
  Management

S-2/wm

TRENT LOTT
MISSISSIPPI

MAJORITY LEADER

FINANCE

'ERCE, SCIENCE, AND TRANSPORTATION

RULES

# United States Senate

SUITE 487, RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-2403

245 EAST CAPITOL STREET
SUITE 226
JACKSON, MS 39201

3100 S. PASCAGOULA STREET
PASCAGOULA, MS 39567

#1 GOVERNMENT PLAZA
SUITE 428
GULFPORT, MS 39501

P.O. BOX 1474
OXFORD, MS 38655

200 E. WASHINGTON STREET
SUITE 145
GREENWOOD, MS 38930

January 8, 1997

Mr. Samuel L. Clemmons
501 Preston Lake Drive
Tucker, Georgia   30084

Dear Mr. Clemmons:

This letter is simply to acknowledge receipt of your letter requesting my assistance with regards to your problems with the U.S. Army Reserves Personnel Center and to further advise you that contact has been made on your behalf. You will be notified when I receive a reply to my inquiry.

In order to expedite the handling of your case, please submit any additional information to me via my Jackson office at the address shown above. If you should wish to inquire before you hear from me again regarding the status of this inquiry, the phone number for my office is (601) 965-4646. A member of my staff will be pleased to assist you on my behalf.

With kind regards and best wishes, I am

Sincerely yours,

TRENT LOTT
U.S.S.

TL:lsr



TRENT LOTT
MISSISSIPPI

MAJORITY LEADER

FINANCE

COMMERCE, SCIENCE, AND TRANSPORTATION

RULES

# United States Senate

SUITE 487, RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-2403

245 EAST CAPITOL STREET
SUITE 226
JACKSON, MS 39201

3100 S. PASCAGOULA STREET
PASCAGOULA, MS 39567

#1 GOVERNMENT PLAZA
SUITE 428
GULFPORT, MS 39501

P.O. BOX 1474
OXFORD, MS 38655

200 E. WASHINGTON STREET
SUITE 145
GREENWOOD, MS 38930

April 11, 1997

Mr. Samuel L. Clemmons
501 Preston Lake Drive
Tucker, Georgia   30084

Dear Mr. Clemmons:

Your DD215 was received in this office and an inquiry was faxed to DFAS accompanied by a copy of this document. I trust that this action will resolve you debt problems, however, will advise you further when I receive a reply from DFAS. Your DD215 will be forwarded to you when this matter is finalized.

With kind regards and best wishes, I am

Sincerely yours,

Trent Lott
TRENT LOTT
U.S.S.

TL:lsr





TRENT LOTT
MISSISSIPPI

MAJORITY LEADER

FINANCE

COMMERCE, SCIENCE, AND TRANSPORTATION

RULES

## United States Senate

SUITE 487, RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-2403

245 EAST CAPITOL STREET
SUITE 226
JACKSON, MS 39201

3100 S. PASCAGOULA STREET
PASCAGOULA, MS 39567

#1 GOVERNMENT PLAZA
SUITE 428
GULFPORT, MS 39501

P.O. BOX 1474
OXFORD, MS 38655

200 E. WASHINGTON STREET
SUITE 145
GREENWOOD, MS 38930

May 13, 1997

Mr. Samuel L. Clemmons
501 Preston Lake Drive
Tucker, Georgia     30084

Dear Mr. Clemmons:

    I am forwarding to you the response from the Defense Finance and Accounting Service which further details the results of my inquiry. Also, enclosed is your original DD215, a copy of which was sent to DFAS, as well as a copy of the disbursement statement of your account. Apparently, from your subsequent letter you have already been provided a copy of this statement and your letter was in reply to the figures on that statement. Your letter rebutting these figures has been faxed to DFAS and you will be further advised when I receive a reply.

    With kind regards and best wishes, I am

                                      Sincerely yours,

                                      TRENT LOTT
                                      U.S.S.

TL:lsr
Enclosures



DEFENSE FINANCE AND ACCOUNTING SERVICE
DENVER CENTER
6760 E. IRVINGTON PLACE
DENVER, COLORADO 80279

May 5, 1997

Honorable Trent Lott
United States Senate
245 East Capitol Street
Suite 226
Jackson, Mississippi  39201

Dear Senator Lott:

   This is in response to your January 8, 1997, inquiry in behalf of Samuel L. Clemmons, USAR, Separated, concerning his indebtedness to the Department of Defense.

   The Special Actions Branch, Directorate of Debt and Claims Management, Defense Finance and Accounting Service - Denver Center (DFAS-DE/FYDB), advises that Mr. Clemmons' debt of $17,291.04 has been canceled.  The cancellation is due to an additional entitlement for Disability Severance Pay of 5 years and 6 months.

   Mr. Clemmons is entitled to further pay of $5,533.13. Enclosed is a DFAS-DE Form 0-641 (Statement of Military Pay Account), showing a breakdown of his entitlements, deductions, and payments for May 1-3, 1994.

   If Mr. Clemmons has not received his check within 30 days from the date of this letter, he should contact Ms. Marsha Porter, at the DFAS-Indianapolis Center (DFAS-IN/FJC), by calling (317) 543-7427.  Ms. Porter's office will also issue a TD Form W-2 (Wage and Tax Statement), for 1997, by January 31, 1998.

   Please advise Mr. Clemmons that his account was recalled from the commercial credit bureaus with whom DFAS-DE/FYDB reports information to on April 28, 1997.  Mr. Clemmons should be advised that it takes time for these agencies to receive and pass along the information to their credit network.  If Mr. Clemmons should encounter any credit difficulties as a result of their report, DFAS-DE/FYDB will gladly confirm the status of his account.  A prospective creditor or Mr. Clemmons may call our toll free

2

number, 1-800-962-0648, or write to DFAS-DE/FYDC, 6760 East Irvington Place, Denver, Colorado 80279-7500.

DFAS-DE/FYDB apologize for any inconvenience or undue hardship this situation may have caused.

Sincerely,

Harvey B. Rice, Captain, USAF
Chief, Congressional Liaison/
   Performance Assessment Division
Directorate of Resource Management

Enclosures:
As stated



TRENT LOTT
MISSISSIPPI

MAJORITY LEADER

FINANCE

COMMERCE, SCIENCE, AND TRANSPORTATION

RULES

# United States Senate

SUITE 487, RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–2403

245 EAST CAPITOL STREET
SUITE 226
JACKSON, MS 39201

3100 S. PASCAGOULA STREET
PASCAGOULA, MS 39567

#1 GOVERNMENT PLAZA
SUITE 428
GULFPORT, MS 39501

P.O. BOX 1474
OXFORD, MS 38655

200 E. WASHINGTON STREET
SUITE 145
GREENWOOD, MS 38930

June 4, 1997

Mr. Samuel L. Clemmons
501 Preston Lake Drive
Tucker, Georgia    30084

Dear Mr. Clemmons:

I received another reply from DFAS-Denver advising that additional information concerning the validity of your debt has been requested. Your case will again be reviewed and at that time I will be further advised concerning the exact nature of your debt, etc. You will be contacted again when I receive a reply.

With kind regards and best wishes, I am

Sincerely yours,

TRENT LOTT
U.S.S.

TL:lsr



**TRENT LOTT**
MISSISSIPPI

MAJORITY LEADER

FINANCE

COMMERCE, SCIENCE, AND TRANSPORTATION

RULES

# United States Senate

SUITE 487, RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-2403

August 7, 1997

245 EAST CAPITOL STREET
SUITE 226
JACKSON, MS 39201

3100 S. PASCAGOULA STREET
PASCAGOULA, MS 39567

#1 GOVERNMENT PLAZA
SUITE 428
GULFPORT, MS 39501

P.O. BOX 1474
OXFORD, MS 38655

200 E. WASHINGTON STREET
SUITE 145
GREENWOOD, MS 38930

Mr. Samuel Clemmons
7533 South Peoria Street
Chicago, Illinois  60620

Dear Mr. Clemmons:

I received your latest letter and have discussed your problems with DFAS. A request has been made that they contact you directly to try to resolve your problems.

I am enclosing with this letter the response from DFAS which states that you are not entitled to any further reimbursement. I trust it will be helpful to you in understanding and resolving this matter.

With kind regards and best wishes, I am

Sincerely yours,

TRENT LOTT
U.S.S.

TL:lsr
Enclosures



DEFENSE FINANCE AND ACCOUNTING SERVICE
DENVER CENTER
6760 E. IRVINGTON PLACE
DENVER, COLORADO 80279

July 28, 1997

Honorable Trent Lott
United States Senate
245 East Capital
Suite 226
Jackson, Mississippi  39201

Dear Senator Lott:

This is in response to your inquiry in behalf of Samuel L. Clemmons, USA, Separated, concerning his entitlement to disability severance pay.

The Special Actions Branch, Directorate of Debt and Claims Management, Defense Finance and Accounting Service - Denver Center (DFAS-DE/FYDB), advises that they have reexamined Mr. Clemmons' military pay account and found it to be correct. Mr. Clemmons separated on May 3, 1994, with entitlement to disability severance pay; however, an audit of his pay account in November 1994 erroneously determined he was only entitled to disability severance pay for four years active service. (See columns 2 and 3 of the Adjustment 0-641 (Statement of Military Pay Account.)(enclosure 1))

In our May 5, 1997, (enclosure 2) congressional response, we advised Mr. Clemmons that his account was corrected to include credit for an additional five years active service towards disability severance pay. (See columns 4 and 5 of enclosure 1). Please advise Mr. Clemmons that he is not due further pay.

If further information is required, Mr. Clemmons may call their customer service toll free number, 1-800-962-0648, between the hours of 7:00 a.m. and 4:00 p.m. mountain time, or he may write to DFAS-DE/FYDC, 6760 East Irvington Place, Denver, Colorado 80279-7500.

Sincerely,

Harvey B. Rice, Captain, USAF
Chief, Congressional Liaison/
    Performance Assessment Division
Directorate of Resource Management

Enclosures:
1. Adjustment 0-641
2. May 5, 1997

