# EXHIBIT # 6



**DEPARTMENT OF THE ARMY**
OFFICE OF THE STAFF JUDGE ADVOCATE
419 B STREET
FORT GORDON, GEORGIA 30905-5280

REPLY TO
ATTENTION OF:

May 10, 2005

Claims Branch

Mr. S. L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

Dear Mr. Clemmons:

    Your letter of March 21, 2005 to the Commanding General of Fort Gordon has been provided to me for response. I am investigating the matters contained therein and will respond to you as soon as I have gathered the pertinent materials. I anticipate responding to you in about 30 days.

    Please advise me as to whether you are represented by an attorney as I see from the information you provided that Mr. Chuck Pardue previously represented you on some of these matters.

                                 Sincerely,

                                 Allan T. Downen
                                 Chief, Claims Branch

# PERSONAL STATEMENT

I, **Mary A. Rounds**, makes this statement in support of my son (Samuel L. Clemmons) business with Fort Gordon Reservation that during the month and year of June, 1994, I was in charge of handling his household goods from his military move (See the attached Special Power of Attorney).

While my son (Samuel L. Clemmons) was away on military business and family business, it was I and his spouse who assisted him in getting his moving claims processed and made such contact to Furniture Doctor in reference to the incorrect amount placed on his estimate claim regarding his bedroom set which included his bed, dresser, mattress and box spring.

I was told by a representative at Furniture Doctor that the amount and message will be given to the person who came out and it was my assumption that making such minor correction can be made due to the person who came out did not call in regarding his mistake on the estimate after being told the correction will be made.

If such correction could not be made or will not be corrected, we will not have pursue to continue to do business with such company. We would have contacted another venue to received another estimate on his damaged household items.

I was not contacted after placing such request nor was I contact by anyone from the Criminal Investigation Division (CID) as stated in Colonel John H. Belser's letter dated June 10, 2005

I am providing my son with all support documentation to assist in showing his attendance at the time his claim was submitted. This should assist Fort Gordon and others that my son was too occupied to entertain any issues of his claim and that such actions against him is not warranted.

Respectfully yours

*Mary A. H. Rounds*
Mary A. Rounds

State of Mississippi
County of Lincoln
Sworn to & subscribed before me on this
the 27th day of July 2005

*Gloria Ratliff*
Notary Public

My Commission Expires: 7/30/06

*Mary A.H. Rounds* (signature)

_____

Sign your name above the line as Mary A. Rounds

Return this form to me in the self address stamp envelope

## SPECIAL POWER OF ATTORNEY
### to Receive or Take Possession of Personal and Household Property

**KNOW ALL PERSONS BY THESE PRESENTS:**

That I, _SAMUEL L. CLEMMONS_, Social Security Number _[redacted]_ of the State of _GEORGIA_, do hereby appoint _MARY A. FIELDS or MICHAEL C. HAUSER_ presently of _BROOKHAVEN, MS OR_, as my true and lawful attorney-in-fact to do the following in my name and in my behalf: _625 PLEASANT HOME ROAD, # [illegible], AUGUSTA, GA_

To accept delivery of, receipt for, and/or clear through customs, my Household Goods and/or Unaccompanied Baggage, and to execute any document, release, voucher, receipt, shipping ticket or other instrument necessary or convenient for such purpose.

BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purposes for which this Power of Attorney is granted, as fully and effectually as I could do if I were present.

I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.

All business transacted hereunder for me or for my account shall be transacted in my name, and that all endorsements and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

Unless sooner revoked or terminated by me, this Power of Attorney shall become NULL and VOID on _2 JUNE 95_.

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of a Notary Public witnessing it at my request this date, _2 JUNE 95_.

_[signature]_ (WITNESS)      _[signature]_ (L.S.)

PRINTED NAME & SSN: _SAMUEL L. CLEMMONS 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_

GEORGIA

RICHMOND

I, the undersigned, certify that I am a duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared _SAMUEL L. CLEMMONS_, who is known by me to be the person who is described herein, whose name is subscribed to, and who signed this Power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the uses and purposes herein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal on _2 JUNE 1995_

_[signature]_
Notary Public

My Commission Expires: _16 Feb 96_

[Notary Seal: JACQUELYN E. McGRADY, NOTARY PUBLIC, RICHMOND COUNTY, GA]

**SPECIAL POWER OF ATTORNEY**
to Receive or Take Possession of Personal and Household Property

**KNOW ALL PERSONS BY THESE PRESENTS:**

That I, _SAMUEL L. CLEMMONS_, Social Security Number _█████████_ of the State of _GEORGIA_, do hereby appoint _TANYA R. CLEMMONS_, presently of _2144 N. 24TH ST. MILWAUKEE, WI_, as my true and lawful attorney-in-fact to do the following in my name and in my behalf: _625 PLEASANT HOME RD, AUGUSTA, GA_

To accept delivery of, receipt for, and/or clear through customs, my Household Goods and/or Unaccompanied Baggage, and to execute any document, release, voucher, receipt, shipping ticket or other instrument necessary or convenient for such purpose.

BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purposes for which this Power of Attorney is granted, as fully and effectually as I could do if I were present.

I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.

All business transacted hereunder for me or for my account shall be transacted in my name, and that all endorsements and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

Unless sooner revoked or terminated by me, this Power of Attorney shall become NULL and VOID on _2 JUNE 96_.

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date, _2 JUNE 94_.

_[signature]_ (L.S.)
WITNESS

PRINTED NAME & SSN: _SAMUEL L. CLEMMONS, 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_

GEORGIA

RICHMOND

I, the undersigned, certify that I am a duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared _SAMUEL L. CLEMMONS_, who is known by me to be the person who is described herein, whose name is subscribed to, and who signed this Power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the uses and purposes herein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal on _2 June 1994_.

_[signature]_
Notary Public

Notary Public, Richmond County, Georgia
My Commission Expires March 23, 1998

My Commission Expires: _____