# EXHIBIT # 7





DEPARTMENT OF THE ARMY
Office of the Staff Judge Advocate
Claims Branch
419 B Street
Fort Gordon, GA 30905

OFFICIAL BUSINESS

Mr. S. L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602





**DEPARTMENT OF THE ARMY**
OFFICE OF THE STAFF JUDGE ADVOCATE
419 B STREET
FORT GORDON, GEORGIA 30905-5280

REPLY TO
ATTENTION OF:

May 10, 2005

Claims Branch

Mr. S. L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

Dear Mr. Clemmons:

Your letter of March 21, 2005 to the Commanding General of Fort Gordon has been provided to me for response. I am investigating the matters contained therein and will respond to you as soon as I have gathered the pertinent materials. I anticipate responding to you in about 30 days.

Please advise me as to whether you are represented by an attorney as I see from the information you provided that Mr. Chuck Pardue previously represented you on some of these matters.

Sincerely,

Allan T. Downen
Chief, Claims Branch





Office of the Staff Judge Advocate
419 B Street
Bldg 29718
Fort Gordon, GA 30905

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7004 1160 0003 5065 3478

Mr. S. L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602





**DEPARTMENT OF THE ARMY**
OFFICE OF THE STAFF JUDGE ADVOCATE
HEADQUARTERS, U.S. ARMY SIGNAL CENTER AND FORT GORDON
FORT GORDON, GEORGIA 30905-5280

REPLY TO
ATTENTION OF:

June 10, 2005

Office of the Staff Judge Advocate

Mr. S. L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

Dear Mr. Clemmons:

My office has investigated the allegations made to the Commanding General of Fort Gordon in your letter of March 21, 2005 regarding the claim you submitted.

I have determined that you submitted a claim on 6 June 1994 for damage to property shipped from Germany pursuant to your transfer to the Medical Holding Company at EAMC. In the claim, you requested the replacement cost for a German bedroom unit that was not feasible to repair according to an estimate prepared by the Furniture Doctor, Inc. The estimate contained a replacement cost provided by the Furniture Doctor which had been changed from the original $1,500.00 to $2,000.00. You claimed $2,000.00 as the replacement cost of the bedroom unit.

During the investigation conducted by the Army's Criminal Investigation Command (CID), you stated to them that the Furniture Doctor had authorized you to make the change on the estimate. Interviews with Furniture Doctor personnel by CID indicated that was not the case. CID closed the investigation on 16 June 1994 with a finding that you had submitted a fraudulent claim by altering the appraisal form.

On 29 June 1994, you were paid $1,555.00 for the claimed items except the German bedroom unit which was denied for fraud. In December 1994, you submitted a request for reconsideration through your attorney, Mr. Chuck Pardue. The request and complete file was forwarded to the U.S. Army Claims Service on 17 February 1995. On March 28, 1995, USARCS denied your request for reconsideration finding that altering the estimate of repair constituted an act of fraud for which denial of that line item was appropriate. That action is final and conclusive as a matter of law with respect to your claim.

I will take action to rescind the Order Not to Reenter the Reservation which was issued on January 12, 1995. However, I am not aware of any database or other location where your name has been listed with a negative connotation preventing you from obtaining a career position. If you can provide more details concerning the referenced database, I will investigate that situation.

Sincerely,

John H. Belser
Colonel, U.S. Army
Staff Judge Advocate



Sam Clemmons
P.O. Box 1001
Brookhaven, MS 39602

July 5, 2005

Department of the Army
Office of the Staff Advocate
**Attn: Colonel John H. Belser**
419 B Street
Fort Gordon, GA 30905-5280

### RE: Letter Dated June 10, 2005

Dear Colonel Belser:

I am receipt of your letter dated June 10, 2005 concerning this inquiry into a fraudulent claim that the post of Fort Gordon claims that I submitted.

First, I would like to say thanks for your assistance in this matter but according to your letter that is not the complete picture into what happen here Sir. I do appreciate you rescinding such Order Not to Reenter which was an order that shows or displays that I had been convicted in a Military Court concerning such matter of fraud.

In Your letter, you mention the Army's Criminal Investigation Command but did not give the exact name of the agent that conducted such investigation. If you can, can you provide me with such name of the agent and allow me 30 days to reply back to you with the facts that such fraud or attempt to fraud never happen and no one never contacted me prior to sending such file or claim over for investigation by the CID.

This shows that my entire claim was in questioned and subject to investigation due to the large amount of damage that was done according to the inspection report dated 18 February 1994.

According to the property claim law, I thought one should be allow to get another quote of such damages if one does not agree with an estimate provided by the estimator.

Sir, in this case Furniture Doctor left off the recovery cost for the mattress, box spring and dresser which in order to replace my complete bedroom set it would have cost approximately $3,000 not $1,500. I clearly informed such person the replacement cost for the bed alone is approximately $2,000. If furniture doctor made such a mistake in not entering the correct information on the estimate sheet and contact was made to rectify the error and some where in the channel furniture doctor either forgot or fail to make the correction, it should not fall upon me to be hit with slander of submitting a fraudulent claim even when I have proof that it was not I that correct the amount on the claim form after making such contact with furniture doctor before submitting such claim to your



office for settlement.

I can tell you that I strongly feel and believe that such investigation you stated in your letter may have never happen and it is the Army's Criminal Investigation Command who is responsible for entering such fraudulent information in such database against me.

My attorney (Chuck Pardue) was retained on June 11, 1994 to request a reconsideration and to fully assist in resolving such matter before it escalated into what it has escalated into damaging my career. In your letter you stated the CID unit completed its investigation on June 16, 1994 which conflicts what I wish to reveal to your office.

The Office of the Staff Judge Advocate refused or failed to cooperate with Attorney Chuck Pardue to resolve such issue or concern.

If you can allow me to prove this I would greatly appreciate if you can continue to assistance me.

If you allow me a chance to prove myself, I will be forwarding you additional information and I will be forwarding such information that I have provided your office to Attorney Pardue to resolve and assist in closing and removing such derogatory mark from your database that professional law enforcement officers and agencies are saying that is preventing me from advancing in my career endeavors.

I will remain on standby waiting to hear from your office on this matter.

In Kind regards , I remain

Sam Clemmons
Complainant to Fort Gordon Georgia

/mll

      CC: Attorney Chuck Pardue
          Record





**DEPARTMENT OF THE ARMY**
OFFICE OF THE STAFF JUDGE ADVOCATE
419 B STREET
FORT GORDON, GEORGIA 30905-5280

REPLY TO
ATTENTION OF:

July 13, 2005

Claims Branch

Mr. S. L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

Dear Mr. Clemmons:

I am responding to your letter of July 5, 2005, to COL John H. Belser who is no longer assigned to this office.

I am enclosing a letter which was provided to your attorney, Mr. Chuck R. Pardue, on March 28, 1995, by the U.S. Army Claims Service. After considering the information provided by your attorney, the decision was made that your claim would be denied on the basis that it was tainted by fraud because you altered the repair estimate prepared by the Furniture Doctor without permission. As stated in the last paragraph of the letter, that decision is final as a matter of law. No one in this office has the authority to change that decision or is able to assist you in a challenge to that decision.

I do want to assure you that no law enforcement officer or agency has access to the claims database and you are not being denied employment on the basis of action taken with respect to your claim.

Sincerely,

Allan T. Downen
Chief, Claims Branch



P.O. Box 1001
Brookhaven, MS 39602

August 13, 2005

Department of the Army
Headquarters U.S. Army Signal Center & Fort Gordon
Commanding General Office
Fort Gordon, GA 30905-5280

Dear Commander of The Post:

I am writing you once again to clear my name, to make correction to your record and ask for removal of any derogatory marks that you have created a public record wrongfully against me saying that I committed a crime during my tenure at Fort Gordon, Georgia.

I have tried to prove my point once before, but it appears that someone in your organization is failing to listening to the facts and make any correction needed to be made in this matter.

I have also provided you with many statements of proof. I have requested from your post the releasing of the investigator's report showing or stating that I committed a crime of fraud. Show proof where I attempted to fraud the government of approximately $20,500.00, and that it was I that changed an amount on an estimate report.

I must inform you that we never had the opportunity to dispute or request another estimate from another company or allow the company that made the estimate report come out to make the proper correction.

For some reason, your post is attempting to try to make me out to be the villain here. When I have poof that I was not the one handling this claim. Nor was I available when such claim was submitted.

Sir or Madam, I'm submitting this request once again in an attempt to resolve this matter. Therefore, I'm once again requesting the releasing of the investigator's name, the date and time when such report was completed and the person name that stated no permission was given to change such amount.

If no such information can be given then I'm requesting that this complete matter be rescinded and removed from this database that I have been told that a criminal record exist with the Criminal Investigation Division that shows that I had been arrested, and convicted concerning this matter.



If none of this is true, then if such information is in a database, I have to question, who gave who the rights to enter my personal information into a criminal database?

I am providing your office with all the documents that has transpired since my initial request on March 21, 2005.

I'm starting to think here, if such information is in a database, I truly think that **Mr. Allan T. Dowen** is a suspect for placing it there. I'm going to think this until proven otherwise.

I will remain on standby, waiting for your complete assistance to this request...

Sincerely,

/Sam L. Clemmons
Plaintiff

slc/

Enclosures



P.O. Box 1001
Brookhaven, MS 39602

August 13, 2005

Department of the Army
Commanding General Office
U.S. Army Claims Services
Office of The Judge Advocate General
Fort George E. Meade, Maryland 20755-5360

**Subject: First Lieutenant Samuel L. Clemmons**
**Claim Number 94-281-0925**
**Fed Ex Extremely Urgent Tracking #: 811932233327**

Dear Lieutenant Colonel in Charge:

I am writing you once again to clear my name, to make correction to your record and ask for removal of any derogatory marks that you have created a public record wrongfully against me saying that I committed a crime during my tenure at Fort Gordon, Georgia.

I have tried to prove my point through my attorney once before, but it appears that someone in your organization is failing to listening to the facts and make any correction needed to be made in this matter.

I have also provided you with many statements of proof. I have requested from your post the releasing of the investigator's report showing or stating that I committed a crime of fraud. Show proof where I attempted to fraud the government of approximately $20,500.00, and that it was I that changed an amount on an estimate report.

I must inform you that we never had the opportunity to dispute or request another estimate from another company or allow the company that made the estimate report come out to make the proper correction.

For some reason, your post is attempting to try to make me out to be the villain here. When I have poof that I was not the one handling this claim. Nor was I available when such claim was submitted.

Sir or Madam, I'm submitting this request once again in an attempt to resolve this matter. Therefore, I'm once again requesting the releasing of the investigator's name, the date and time when such report was completed and the person name that stated no permission was given to change such amount.



If no such information can be given. I am requesting that this complete matter be rescinded and removed from this database that I have been told that a criminal record exist with the Criminal Investigation Division that shows that I had been arrested, and convicted in a court of law concerning this matter.

If none of this is true, then if such information is in a database, I have to question, who gave who the rights to enter my personal information into a criminal database?

I have provided Fort Gordon Post Commander with all the documents that has transpired since my initial request on March 21, 2005 to have this matter completely rescinded and removed from my record. I am requesting your office to communicate with Fort Gordon to review my submission. I will provide you with the FACTS upon your request from Fort Gordon to release all the information I have provided them. After I receive your acknowledgement of this request or inquiry and you have all the information from Fort Gordon, I will send you the FACTS.

In closing, I'm starting to think here, if such information is in a database, I truly think that **Mr. Allan T. Dowen** is a suspect for placing it there. I'm going to think this until proven otherwise. Someone needs to explain to me who gave who the permission to place my personal information in a law enforcement database labeling me as a convicted criminal.

I will remain on standby, waiting for your complete assistance to this request...

Sincerely,

Sam L. Clemmons
Plaintiff

slc/rcrd
Enclosures

Copy Furnished:
Fort Gordon, Georgia (Post Commander)



# SPECIAL POWER OF ATTORNEY
### To Request FOIA and Privacy Act, 5.U.S.C. 552 and 5 U.S.C. 552a

Know All Person by These Presents:

That I, **Samuel Lennious Clemmons, Jr.,** of currently in of the State of Mississippi but hold a resident of 548 Saint Charles Place, Brookhaven, MS 39601. Do hereby provide this document request to release all information in nature to me according to the Freedom of Information Act and Privacy Act, 5 U.S.C. 552 and 5 U.S.C. 552a respectively. This notice is my true and lawful attorney-in-fact to provide you the following in my name and on my behalf.

I hereby states that my full and legal name is Samuel Lennious Clemmons, Jr. My Date of Birth is: June 4, 1965; SSN 427086671; I am seeking all records pertaining to my background, employment records, security clearances conducted and list of all agencies whom has requested and obtain such records in my file.

Please release and send all information per request to the following addresses and person only:   S.L. Clemmons @ P.O. Box 1001, Brookhaven, MS 39602 and Mrs. Mary L. Lee @ P.O. Box 28558, Atlanta, GA 30358. (See Attached letter)

BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purpose for which this Power of Attorney is granted, as fully and effectual as I could do if were present.

I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.
All business transacted hereunder for me or for my account shall be transacted in my name / business name, and that all endorsement and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date,

SIGNATURE: _~~(signature)~~_     Date: _9/13/05_
STATE OF GEORGIA
COBB COUNTY

I, undersigned, certify that I am duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared _____, who is known by me to be the person who described herein, who name is subscribed to, and who signed this power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the use and purposes herein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal, on
_9-13-05_ (Month, date, and Year)



_____
(Notary Public Signature)              (My Commission Expires on)

JESSICA L. GEORGE
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires March 23, 2009



DEPARTMENT OF THE ARMY
Office of the Staff Judge Advocate
Claims Branch
419 B Street
Fort Gordon, GA 30905

OFFICIAL BUSINESS

33502+1001-01 8015

Mr. Sam L Clemmons
P.O. Box 1001
Brookhaven, Mississippi 39602





**DEPARTMENT OF THE ARMY**
OFFICE OF THE STAFF JUDGE ADVOCATE
419 B STREET
FORT GORDON, GEORGIA 30905-5280

REPLY TO
ATTENTION OF:

**AUG 3 1 2005**

Staff Judge Advocate

Mr. Sam L. Clemmons
P.O. Box 1001
Brookhaven, Mississippi 39602

Dear Mr. Clemmons:

The Commanding General has forwarded your letter dated August 13, 2005, to me to respond on his behalf. I am the Staff Judge Advocate. My predecessor was Colonel John Belser, who previously wrote you on June 10, 2005.

Neither the Commanding General nor I can provide the relief you request.

The United States Army Claims Service (USARCS) examined your claim file and reviewed the facts of your loss and, by letter dated March 28, 1995 (sent to your attorney, Chuck Pardue), concluded that the Fort Gordon claims office in 1994 properly denied payment for your German bedroom unit. As that letter pointed out, under the provisions of Title 31, United States Code, Section 3721, subsection (k), the USARCS decision is final as a matter of law.

Although your name does not appear in any database in our office or at USARCS that is accessible to prospective employers, your name does appear in the database of the United States Army Criminal Investigation Command (CID). Their report, dated 16 June 1994 (0233-94-CID043 - 31332 - 5M3A / 5G2X / 8F4D), concluded that you submitted a fraudulent claim to the US government by altering an appraisal from the Furniture Doctor, Inc.

You may ask for a copy of the CID report under the Freedom of Information Act by writing: Director, US Army Crime Records Center, ATTN: FOIA, 6010 Gunston Road, Fort Belvoir, VA 22060. No one at Fort Gordon is authorized to release the report to you. I have included a fact sheet with additional information regarding Freedom of Information Act requests.

You may also ask the Director, US Army Crime Records Center (at the Fort Belvoir address listed above), about the procedures necessary to try to have your name removed from the CID database. I do not wish to imply, however, that any such efforts to remove your name will necessarily be successful.

Sincerely,

D. Shawn Shumake
Colonel, U.S. Army
Staff Judge Advocate

Enclosure
FOIA Fact Sheet



## Making a FOIA Request

These guidelines will help the U.S. Army Crime Records Center respond to your request.

- **FOIA requests must be made in writing**. There are no special forms needed for making a request.
- You can mail or fax - **but not e-mail** - your request.
- **Write "Freedom of Information Act Request" on the envelope or on the subject line of your fax.**
- Include a daytime telephone number in case we need to contact you.

**Fax: 703-806-0462**

**Mailing Address:**
Director, Crime Records Center
FOIA/PA Division
6010 6th Street
Fort Belvoir, Va. 22060-5585



DEPARTMENT OF THE ARMY

COMMANDER
US ARMY CLAIMS SERVICE OTJAG
BUILDING 4411
ATTENTION JACS Admin. Office
FORT GEORGE G MEADE MD 20755-5360

OFFICIAL BUSINESS

**CERTIFIED MAIL**

7004 0550 0001 1915 8253

MR SAM L CLEMMONS
PO BOX 1001
BROOKHAVEN  MS 39602





**DEPARTMENT OF THE ARMY**
US ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE
FORT GEORGE G MEADE MARYLAND 20755-5360

October 18, 2005

REPLY TO
ATTENTION OF:

Executive

Mr. Sam L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

Dear Mr. Clemmons:

We are in receipt of your letter dated October 9, 2005, requesting; a copy of any CID investigation …in your files…used to render a decision against me.

The U.S. Army Claims Service (USARCS) is not the records custodian for records of CID investigations. I see from your request that you have also requested that the Director, U.S. Army Crime Records Center, ATTN: FOIA, 6010 Gunston Road, Fort Belvoir, VA 22060 respond to your request for CID investigative records. That agency is more likely than USARCS to have such records, if in existence, on file. A search of our files at USARCS Fort Meade has located no records responsive to your request.

The Office of The Staff Judge Advocate (OSJA), U.S. Army Signal Center and Fort Gordon is currently in possession of your claims file. They will review your file to determine if they have any releasable information in response to your request. Mr. Allan Downen or another staff member of the OSJA will respond to the request you sent to the Commander, Fort Gordon.

This constitutes a denial for materials requested under the Freedom of Information Act. This denial is made on behalf of Major General Scott C. Black, The Judge Advocate General of the Army. You may appeal this determination by writing to the Commander, U.S. Army Claims Service, 4411 Llewellyn Avenue, Fort George G. Meade, MD 20755-5360 within 60 calendar days of your receipt of this letter.



Both the letter and the envelope should be clearly marked, "Freedom of Information Act/Privacy Act Appeal." I will then forward your appeal to the General Counsel, Department of the Army, who will notify you directly of his decision.

Sincerely,

Joseph L. Impallaria, Jr.
Lieutenant Colonel, US Army
Executive Officer

Copy Furnished:

Mr. Allan T. Downen





Office of the Staff Judge Advocate
419 B Street
Bldg 29718
Fort Gordon, GA 30905

BO† 28558
Atlanta GA
30358

CERTIFIED MAIL

7002 0510 0001 4233 1672

Mr. Sam L. Clemmons

19/5/05
19/10/05
19/20/05

RETURN RECEIPT
REQUESTED





**DEPARTMENT OF THE ARMY**
OFFICE OF THE STAFF JUDGE ADVOCATE
419 B STREET
FORT GORDON, GEORGIA 30905-5280

REPLY TO
ATTENTION OF:

November 3, 2005

Staff Judge Advocate

Mr. Sam L. Clemmons
P.O. Box 1001
Brookhaven, Mississippi 39602

Dear Mr. Clemmons:

The Commanding General has forwarded your letter dated October 9, 2005, to me to re-spond to on his behalf.

As I previously advised you in my letter of August 31, 2005, neither the Commanding Gen-eral nor I can overturn the denial of your claim.

This office is not the records custodian for records of CID investigations and is not author-ized to release CID reports. I have previously advised you of the mechanism to obtain that re-port, and you acknowledge that you have requested a report under that procedure. The U.S. Army Crime Records Center at Fort Belvoir, VA, is responsible for responding to your request.

Sincerely,

D. Shawn Shumake
Colonel, U.S. Army
Staff Judge Advocate



DEPARTMENT OF THE ARMY
OFFICE OF THE GENERAL COUNSEL
WASHINGTON, DC 20310-0104

OFFICIAL BUSINESS

Mr. Samuel L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602







**DEPARTMENT OF THE ARMY**
OFFICE OF THE GENERAL COUNSEL
104 ARMY PENTAGON
WASHINGTON, DC 20310-0104

REPLY TO
ATTENTION OF

January 3, 2006

Mr. Samuel L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

Dear Mr. Clemmons:

This letter acknowledges our receipt of your Freedom of Information Act/Privacy Act (FOIA/PA) appeal, dated December 12, 2005, from the U.S. Army Claims Service.

Your appeal will be reviewed on a first-in, first-out basis. I assure you that we will review your appeal in turn and respond to you as expeditiously as possible.

Sincerely,

*S Holland*

Stacey L. Holland
Paralegal Specialist



DEPARTMENT OF THE ARMY
OFFICE OF THE GENERAL COUNSEL
WASHINGTON, DC 20310-0104

OFFICIAL BUSINESS

Mr. Samuel L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602





**DEPARTMENT OF THE ARMY**
OFFICE OF THE GENERAL COUNSEL
104 ARMY PENTAGON
WASHINGTON, DC 20310-0104

REPLY TO
ATTENTION OF

February 7, 2006

Mr. Samuel L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

Dear Mr. Clemmons:

This letter responds to your Freedom of Information Act (FOIA) appeal, dated December 12, 2005. You appealed a decision by the U.S. Army Claim Service (USARCS) in which you requested "a copy of any CID investigation report" that the claims office has in its files which was used to render a decision against you.

We apologize for the delay in responding to this appeal. The Army is required to address a large volume of FOIA demands. Therefore, we cannot always respond to appeals as quickly as we would like. We make it our practice to respond to appeals in the order received. The courts have sanctioned this method of handling FOIA cases. *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605, 614-16 (D.C. Cir. 1976).

By letter, dated October 18, 2005, you were advised by USARCS, that they were not the proper Initial Denial Authority (IDA) to respond to your request for a CID investigation report. In your original request, dated October 9, 2005, you indicated that you submitted a request to the Crime Records Center (CRC) for the same investigation. The CRC is the appropriate agency to act on requests for CID investigations and will respond to your request. Accordingly, your appeal is denied. If you have any further questions regarding this referral, please contact:

Ms. Suzanne Council
U.S. Army Crime Records Center
ATTN: CICR-FP
6010 6th Street, Bldg #1465
Fort Belvoir, VA 22060-5585.

You may appeal any response you receive from the CRC, regarding the ROI, to our office.

With respect to the referral of your request to the CRC by the USARCS, this letter constitutes final action, on behalf of the General Counsel, who has been designated by the Secretary of the Army to consider appeals under the FOIA. You may, if you so desire, seek judicial review of this determination through the Federal court system in accordance with the FOIA, 5 U.S.C. § 552(a)(4)(B).





This letter does not address any decision to grant or deny any claims that you may have submitted. Any issues that you may have with respect to the denial of a claim should be addressed to the entity that made that decision or through the appropriate administrative channels.

Sincerely,

Ronald J. Buchholz
Associate Deputy General Counsel

