# EXHIBIT # 8



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS

V.

DEPARTMENT OF THE ARMY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00510

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 03/20/2006

TO: (Name and address of Defendant)

**DEPARTMENT OF THE ARMY**
**OFFICE OF THE STAFF JUDGE ADVOCATE**
Attn: Chief, Claims Branch Manager Allan T. Downen
419 B Street
Fort Gordon, Georgia 30905-5280

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAR 16 2006

CLERK                                      DATE

By DEPUTY CLERK




**DEPARTMENT OF THE ARMY**
HEADQUARTERS U.S. ARMY SIGNAL CENTER AND FORT GORDON
FORT GORDON, GEORGIA 30905-5000

12 JAN 1995

REPLY TO
ATTENTION OF

Office of the Staff Judge Advocate

SUBJECT: Order Not to Reenter the Reservation

Mr. Samuel Clemmons
625 Pleasant Home Road, #254
Augusta, Georgia 30907

Dear Mr. Clemmons:

You are hereby ordered not to reenter the limits of Fort Gordon, Georgia, a military reservation under the jurisdiction of the United States.

If you are found within Fort Gordon you will be subject to federal prosecution for violation of Title 18, United States Code, Section 1382, which states:

> "Whoever, within the jurisdiction of the United States, goes upon any military . . . installation for any purpose prohibited by law or lawful regulation; or Whoever reenters or is found within any such . . . installation, after having been . . . ordered not to reenter by any officer or person in command or charge thereof--Shall be fined not more than $500 or imprisoned not more than six (6) months, or both."

This action is a result of your misconduct in June, 1994. Investigation revealed that you submitted a false claim to the Fort Gordon Claims Office, in violation of Title 18, United States Code, Section 287. This type of misconduct is prejudicial to the good order and discipline of the military and will not be tolerated on Fort Gordon.

This exclusion order is effective upon receipt. If, after the effective date of this order, any reason arises which would justify a modification or termination of its terms, you should submit a request to Commander, U.S. Army Signal Center and Fort Gordon, ATTN: ATZH-JAM, Fort Gordon, Georgia 30905-5280.

Sincerely,

Douglas D. Buchholz
Major General, U.S. Army
Commanding General



AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | JULY 5TH, 2006 |
| NAME OF SERVER (PRINT) | TITLE |
| SAM L. CLEMMONS | PLAINTIFF, PRO SE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: DEPARTMENT OF THE ARMY, OFFICE OF THE STAFF JUDGE ADVOCATE ATTN: CHIEF, CLAIMS BRANCH MCR ALLAN T. DONNELLY 419 B STREET, FORT GORDON, GA 30905-5280

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. POSTAL SERVICE | U.S. POSTAL EXPRESS SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 2ND, 2006       
           Date                  Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.





```
SANDY SPRINGS FINANCE UNIT
       ATLANTA, Geo
          30328999
        1204440024-C
05/01/2006       800)275-8777       01:32:37 P

                    Sales Receipt
Product         Sale    Unit         Final
Description     Qty     Price        Price

AUGUSTA GA 30905 EM                  $14.40
PO-Add Flat Rate
8 80 oz.
      #:          ED973870679US
   ay 3PM    / Normal
   ery
   rn Rcpt (Green Card)              $1.85
                                   ========
              Issue PVI:             $16.25
                                   ========

Total:                               $16.25

Paid by:
AMEX                                 $16.25
   Account #         XXXXXX XXXX2002
   Approval #:       542279
   Transaction #:    839
   23 902850395 41047 0777

Bill#:   1000201453304
Clerk:   03

- All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.
              Customer Copy
```





### Track/Confirm - Intranet Item Inquiry - Domestic

| | | | | |
|---|---|---|---|---|
| **Item:** ED97 3870 679U S | | **Date/Time Mailed:** 05/01/2006 13:29 | | |
| **Destination** | **ZIP Code:** 30905 | **City:** AUGUSTA | **State:** GA |
| **Origin** | **ZIP Code:** 30328-9997 | **City:** ATLANTA | **State:** GA |

**Class:** Express Mail - PO to addressee
**Scheduled Delivery Date:** 05/02/2006 15:00
**Weight:** 0 lb(s) 9 oz(s)          **Postage:** $14.40
**Firm Book ID:** 5199 9990 0007 0313 9255
**Delv Rqmt:** Normal                 **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| FORWARDED TO | 05/02/2006 16:16 | AUGUSTA, GA 30905 | |
| FORWARDED | 05/02/2006 16:16 | AUGUSTA, GA 30905 | 00A71G12F |
| | Request Delivery Record | | |
| DELIVERED | 05/02/2006 14:43 | AUGUSTA, GA 30905 | K958452 |
| | Firm Name: DDEAMC | | |
| | Recipient: 'W GRICE' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 05/02/2006 10:08 | AUGUSTA, GA 30909 | 00A71G12F |
| ENROUTE | 05/02/2006 04:56 | AUGUSTA, GA 30901 | L360569 |
| ACCEPT OR PICKUP | 05/01/2006 13:29 | ATLANTA, GA 30328 | |

Enter Request Type and Item Number:

Quick Search ●     Extensive Search

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0



# Track/Confirm - Intranet Item Inquiry
## Item Number: ED97 3870 679U S

**This item was delivered on 05/02/2006 at 14:43**

| | Delivery Section |
|---|---|
| **Signature:** | [signature] Wanda Gerce |
| **Address:** | DPG↑mc |

Enter Request Type and Item Number:

Quick Search ⦿      Extensive Search ○

[Explanation of Quick and Extensive Searches]

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

38

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601


CIVIL ACTION NO: 1:06CV00510 (RCL)

V

Department of the Army
Office of the General Counsel
Washington, DC 20310-0104


AFFIDAVIT OF SERVICE

I, SAM L. Clemmons, hereby declare that on the 1ST of MAY 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to DOA ATTN: ALLAN T. DOWNEN (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Bead — ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Bead  4/My/06 |
| 1. Article Addressed to:<br>DEPARTMENT OF THE ARMY<br>ATTN: CHIEF ALLAN T. DOWNEN<br>419 B STREET<br>FORT GORDON, GA 30905-5280 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☒ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label)  ED973870679US 15 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

PH #: 866-409-7758

Sam L. Clemmons v. Dept of Army Office of the General Counsel, Washington, DC 20310-0104



AO 88 (Rev. 1.94) Subpoena in a Civil Case

## Issued by the
# United States District Court
### DISTRICT OF COLUMBIA

SAM L. CLEMMONS

**SUBPOENA IN A CIVIL CASE**

V.

CASE NUMBER: 1 06CV00510 (RCL)

DEPARTMENT OF THE ARMY, ET AL

To: ALLEN T. DOWNEN (FEDERAL EMPLOYEE)

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ATTN: OFFICE OF THE CLERK : JUDGE ROYCE C. LAMBERTH'S CHAMBERS. 333 CONSTITUTION AVE, NW, RM #1225 WASHINGTON, DC 20001 | COURTROOM TBA |
| --- | --- |
| | DATE AND TIME TBA |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (WITHIN 20 DAY IF RECEIPT) | DATE AND TIME 12/12/2006 NLT 5:00 P.M. |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  | DATE 11/6/2006 |
| --- | --- |
| ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER 548 SAINT CHARLES PL, BLACK HAWK, MS 39041   PH: 866-419-7750 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.



AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

SERVED: U.S. ATTORNEY, U.S. COURT AND ALLEN T. DOWNEN (FEDERAL EMPLOYEE)
DATE: NOVEMBER 29, 2006
PLACE: (FORT GORDON, GA) U.S. DEPARTMENT OF THE ARMY POST COMMANDER COMMANDER GENERAL OFFICE

SERVED ON (PRINT NAME): DEPT OF THE ARMY HEADQUARTERS U.S. ARMY SIGNAL CENTER & FORT GORDON COMMANDER GENERAL OFFICE FORT GORDON, GA 30905-5280

MANNER OF SERVICE: CERTIFIED MAIL W/ RETURN RECEIPT # 7006 0100 0001 6544 1917

SERVED BY (PRINT NAME): SAM L. CLEMMONS

TITLE: PLAINTIFF, PRO SE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 11/6/2006

Signature of Server

Address of Server: 548 SAINT CHARLES PL, BROOKHAVEN, MS 39601

---

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. if objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. if objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(vi) subjects a person to undue burden.

(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## United States District Court
SAM L. CLEMMONS DISTRICT OF COLUMBIA

### SUBPOENA IN A CIVIL CASE

V.

DEPARTMENT OF THE ARMY, ET AL     CASE NUMBER: 1 06CV00510 (RCL)

To: SPECIAL AGENT LARRY PEARSON (CID)

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; ATTN: OFFICE OF THE CLERK AND JUDGE ROYCE C LAMBERTH'S CHAMBERS 333 CONSTITUTION AVE, N.W. RM #1225 WASHINGTON, DC 20001 | COURTROOM TBA |
|---|---|
| | DATE AND TIME TBA |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (WITHIN "20 DAYS" IN RECEIPT OF THIS SUBPOENA) | DATE AND TIME 12/12/2006 NLT 5:00 P.M. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  | DATE 11/6/2006 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER   PH # 866-409-7756 SAM L. CLEMMONS 548 SAINT CHARLES PL BLACKSHEAR, GA 31516 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

¹ If action is pending in district other than district of issuance, state district under case number.



## PROOF OF SERVICE

SERVED: U.S. ATTORNEY OFFICE, U.S. DIST. COURT AND SA LARRY PEARSON (CID)

DATE: 11/20/2006

PLACE: U.S. DEPT. OF ARMY POST COMMANDER'S OFFICE COMMANDER GENERAL OFFICE FORT GORDON GA 30905-5280

SERVED ON (PRINT NAME): DEPT. OF ARMY HEADQUARTERS U.S. ARMY SIGNAL CENTER & FORT GORDON COMMANDER GENERAL OFFICE FORT GORDON, GA 30905-5280

MANNER OF SERVICE: CERTIFIED MAIL W/ RETURN RECEIPT, # 7006 6100 0001 6544 1917

SERVED BY (PRINT NAME): SAM L. CLEMMONS

TITLE: PLAINTIFF, PRO SE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  11/6/2006
Date

Signature of Server

Address of Server: 548 SAINT CHARLES PL BROOKHAVEN, MS 39601

---

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. if objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. if objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(vi) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) when information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



AO 88 (Rev. 1 94) Subpoena in a Civil Case

## Issued by the
## United States District Court
### DISTRICT OF COLUMBIA

SAM L. CLEMMONS

### SUBPOENA IN A CIVIL CASE

V.

DEPT. OF THE ARMY, ET AL    CASE NUMBER: 06CV00510(RCL)

To: U.S. ATTORNEY'S OFFICE

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY U.S. DISTRICT COURT FOR THE DIST. OF COLUMBIA, ATTN: OFFICE OF THE CLERK / JUDGE ROYCE C. LAMBERTH'S CHAMBERS 333 CONSTITUTION AVE, NW, RM #1225 WASHINGTON, DC 20001 | COURTROOM TBA |
|---|---|
| | DATE AND TIME TBA |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE U.S. DISTRICT COURT FOR THE DIST. OF COLUMBIA (WITHIN 20-DAY AFTER RECEIPT) | DATE AND TIME 12/12/2006 NLT 5:00 P.M. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT | DATE 11/6/2006 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER  866-409-7458 SAM L. CLEMMONS, 548 SAINT CHARLES PL, BROOKHAVEN, MS 39601 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
If action is pending in district other than district of issuance, state district under case number.


AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | JUDICIARY CENTER BLD 555 4TH STREET, NW CIVIL DIVISION WASHINGTON, DC 20530 |

U.S. ATTORNEY'S OFFICE AND U.S. COURT
ATTORNEY KEVIN K. ROBITAILLE

SERVED ON (PRINT NAME): ATTORNEY KEVIN ROBITAILLE

MANNER OF SERVICE: CERTIFIED MAIL W/RETURN RECEIPT. 7006 0100 0001 6544 1924

SERVED BY (PRINT NAME): SAM L. CLEMMONS

TITLE: PLAINTIFF, PRO SE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 11/6/2006

Signature of Server

Address of Server: 548 SAINT CHARLES PL, BLACKHAWK, MS 39601

---

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. if objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. if objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(vi) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) when information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

