# EXHIBIT # 9



# **ATTENTION:**

**PAGES BEHIND THIS EXHIBIT WAS INTENTIONALLY
LEFT BLANK
BY THE DEFENDANTS**

**THE FOLLOWING ARE MISSING FROM THE RECORD:**

**1. COPIES OF CERTIFIED MILITARY ORDERS
DEMANDING AN INVESTIGATION**

**2. CERTIFEID TRUE COPIE OF THE CID'S
INVESTIGATION REPORT**

**3. CERTIFIED TRUE COPIES OF SWORN
DECLARATION STATEMENTS BY DEFENDANT'S
WITNESSES**



**THIS PAGE WAS INTENTIONALLY LEFT BLANK
BY THE DEFENDANT**



**THIS PAGE WAS INTENTIONALLY LEFT BLANK
BY THE DEFENDANT**



# THIS PAGE WAS INTENTIONALLY LEFT BLANK
## BY THE DEFENDANT

