UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>    PLAINTIFF<br><br>vs.<br><br>DEPARTMENT OF THE ARMY, et al<br><br>    DEFENDANT | )  CIVIL ACTION NO:<br>)<br>)  **1:06CV00510 (RCL)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION REQUESTS TO ENTER AFFIDAVIT OF SERVICE IN SUPPORT OF PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY FOR SUMMARY JUDGMENT OR TO PROCEED FORTH FOR JURY TRIAL AGAINST THE DEFENDANTS' MOTION REQUEST IF NECESSARY.

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** before the Office of the Clerk, to enter Affidavit of Service showing this honorable court proper service of the Plaintiff's Motion Request to entered Discovery in support of the Plaintiff's requests to enter discovery for summary judgment or to proceed forth for jury trial against the Defendant's Motion Request if necessary.

Respectfully submitted,

/s/ Sam L. Clemmons
Plaintiff, *Pro Se*

**Attachments:**

Affidavit of Services
Certificate of Service

RECEIVED
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
PLAINTIFF

CIVIL ACTION NO: <u>1:06CV00510 (RCL)</u>

V

DEPARTMENT OF THE ARMY, et al
DEFENDANT

## AFFIDAVIT OF SERVICE

I, <u>Sam Clemmons</u>, hereby declare that on <u>November 21st, 2006</u>, the Defendant and Defendant's counsel was served a certified true copy of the <u>PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY FOR SUMMARY JUDGMENT OR TO PROCEED FORTH FOR JURY TRIAL AGAINST THE DEFENDANTS' MOTION REQUESTS IF NECESSARY</u> revealing to the Defendant's counsel the true date and time such defendants were properly served by certified first class mail with a return receipt <u>#  7006 0100 0001 6544 1924</u> to the Defendant's counsel <u>Attorney Kevin K. Robitaille</u>. Attached hereto is the green card acknowledging service.

[Domestic Return Receipt card image with handwritten address to ATTY: KEVIN K. ROBITAILLE, ASST. U.S. ATTORNEY, JUDICIARY CENTER BLDG., 555 4TH STREET, NW, CIVIL DIVISION, WASHINGTON, DC 20530; Article Number 7006 0100 0001 6544 1924; Certified Mail checked; signature and date NOV 2 7 2006]



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0001 6544 1924**
Detailed Results:

- **Delivered, November 27, 2006, 4:33 am, WASHINGTON, DC 20530**
- **Notice Left, November 26, 2006, 7:11 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 26, 2006, 3:30 am, WASHINGTON, DC 20022**
- **Acceptance, November 21, 2006, 2:18 pm, LOS ANGELES, CA 90047**

< Back     Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0001 6544 1924**
Status: **Delivered**

Your item was delivered at 4:33 AM on November 27, 2006 in WASHINGTON, DC 20530.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

---

POSTAL INSPECTORS       site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust             Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2006, a true copy of the PLAINTIFF'S MOTION REQUESTS TO ENTER AFFIDAVIT OF SERVICE IN SUPPORT OF PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY FOR SUMMARY JUDGMENT OR TO PROCEED FORTH FOR JURY TRIAL AGAINST THE DEFENDANTS' MOTION REQUEST IF NECESSARY was served by regular mail concerning case # **1:06CV00510 (RCL).**

To: Defendant's Counsel

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

And


District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

*[signature]*
Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601