UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS<br>   PLAINTIFF | )<br>)<br>) | CIVIL ACTION NO: |
| vs. | )<br>)<br>) | **1:06CV00510(RCL)** |
| DEPARTMENT OF ARMY,<br>et al., | )<br>)<br>) | |
|    DEFENDANTS | )<br>) | |

**RECEIVED**
JAN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**
JAN 2 6 2007
CHAMBERS OF
JUDGE LAMBERTH

<u>PLAINTIFF'S MOTION REQUESTS TO ENTER ALTERATIVE MOTION BEFORE THE COURT IN CASE DEFENDANT WISHES TO MOVE FORTH FOR A JURY TRIAL IF NECESSARY. PLAINTIFF ENTERS PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR JURY TRIAL IF NECESSARY IN SUPPORT OF PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY JUSTIFYING ILLEGAL ACTIVITIES BY THE DEFENDANTS</u>

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** before the Office of the Clerk, requesting the clerk to Enter Plaintiff's Motion Request to enter Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial.

The Defendants should have an additional <u>30 days</u> according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R.15, R.26 (f), R. 33 (a), R. 33 (b) (3), R. 34, R.36 and (b) and R. 45.

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

**Attachments:**

Subpoena in A Civil Case Request
Plaintiff's Interrogation Request
Three Proposed Orders

**Copies to:**

To: Defendant's Counsel

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / **Certified Mail # 7006 0100 0001 6544 1849**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # 7006 0100 0001 6544 1856**

And

**United States District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001/ **Certified Mail # 7006 0100 0001 6544 1870**

Sam L. Clemmons v. Dept of Army Office of the General Counsel, Washington, DC 20310-0104, **CIVIL ACTION NO: 1:06CV00510 (RCL)**