writing, typing, printing, or drafts or copies of reproductions thereof irrespective of form in your possession, custody or control. (For Example, police reports, investigation reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, copies of return mail, chain of custody showing date and time of all parties involved.

CC.  The term "*all documents*" means every document as defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

## ADMISSIONS

COMES NOW Plaintiff, *Pro Se*, and served on the Defendant this request for admission of the truth of the facts set forth in the separate number paragraphs, pursuant to Fed. R. Civ. P. 12(b)(6) which the Defendant is required to answer and produce within thirty days from the date of service thereof:

1. The Army Crime Record Center (CID) issued you fraudulent instructions or information in which you carry out resulting in a United States Constitution Rights violation of the fourth and fourteenth amendment. Causing such subject rights to privacy to be violated. Causing issues of identity theft, identity fraud, deformation of character and later discrimination issues or concerns. Prove to this Court, Plaintiff and Jury that such illegal communication did not play a role in your illegal activity performed against the Plaintiff.

2. By accepting such ORDER or information it was not in compliance with the normal operation and procedures when such person was never arrested or investigated by anyone causing you to become bound by the terms of a higher

Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number 1:06CV00510 (RCL)

court to inform you that such actions performed by you are as well illegal, not just and not according to the constitution of the United States of America. Therefore, holding you as legally bound through rights to recovery for damages sought by the Plaintiff for punitive damages in the amount of $ 15,000,000.00 (fifteen million dollars) after taxes due to you now being in default under the Freedom of Information Act and Privacy Act under a Jury Trial Demanded case pending before this Court.

3. You are a witness to a crime that others knew where not legally correct making you an accessory to a crime by not stopping such crime or correcting and not by reporting such crime. Produce or provide any facts or rebuttal proven otherwise.

4. Said such funds or activities for your service were received by you in agreement to continue to such illegal activity. For the record, state and provide invoices the total payout for your service concerning these activities or state otherwise that no funds were accepted or needed for you to carry-out such illegal activities performed throughout many of the Plaintiff's federal, local and employment background investigation.

5. You have not revoked or attempted to revoke such service performed and at question as a stance to say such service performed was legal, accurate and correct making you to accept the responsibility of the crime(s) you agreed to carry-out against the Plaintiff.

6. Disclose the total amount of cases and total dollars amount you received from doing this to others each year to justify you did not discriminate against the Plaintiff.

7. Disclose the proper chain of custody inventory or disposal forms showing the exact date and time when such illegal paperwork was performed and reported to the U.S. Attorney General Office according to any procedures when reporting such activities that you must justify before this Court, Plaintiff and Jury that was legal and correct according to the law.

## **REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS**

COME NOW Plaintiff, Sam L. Clemmons, *Pro Se* and request that the Defendant, Department of Army, et al, produce and permit the Plaintiff to inspect and copy those documents and things designated as follows, pursuant to the U.S. District Court for the District of Columbia Civil Rules of Procedures under the Subpoena Duces Tecum Request at Sam L. Clemmons, 548 Saint Charles PL, Brookhaven, MS 39601.

## **ITEMS TO BE PRODUCED**

Items to be produced, subject to above definitions, are as follow:

1. Produce all documents which you were requested to identity in Plaintiff's First Set of Interrogatories Propounded to Defendant.

2. Produce all documents which you intend to present as evidence in the trial in this matter.

3. Produce all documents by means of communication to the U.S. Attorney's office, the Plaintiff's private attorney (Attorney Chuck Pardue), etc. expressing that such information cannot be released to a third party under the Freedom of Information Act and Privacy Act to constitute your refusal to release such information requested in a timely manner to prevent such lawsuit against you in this honorable court.

Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number 1:06CV00510 (RCL)

4. Produce all documents which you have received from the Army Crime Record Center (CID), Department of the Army, Defense Security Administration, Office of Personnel Management and any and all agencies who contacted you in nature to your illegal activities in which you agreed and failed to inform such investigation is a fraud in which all your alleged witnesses you made negative statements by printing negative statements about the Plaintiff to support your defense that such statements you made are accurate, true, correct, legal and binding according to the law.

5. Produce copies of all documents which you have sent to the Department of Justice (DEA), Army Crime Record Center, Defense Security Administration, Central Intelligence Agency, Federal Bureau of Investigation, Tonya Powell, and anyone else you wish to use as a witness in a jury trial.

6. Produce all copies or records validating Special Agent Larry Pearson and Allen T. Downen ever having the Plaintiff's personal but private information to be exempted from <u>111 ALR, Fed. 295</u> and <u>18 U.S.C.A § 1001 (2) (15) (34).</u>

7. Produce all declaration statements made to your agency by Special Agent Larry Pearson and Allen T. Downen concerning these illegal activities and events transpired within the Department of the Army since the date and time after the Plaintiff served the Defendants the Summons and complaint by means of the Department of Army and the Army Crime Record Center (CID) to have such summons and complaint hand deliver to the Defendants to justify prefect service upon such individuals and their agencies they represent.

<u>Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number</u> 1:06CV00510 (RCL)

8. Produce all certified but true copies of the Plaintiff's arrest records, investigation reports, etc without any information being blacken out.

9. Produce all documents which are in any way concerned with your dealing with the Army Crime Record Center and other agencies to provide proof to the Court in nature to your statements you submitted in your untimely response.

10. Produce all documents in any way connected with the allegations in the complaint filed herein to support your theory why such case should be dismissed with prejudice.

11. Produce all documents in any way connected to and to justify your statements you made against the Plaintiff in your untimely releasing of the information under the Freedom of Information Act and Privacy Act.

12. Produce all documents in any way connected with defense raised by you to the complaint or in any way connected with any defense to be raised by you concerning the complaint.

13. Produce all documents where it clearly states that no probable cause does not have to exist for an investigation to be performed according to the United States Constitution for example you can use case laws to establish your defense.

14. Produce all documents where it clearly states that any man or person can be the subject to an investigation outside of anyone or any agency jurisdiction and such agency performing such illegal investigation can do as they please by reporting false information to others agencies to taint and corrupt such agencies to cause harm by making such agencies to be liable for continue false reporting to cause

continue hurt and harm upon any man or person subject to be investigated regarding career opportunities.

15. Produce all documents where it clearly states that anyone who is subject to an investigation must have their name put in a criminal database to falsely mislead others to prevent such person from obtaining any career employment in a position of trust and to put a tracking on such a person to know his or her whereabouts at all time and to put his or her social security number in other databases or falsely report other illegal activities to continue to cause hurt and harm upon such person and such person family. Produce these documents to be exempt from any discrimination, identity theft, identity fraud, and deformation of character claims.

16. Produce all documents where it states or express that any man can be investigated or arrested at anytime prior and after for the same crime even without going through the proper channels of the Due Process of Law for example you can use case laws to establish your defense.

17. Provide all statistical data information from the Army Crime Record Center that shows the numbers of men are being investigated and arrested each month and each year concerning the alleged crimes "government fraud" and are being reported to Federal Government under the Federal Date Crime Statistical Report.

18. Produce all documents where it states or express that no police reports, incident reports, U.S. Marshall Service showing proper service to notify any man of pending actions against him any in court of law is not needed to make an investigation or arrest concerning illegal charges such as you have expressed and

Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number 1:06CV00510 (RCL)

reveal before this Court concerning issues with the Department of the Army and the Army Crime Record Center.

19. Produce all documents bearing the Plaintiff's signature showing acknowledgment and awareness of an investigation being performed or being questioned under an investigation to justify all your actions or attempts to plant something on the Plaintiff in attempts to destroy the Plaintiff's true name and character.

20. Produce all documents regarding your agency policy and procedures where it states any employees from the Federal Government can make false statements doing anyone background investigation or any investigation to make you to be exempted from laws violation of Federal Regulation <u>111 ALR, Fed. 295</u> and <u>18 U.S.C.A § 1001 (2) (15) (34)</u>.

21. Produce all documents regarding punishment for release false information under federal funds to any person, courts or any other federal agencies.

22. Produce all documents submitted to the U.S. Attorney General Office regarding the Plaintiff's Freedom of Information Act and Privacy Act requests that were due in the Attorney General Office by April 1st of each year such requests were filed to be in accordance will all procedures of the law.

23. Produce all documents in relation to contradiction to the Plaintiff's witness's statements attached in **Exhibit [# 6 & 9]** obtained from the Office of Personnel Management in relations to statements made and provided by the Federal Bureau of Investigation, Mr. Greg and Wayne Tillman to justify why default status should be removed and to justify your timeline of the Plaintiff's whereabouts during false or attempts to claim the Plaintiff existed during your false investigation.

24. Produce all documents which are that you have anything to do with your banking records, including bank statements, cancelled checks, deposit slips, old draft notices and any other agreements with any bank for the past five years to show the court your means and ways to pay for this debt in a timely manner once it has been approved that such actions performed by you were unconstitutional. If you wish not to pay for such debt through the Federal Crime Insurance Protection according to Fed. Civ. R. 34.

25. Produce all documents concerning retirement documents, pay stubs, addresses, social security numbers of Special Agent Larry Pearson and Allen T. Downen or justify and prove that such illegal investigation performed on the Plaintiff was true, accurate and correct to be exempt such individuals from this lawsuit.

26. Produce all documents which are or that you have anything to do with your federal or state income tax returns, grants and bonds which you have prepared or filed for the past five years if you wish to take the full responsibility of these crimes committed against the Plaintiff.

27. Produce the point of contact person who is responsible for paying this debt before this honorable court to settle this case before going before a jury trial.

28. Produce all documents from the Court granting an enlargement of time to respond on both requests to justify why you are not in default in default for producing any documents requested by the Plaintiff to move forth for a jury trial.

If the Defendant's Counsel cannot produce one/half of the documents requested in the Plaintiff's opposition and Plaintiff's First Request for Admission, Set of Interrogation, and Request for Production of Documents and Things Propounded to Defendant then this case is

Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number 1:06CV00510 (RCL)

20

clearly a case of violation under the Freedom of Information Act and Privacy Act. It will clearly show before the Court that the Plaintiff's Rights to Privacy has been violation and so many actions performed against the Plaintiff were unconstitutional and outside the scope of the forbidden fruit of justice.

The Plaintiff had every right to file such lawsuit against those who have violated the Plaintiff's rights under the United States Constitution of America.

Due to the Defendant's Counsel harass comments expressing dismissal with prejudice after being in default, the Plaintiff express now to the Defendant's Counsel to prove the Plaintiff wrong by the abundance of evidence that you should be able to easily obtain as stated in this submission before the Court and to correct the Defendants' failures to justify your harass requests against the Plaintiff to uplift such default so that you can continue response and continue to attempt to mislead the court as your activities are now proven within the Department of the Army and the Army Crime Record Center (CID).

The Plaintiff now wishes to file this motion in this honorable court for tort damages and full recovery of this lawsuit in this honorable court without going or proceeding further and over into another court of jurisdiction such as United States Court of Federal Claims.

The Defendants should be granted or have an additional **30 days** as required by law to produce all the documents requested to justify their actions and prepare to settled this lawsuit in accordance with the Plaintiff's actions under the Federal Rules of Civil Procedures R. 26, R. 33 (a) (b) (c) (d), 36, 37 (a)(3), R. 38 (b) (c), R. 39, R. 45, **R. 54, (a) (b) (c)** and R. 55 (a) (b) (e) that's if the Defendants continue to refuse and accept such default which should have been entered by the clerk.

They say,

Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number 1:06CV00510 (RCL)

*"A lie don't care who tells it just as long as it get told"*

Author unknown

*Provide one piece of facts displaying wrongdoing by the Plaintiff and come into the court with the truth* in order for us (Plaintiff & Defendants) to bring this matter to a close before the court so that the Defendants can correct their practices, policy, procedures and award the Plaintiff according to the Plaintiff's claim for relief under Federal Rules of Civil Procedures Rules 8.

                        Respectfully submitted,

                        Sam L. Clemmons
                        Plaintiff, *Pro Se*

**See Attachment:**
    Subpoena in a Civil Case
    Three Proposed Orders
    Exhibit **[none]**

**Copies Sent to:**

Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / **Certified Mail # 7006 0100 0001 6544 1849**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # 7006 0100 0001 6544 1856**

And

**District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001 / **Certified Mail # 7006 0100 0001 6544 1870**

Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number 1:06CV00510 (RCL)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| ) | |
| Plaintiff ) | **1:06CV00510(RCL)** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| DEPARTMENT OF ARMY, ) | |
| et al., ) | |
| ) | |
| Defendants | |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment by Default after entering substantial evidence for the record according to <u>Lewis v. Faulkner</u>, 689 F.2d 100, 102 (7th Cir.1982) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Request to Admission, Interrogatories, and Subpoena Duces Tecum from all the Defendants' witnesses to support their statements for the record and other top-secret documents under *de novo* as withheld by the Defendants to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS | ) CIVIL ACTION NO: |
| | ) |
| Plaintiff | ) **1:06CV00510(RCL)** |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| | ) |
| DEPARTMENT OF ARMY, | ) |
| et al., | ) |
| | ) |
| Defendants | |

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standard of summary judgment in favor of the Plaintiff.

The Plaintiff has demonstrated good cause shown and has demonstrated damage done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) have had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is now closed by means of Summary Judgment without Prejudice.

SO ORDERED this _____ day of_____ 200_


                                                                               Honorable Royce C. Lamberth
                                                                               United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601


KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS | ) CIVIL ACTION NO: |
| Plaintiff | ) <u>1:06CV00510(RCL)</u> |
| vs. | ) |
| DEPARTMENT OF ARMY, et al., | ) |
| Defendants | ) |

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standards.

The Court now deem it's necessary to GRANT the Plaintiff a jury trial to hear the facts as disclosed by both sides before a summary judgment to be issued.

The Plaintiff has demonstrated good cause shown and has demonstrated damage done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) have had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is assigned for a jury trial according to the Plaintiff's demands according to Rule 38 (b) (c) and Rule 8 of the Federal Civil Procedures.

ORDERED this _____ day of _____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January 2007, a true copy of the **PLAINTIFF'S MOTION REQUESTS TO ENTER ALTERATIVE MOTION BEFORE THE COURT IN CASE DEFENDANT WISHES TO MOVE FORTH FOR A JURY TRIAL IF NECESSARY. PLAINTIFF ENTERS PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR JURY TRIAL IF NECESSARY IN SUPPORT OF PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY JUSTIFYING ILLEGAL ACTIVITIES BY THE DEFENDANTS** were served by certified return receipt regular mail concerning case # **1:06CV00510 (RCL)**.

To: Defendant's Counsel

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / Certified Mail Tracking # **7006 0100 0001 6544 1849**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # 7006 0100 0001 6544 1856**

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001/ **Certified Mail # 7006 0100 0001 6544 1870**

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601