UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-0510 (RCL) |
| ) | |
| THE UNITED STATES ) | |
| DEPARTMENT OF THE ARMY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION TO STAY DISCOVERY**

Defendant moves, pursuant to Fed. R. Civ. P. 26(c), to quash the subpoenas attached to Plaintiff's Motion for Discovery and mailed to Mr. Allen Dowden, and stay discovery until resolution of Defendant's pending dispositive motion. The basis for this motion is set forth in the attached memorandum and exhibits.

Defendant attempted to contact Plaintiff regarding this motion, but was unsuccessful in reaching him.

A proposed Order is attached.

Respectfully submitted,

/s
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s
RUDOLPH C. CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

/s
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895