P.O. Box 28558
Atlanta, GA 30358

December 29 2006

Criminal Investigation Command Division
Headquarters U.S. Army Signal Center & Fort Gordon
**Director Attn: SAC**
Fort Gordon Resident Agency, Bldg. # 33142
Fort Gordon, GA 30905-5280

Dear Commander of The CID:

I am submitting this request through your office of this post that is the commander for investigating all criminal activities on your post. I am now requesting you to prefect service through your office to obtain certified true copies of the following items that are needed in the U.S. District Court for the District of Columbia.

**They are:** (1) Certified true copies of the military orders requesting or calling for an investigation into such damage claims to justify military orders (page 93) attached.
    (2) Certified true copies of the CID investigation report
    (3) Certified true copies of sworn declaration statements by both persons and parties responsible for these fraudulent activities stating they did not order or performed such activity. They are Allen T. Downen, Chief Claim Branch Officer and SA Larry Pearson, CID Investigator.

If you can provide the documentation requested through this subpoena within **20 days** as required by the courts from the date of your office receipt of this subpoena in a civil case it will be greatly appreciated.

I will remain on standby, waiting for your complete assistance to this request...

Sincerely,

Mrs. M. L. Lee, Paralegal
For Requestor, *Pro Se*

slc/ pcsrl
Enclosures
(2) Subpoena in a Civil Case
    CC: U.S. District Court
        U.S. Attorney Office
        U.S. Attorney General

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
### DISTRICT OF COLUMBIA

SAM L. CLEMMONS

**SUBPOENA IN A CIVIL CASE**

V.

DEPARTMENT OF THE ARMY, ET AL

CASE NUMBER: 06CV00510 (RCL)

To: ALLEN T. DOWNEN (FEDERAL EMPLOYEE)

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ATTN: OFFICE OF THE CLERK & JUDGE ROYCE C. LAMBERTH'S CHAMBERS. 333 CONSTITUTION AVE, NW, RM #1225 WASHINGTON, DC 20001 | COURTROOM TBA |
|---|---|
| | DATE AND TIME TBA |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (WITHIN 20 DAY IF RECEIPT) | DATE AND TIME 12/12/2006 NLT 5:00 P.M. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *Sam L. Clemmons* | DATE 11/6/2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

SAM L. CLEMMONS 548 SAINT CHARLES PL B'HAVEN, MS 39601

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  |  |  |
|---|---|---|
| SERVED | DATE 11/20/2006 | PLACE |

SERVED: U.S. ATTORNEY OFFICE, U.S. DIST. COURT AND SA LARRY PEARSON (CID)

DATE: 11/20/2006

PLACE: U.S. DEPT. OF ARMY POST COMMANDER'S OFFICE COMMANDER GENERAL OFFICE FORT GORDON, GA 30905-5280

SERVED ON (PRINT NAME): DEPT. OF ARMY HEADQUARTERS U.S. ARMY SIGNAL CENTER & FORT GORDON COMMANDER GENERAL OFFICE FORT GORDON, GA 30905-5280

MANNER OF SERVICE: CERTIFIED MAIL W/RETURN RECEIPT # 7006 0100 0001 6544 1917

SERVED BY (PRINT NAME): SAM L. CLEMMONS

TITLE: PLAINTIFF, PRO SE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 11/6/2006

Signature of Server

Address of Server: 546 SAINT CHARLES PL BROOKHAVEN, MS 39601

---

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney In breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit Inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. if objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. if objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who Is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, Is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may In order to attend trial be commanded to travel from any such place within the state in which the trial Is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies. or

(vi) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial Information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena. quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that Cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories In the demand.

(2) when information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS

v.

DEPARTMENT OF THE ARMY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV00510

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 03/16/2006

TO: (Name and address of Defendant)

**DEPARTMENT OF THE ARMY**
**OFFICE OF THE STAFF JUDGE ADVOCATE**
**Attn: Chief, Claims Branch Manager Allan T. Downen**
**419 B Street**
**Fort Gordon, Georgia 30905-5280**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            MAR 16 2006
CLERK                                  DATE

By DEPUTY CLERK