UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-CV-0510 (RCL) |
| | ) |
| THE UNITED STATES | ) |
| DEPARTMENT OF THE ARMY | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of Defendants' Motion Stay Discovery and opposition thereto, and Defendant's Opposition to Plaintiff's Motion for Discovery, and the Court having considered the entire record herein, it is, this _____ day of _____, 2007,

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Plaintiff's subpoenas quashed and that discovery stayed pending resolution of Defendant's dispositive motion.

SO ORDERED.

                                                                                                                                                             Royce C. Lamberth
                                                                                                                                                             United States District Judge

Copies to:
MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.

Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780