## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>　　PLAINTIFF<br><br>vs.<br><br>DEPARTMENT OF ARMY,<br>et al.,<br><br>　　DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CIVIL ACTION NO:**

**1:06CV00510(RCL)**

---

<u>PLAINTIFF'S MOTION REQUESTS TO ENTER **MASTER ORDER** BEFORE THE CLERK AND THE COURT IN CONJUNCTION WITH 2ND ALTERATIVE MOTION BEFORE THE COURT IN CASE DEFENDANT WISHES TO MOVE FORTH FOR A SUMMARY JUDGMENT OR JURY TRIAL IF NECESSARY. PLAINTIFF ENTERS PLAINTIFF'S SECOND REQUESTS FOR ADMISSIONS, SETS OF INTERROGATORIES, AND CONTINUOUS REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR SUMMARY JUDGMENT OR JURY TRIAL IF NECESSARY IN SUPPORT OF PLAINTIFF'S MOTION REQUESTS TO ENTER DISCOVERY JUSTIFYING ILLEGAL ACTIVITIES BY THE DEFENDANTS PRIOR TO **APRIL 1, 2007** (ATTORNEY GENERAL DEADLINE).</u>

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** to enter the Plaintiff's MASTER ORDER before the Office of the Clerk, requesting the clerk to Enter such order on docket and Plaintiff's Second Motion request for Continuous Admissions, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to Defendants to set stage for Summary Judgment or Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial.

# RECEIVED

FEB 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendants should have an additional <u>10 or 30 days</u> according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R.15, R.26 (f), R. 33 (a), R. 33 (b) (3), R. 34, R.36 and (b), R. 45and R.53 (e) (g) (3).

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

**Attachments:**

**Subpoena in a Civil Case Request**
**Plaintiff's Interrogation Request**
**Three Proposed Orders**

**Copies to:**

**To: Defendant's Counsel**

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / **Certified Mail # <u>7006 0100 0001 6544 1849</u>**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # <u>7006 0100 0001 6544 1856</u>**

And

**United States District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001/ **Certified Mail # <u>7006 0100 0001 6544 1870</u>**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>Plaintiff | ) CIVIL ACTION NO:<br>)<br>) **1:06CV00510(RCL)** |
| vs. | )<br>) |
| | )<br>) |
| DEPARTMENT OF ARMY,<br>et al.,<br>Defendants | )<br>)<br>) |

## PLAINTIFF'S MOTION REQUEST TO COMPEL DEFENDANT TO PRODUCE ALL EVIDENCE TO DEFEND SUCH LAWSUIT OR CLOSE CASE AND MOVE FORTH FOR SUMMARY JUDGMENT IN ACCORDANCE WITH THE PLAINTIFF'S DISCOVERY ENTRY AND IN ACCORDANCE WITH RULE 26 (D).

Comes now the Plaintiff now file such motion request to **"COMPEL"** the Defendant to produce all evidence to defend such lawsuit or close case after Plaintiff entry of discovery in support of Plaintiff's motion requests for summary judgment in whole or by default. The Plaintiff has entered his Exhibits in support of the Defendant's failures according to *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982) and now request to move forth for a jury trial if necessary.

The Defendant has had well over enough time according to the Court's calendar to produce such evidence the Defendant wishes to use in a trial setting. Therefore, it is now known before this Court that the Defendant has exhausted all its time. The Plaintiff's requests should be honored to avoid continuous submission of such motions by the Plaintiff or the Plaintiff's estate and to eliminate ongoing expenses by the Court.

Once again, the Plaintiff has expressed before this honorable court that relief can only be granted by the Defendant's correction to his, her, its and their practices and ways in reporting or giving information to any state or federal sector of the government, especially concerning a person true character under a federal investigation. In additional relief can be granted through compensation expressed by the Plaintiff in the Plaintiff's initial complaint according to Rule 8 of the civil procedures and the Defendant (s) should be held liable for all court cost after such summary judgment.

Once again, the Plaintiff rests and place this **MASTER ORDER** request in the hands of the judge so that the judge can now review the record as a whole and render the Plaintiff's Summary Judgment in whole or by Default to bring this case to a close before this honorable court within <u>10 days</u> after receipt of this motion filing.

The Plaintiff has entered certified certification that shows that the movant has in good faith conferred or has attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action.

The Defendant has failed to answer any of the questions propounded or submitted under Rule 30 or 31, or a corporation or other entity fails to make a designation under Rule 30(b)(6) or 31(a). The Defendant has failed to answer the interrogatories submitted under Rule 33. The Defendant has failed in their response to the Plaintiff and the Court to allow the Plaintiff and the Court to inspect any but all documents submitted under Rule 34. Now the Plaintiff has moved in accordance with the federal rules of civil procedures to enforce an order to compel an answer, or a designation, or an order compelling inspection in accordance with the pervious requests.

The Plaintiff has made three known certified attempts on the record to propound the Defendant to provide such evidence to move forth for a jury trial or to bring complete closure to

this case before the Court. All three attempts have failed. With the evidence submitted by the Plaintiff and the additional failures by the Defendant, this is enough evidence for a favorable ruling or judgment in whole but in favor of the Plaintiff according to the rules and instructions of the Court.

The Plaintiff once again expresses, provide and states before the Defendant, Court and Jury that it has always been known when considering a motion for summary judgment, it is known that the court must examine all evidence in the light most favorable to the plaintiff (nonmoving party). I would advised the defendant to consider case laws *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933). When a moving party (the defendant) bears the burden of proof at trial is entitled to summary judgment only when the evidence indicates that no genuine issue of material fact exists. See **Fed. Rules Civ.Proc. Rule 217k2406(2)**. *See case law*: *Anthony v. United States*, 987 F.2d 670,672 (10th Cir.1993). If the moving party (the defendant) does not bear the burden of proof at trial, it must show "that there is an absence of evidence to support the nonmoving party's (the plaintiff) case" In this case the nonmoving party (the plaintiff) has expressed evidence to support the plaintiff's claim; therefore, case law to consider: *Celotex Corp. v. Catrett*, 477 U.S. 317, 325, 106 S.Ct. 2548, 2554, 91 L.Ed.2d 265 (1986) holds no merit in this case matter. Therefore the Defendant has sustained no loss in this action, nor did the Plaintiff cause any hurt or harm to the Defendant, the Defendant caused this action or judgment upon self in either failing to response, failing to produce or provide the court with substantial facts or any facts at all to justify dismissal but fail to obey the Court's rules and instructions.

Respectfully Submitted,

Samuel Clemmons
Plaintiff, *Pro Se*

See Attached **ORDERS**

AO 88 (Rev. 1 94) Subpoena in a Civil Case

Issued by the

# United States District Court
### DISTRICT OF COLUMBIA

**SAM L. CLEMMONS**

Vs.

**DEPT. OF THE ARMY, et al**

To:

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:
**1:06CV00510 (RCL)**

**REVISED COPY**

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY U.S. DISTRICT COURT FOR THE DIST. OF COLUMBIA ATTN: OFFICE OF THE CLERK, 333 CONSTITUTION AVE, NW, RM #1225 WASHINGTON, DC 20001 | COURTROOM T.B.A. |
|---|---|
| | DATE AND TIME |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE U.S. DISTRICT COURT FOR THE DIST OF COLUMBIA 333 CONSTITUTION AVE, NW RM #1225 WASHINGTON, DC 20001 | DATE AND TIME |
|---|---|

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT Sam L. Clemmons | DATE 2/21/2007 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER IN #866-469-7756 SAM L. CLEMMONS 5VD SAINT CHARLES PL, BLOCK HAVEN, MS 35101 | |

See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number

**COURT COPY TO COMPEL**
**EVIDENCE IF NECESSARY**
**THROUGH PLAINTIFF'S**
**MOTION REQUEST TO**
**PRODUCE ALL THE EVIDENCE**

AO 88 (Rev. 1 94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED *DEPT. OF THE ARMY* | *1/22/2007* | *JUDICIARY CENTER BLDG 555 4TH STREET, NW CIVIL DIVISION WASHINGTON, DC 20530* |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| *ATTY KEVIN K. ROBITAILLE* | *CERTIFIED MAIL W/RETURN RECIEPT 7006 0100 0001 6544 1924 7006 0100 0001 6544 1849* |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| *SAM L. CLEMMONS* | *PLAINTIFF, PRO SE* |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  *2/26/2007*
　　　　　　　Date

Signature of Server

*548 STAR CLEMMONS PL*
Address of Server
*BLACK HAVEN, MS 59611*
*PH 866-409-7758*

---

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that

person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(vi) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that Cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents and things shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**PROVEN FRAUD
ACTIVITY BY
DEFENDANTS
JUSTIFYING LAWSUIT**

AO 88 (Rev. 1 94) Subpoena in a Civil Case

*Issued by the*

# United States District Court

### DISTRICT OF COLUMBIA

*COPY*

SAM L. CLEMMONS

Vs.

DEPT. OF THE ARMY, et al

To:

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:
**1:06CV00510 (RCL)**

**REVISED COPY**

☐   **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐   **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐   **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐   **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

**COURT COPY TO COMPEL
EVIDENCE IF NECESSARY
THROUGH PLAINTIFF'S
MOTION REQUEST TO
PRODUCE ALL THE EVIDENCE**

AO 88 (Rev. 1 94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
Date

Signature of Server

Address of Server

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that

person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**PLAINTIFF'S SECOND REQUESTS FOR ADMISSIONS, SETS OF INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS ATTACHED WITH MASTER ORDER REQUESTING TO COMPEL AND PROVE CASE IS NOT FRAUD.**

## DEFINITIONS

Plaintiff, Sam L. Clemmons, *Pro Se* status is now attempting to collect and recovery all information from the Defendant, Department of the Army, et al and any of such information will be use for further court purpose or jury trial if necessary.

As used herein, the terms listed below are defined as follow:

A. The terms, *"you"* and *"your,"* mean Department of Army, et al and the Defendant's Counsel and any and all persons, employees, agents and others acting or purporting to act on behalf of Department of Army, et al and its Federal Employees.

B. The terms *"I,"*, *"me,"* *"my,"* Plaintiff and all persons, employees, officer, owners, agents and others acting on behalf of Sam L. Clemmons' Estate.

C. The term "Plaintiff," means Sam L. Clemmons all persons, employees, officers, owners, agents and others acting on behalf of Sam L. Clemmons' Estate.

D. The term "*Judge*" means an official with the authority and responsibility to preside in a court, try lawsuits and make legal rulings. Judges are almost always attorneys. In some states, "justices of the peace" may need only to pass a test and federal and state "administrative law judges" are often lawyer or non-lawyer hearing officers specializing in the subject matter upon which they are asked to rule. The word "court" often refers to the judge, as in the phrase "the court found the defendant at fault," or "may it please the court," when addressing the judge. The word "bench" also refers to the judge or judges in general. Judges on appeals courts are usually called "justices." Judges of courts established by a state at the county, district, city or township level,

gain office by election, by appointment by the Governor or by some judicial selection process in case of a vacancy. Federal judges are appointed for life by the President of the United States with confirmation by the U.S. Senate. A senator of the same party as the President has considerable clout in recommending Federal judges from his/her home state. 2) v. to rule on a legal matter, including determining the result in a trial if there is no jury. Therefore, a judge is any person appointed, elected in place of a position of trust with confidence for the people and by the people to monitor, read, listen and instruct such activities within the United States Constitution and is set and in place to rule accordingly upon noticing and witnessing such laws have been violated or is being violated. The Judge is in place such as a referee, moderator, arbitrator, adjudicator, umpire, critic, reviewer, evaluator, arbiter, expert, authority, and connoisseur official to make the right calls, give such opinion, form an opinion, and rule accordingly according to the fine print of the laws, rules and regulation of the United States Constitution.

E.  The term "*conspiracy*," means when people work together by agreement to commit an illegal act. A conspiracy may exist when the parties use legal means to accomplish an illegal result, or to use illegal means to achieve something that in itself is lawful. To prove a conspiracy those involved must have agreed to the plan before all the actions have been taken or it is just a series of independent illegal acts. A conspiracy can be criminal for planning and carrying out illegal activities, or give rise to a civil lawsuit for damages by someone injured by the conspiracy. Thus, a scheme by a group of salesmen to sell used automobiles as new, could be prosecuted as a crime of fraud and conspiracy, and also allow a purchaser of an auto to sue for damages for the fraud and

3

conspiracy. This is no different than the activities describe by the Plaintiff in this civil lawsuit for damages.

F. The term "*client*," means accessory or partner in crime such as the Criminal Investigation Division, Drug Enforcement Administration, Defense Security Administration and The Office of Personnel Management witnesses and all persons responsible for assisting you in carrying out this unethical activity or activities causing this civil lawsuit.

G. The term "*motive*," means in criminal investigation the probable reason a person committed a crime, such as jealousy, greed, revenge or part of a theft. While evidence of a motive may be admissible at trial, proof of motive is not necessary to prove a crime. The Plaintiff is requesting the Defendants to prove where such motive, reason, cause, object, purpose, motivation, drive, aim or intent existed to justify a fraudulent alleged claim to impose an investigation upon the Plaintiff to attempt to destroy his character, careers, reputation by causing continue hurt upon the Plaintiff and the Plaintiff's family. The Plaintiff therefore declare reasons of jealousy, greed, inferior complex or issues of revenge to justify all the Defendants' actions of committing such crimes of conspiracy against the Plaintiff by the Defendant and the Defendants' witnesses or partner in crime. If there is no intent you don't have probable cause to investigate a crime or impose such negative actions against a person, company or business. There is a great deal of intent the Plaintiff have proven against all the Defendants and the Defendants' witnesses so declared and stated and expressed in the Plaintiff's complaint. Every action the Plaintiff described happen and existed for a

4

genuine purpose caused by the Defendants resulting in a lawsuit showcasing great merit to recovery for damages.

H. The term "*character witnesses,*" means a person who testifies in a trial on behalf of a person (usually a criminal defendant) as to that person's good ethical qualities and morality both by the personal knowledge of the witness and the person's reputation in the community. Such testimony is primarily relevant when the party's honesty or morality is an issue, particularly in most criminal cases and civil cases such as fraud. The Department of the Army Commander of the Post, Allen Downen, and all witnesses statements provided in the Plaintiff's and Defendant's Motion Request to Enter Discovery. **[EXHIBIT # 8 & 9]** will be used to show the Court the Defendants unethical practices and tactics in performing their illegal activities to cause this civil lawsuit.

I. The term, "*communication,*" includes oral and written communication of any type and an interrogatory requesting that a communication be stated is requesting that, in addition to any information specifically requested, the following be given:

J. The term, "*identity theft*" means and includes willful taking without such person knowledge or consent and placing such person name, social security number, date of birth, place of birth and misusing such information with intent to cause hurt or harm to such person or such person family.

K. The term, "*identity fraud*" means and includes willfully using such person name, social security number, date of birth, place of birth with in an intent to make something appear that is not true to intentionally cause hurt or harm upon such person or such person family.

L. The term, "***deformation of character***" means and includes willfully with an malice intent to print slanderous comments about someone that is not true and publish such illegal information so that others can see, read and interpret to draw a wrongful conception, idea or image about a person with an intent purpose to cause hurt or harm upon such person life, career or family.

M. The term, "***discrimination***" means and includes unequal treatment of persons, for a reason which has nothing to do with legal rights or ability. Federal and state laws prohibit discrimination in employment, availability of housing, rates of pay, right to promotion, educational opportunity, civil rights, and use of facilities based on race, nationality, creed, color, age, sex or sexual orientation. The rights to protest discrimination or enforce one's rights to equal treatment are provided in various federal and state laws, which allow for private lawsuits with the right to damages. There are also federal and state commissions to investigate and enforce equal rights. This is an act with a purpose or intent to not treat a race, gender, religious background, disable or person with disabilities the same the way you will treat other from a certain sector or class of people using bias, favoritism, prejudice, unfairness, inequity, bigotry, intolerance to reach an unfair decision or outcome of something such as your investigation report resulting in FRAUD.

N. The term "***prejudice***" means treating one different over the other even though both or many are similar in terms of filing response late placing such person, people or agencies in default. One default should not be removed or uplift if all others are not treated the same.

O. The term "*frivolous*" means playful, frolicsome, perky, lighthearted, merry, dizzy, giddy, laughing, and flippant, in connection to any statements provided by the Defendants which will result in a frivolous lawsuit to justify such wrongdoing.

P. The term "*ignorance*" means lack of knowledge, unawareness due to lack of education or lack of self development which can cause sever, hurt or harm upon such person which does not eliminate or excuse such a person from any crime or illegal activities being committed against such a person, business, agency, agencies, government, etc. "Ignorance of the law is no excuse"

Q. The term "*accessory*" means a second-string player who helps in the commission of a crime by driving an illegal process, providing the weapons or illegal paperwork, assisting in the planning, providing an alibi, or hiding the principal offender after the crime. Usually the accessory is not immediately present during the crime, but must be aware that the crime is going to be committed or has been committed. Usually an accessory's punishment is less than that of the main perpetrator, but a tough jury or judge may find the accessory just as responsible. Accessory to a crime are called accomplice, partner, partner in crime, assistant, abettor, co-conspirator in being involved in assisting others to hide, concealed, cover up any illegal activities witness or being involved by any person, agency, agencies, business, or government agencies.

R. The term "*fraud*" means the intentional use of deceit, a trick or some dishonest means to deprive another of his/her/its money, property or a legal right. A party who has lost something due to fraud is entitled to file a lawsuit for damages against the party acting fraudulently, and the damages may include punitive damages as a punishment or public example due to the malicious nature of the fraud. Quite often there are several

persons involved in a scheme to commit fraud and each and all may be liable for the total damages. For example, reporting something that is not true to others to cause hurt or harm upon such person, business, agency or agencies and such person family. Resulting in such deception, scam, con, scheme, swindle, racket, hoax, deceit, snake oil, smoke and mirrors to cover something up or prevent others from knowing the truth or final outcome of something such as your derogatory statements in your investigation report which should be a report of confirmed, accurate but true facts about a person under investigation.

S. The term "*white collar criminals*" means a generic term for crimes involving commercial fraud, cheating consumers, swindles, insider trading on the stock market, embezzlement and other forms of dishonest business schemes. The term comes from the out-of-date assumption that business executives wear white shirts with ties. It also theoretically distinguishes these crimes and criminals from physical crimes, supposedly likely to be committed by "blue collar" workers.

T. The term *"bait and switch",* means bait and switch, a term which can be easily identified through documentation of proof and evidence in fine print without legal documentation stating otherwise such as in this case before this court in Clemmons v. Dept. of the Army in illegal switching counsel without court approval to avoid legal prosecution. The legal term of such term is a dishonest sales practice in which a business advertises a bargain price for an item in order to draw customers into the store and then tells the prospective buyer that the advertised item is of poor quality or no longer available and attempts to switch the customer to a more expensive product. Electronic items such as stereos,

8

televisions, or telephones are favorites, but there are also loan interest rates which turn out to be only for short term or low maximums, and then the switch is to a more expensive loan. In most states this practice is a crime and can also be the basis for a personal lawsuit if damages can be proved. The business using "bait and switch" is an apt target for a class action since there are many customers but each transaction scarcely warrants the costs of a separate suit.

U. The term "*rights to pursuit of happiest*" means any person, business or agency have the right to pursue the "American Dream" to becoming successful through fair achievement to own property, capital, and work without any illegal activity involved.

V. The term "*jury trial*" means trial before the Plaintiff's peers to determine the overall trueness and fairness of one being guilty or not-guilty according to the United States Constitution under Article I of the Bill of Rights Amendment VI and according to Federal Civil Procedures, Rule 38 (b) (c).

W. The term "*justice*" means treating any or every person, people or agencies with fairness, impartiality, righteousness, evenhandedness, fair dealing, honesty, integrity, validity, truthfulness, rightfulness, acceptability, reasonableness to reach a final outcome in any case before the Department of Justice.

X. The term "*de novo*" means reveal any and all top-secret documents or none top-secret documents concerning any alleged investigation showing all persons or parties involved in the investigation without orders to justify any statements made to justify an legal background investigation allegedly claim or conducted after the Plaintiff freely but willful provided all personal information to perform rights to pursuit of happiest.

9

Y. The term "***Freedom of Information Act and Privacy Act***" means and states that such is an official law passed by the United States Congress and the Senate which set strict guidelines that clearly states for anyone to obtain their personal files upon their request through power of attorneys providing their full name, social security number, date of birth, etc to request to verify, correct, supplement or remove information from their government files that can adversely impact their future promotion, security clearance, veterans or social security benefits and more and such agencies upon any person request has **20 working days** by law to release such information requested.

1. Produce all documents you released to such agencies and the Plaintiff within 20 working days after receiving such requests after being served the Court's summons and Plaintiff's complaint.

2. Produce all appeals and letters submitted to you by the Plaintiff in nature to any and all Freedom of Information Act requests.

3. Produce all appeals final outcome showing the month, date and time when such appeal became final.

4. Produce all Court's documentation showing and revealing that this case has been consolidated with case number 1:05CV02353 (RCL).

5. **Produce all Court's documentation granting Attorney Steven M. Ranieri as the Attorney of Record and Court filing documents such as Appearance Entry validating such attorney is the attorney of record instead of Attorney Kevin K. Robitaille to validate all submission before the Court are timely and are in accordance with the Federal Rules of Civil Procedures.**

6. Produce the outcome of all referrals sent to the Department of the Army by the Plaintiff's private attorney disputing any and all illegal activities performed by the Department of the Army to validate all your statements and your discovery you submitted to the court and the Plaintiff in your late but untimely response causing such default actions against you so that you can show the court why such default actions should not be sustain to justify any of your submission to this honorable court.

7. Produce all documents in consent forms giving you exclusive rights to give the Plaintiff's personal information such as full name, address, social security number, date of birth, etc. that you (the Defendants) gave to the Army Crime Record Center (CID) to validate reasoning why such agency (CID) have rights to give such information to others to track and monitor the Plaintiff's activities by giving such private information to other agencies causing undue hardship, stress, harassment in your attempts and their attempts to make the Plaintiff a criminal when such criminal minded individuals have performed illegal actions or activities upon the Plaintiff for no justified reasons which now makes you to be exclusively in violation of the Plaintiff's rights to privacy by committing acts or crimes of conspiracy.

8. Produce the exact time and date the communication was given and received.

9. Produce all military orders requesting for an investigation to be conducted on the Plaintiff without the Plaintiff's knowledge or consent.

10. **Produce all documents giving, stating and expressing the name of the Plaintiff's Commander as stated and expressed in your communication to**

11

the Court on February 7, 2007 and from the Dates and time period of December 1993 to May 1994.

11. Produce all documents given and granting you exclusive rights to have Plaintiff's private but personal information placed in any database.

12. Produce the manner in which the communication was given and received, i.e. letter, telephone, orally, in person, etc.

13. Produce all the certified but true documents and investigation reports showing full names of all individual responsible for a fraudulent investigation on the Plaintiff.

14. Produce the amount of time the Defendants appeared at such corporation or establishment.

15. Produce all person(s) present if the communication was oral.

16. Produce all person(s) making the communication or part thereof, whether written or oral.

17. Produce all person(s) to whom the communication was given or sent, whether directly or indirectly and whether or not all received it at the same time.

18. Produce the place each person was when he gave or received the communication.

19. Produce detail statements of the contents of the communication.

20. The response(s) to the communication.

21. Addresses of each answering person name above who made a statement that such communication was unconstitutional and who agree that such

Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number 1:06CV00510 (RCL)

12

communication was constitutional and in accordance with the laws of the United States' Constitution.

22. The duties, job title and term of time said position held as these apply to each person name above.

23. The results of the communication.

24. Produce all documents showing date and time of honoring your request to dismiss such case and to prevent you from answering and submitting documentation of proof under this motion request before you and the Court.

Z. The term, "*identify*," means, with respect to person, to state their full names, present or last known addresses, current employment and positions or titles therein and, if present employment is not with defendant(s), then state any past employment or other business relationship with the defendant(s) to know that such documentation is not needed with a court's order.

AA.    The term, "*identify*," means, with respect to documents, to state the general nature of the document to justify any actions performed by the Defendants (for example, letter, telegram, memorandum, diary, blueprint, photograph, diagram, etc.) the date prepared, the author, the addressee, the location of document and the custodian of the documents. Police reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, etc.

BB.    The term, "*identity*," with respect to an entity, not a person, means to state the full name, legal nature of entity, state organized in, principle place of business and mailing address.

13

CC.    The term, "*documents*," means all writing of any kind including the original and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including without limitation), time records, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, work papers, pamphlets, books, prospect use, interoffice and intra-office communication, offers, notation of any sort of conversations, telephone calls, meeting or other communication, ledgers, invoices, billing, drawing, maps, sketches, photographs, applications, plats, films, tapes, receipts, summaries, financial statements, bank statements, bank debit and credit memos, cancelled checks, loan ledger, promissory notes, security agreements, deeds of trust, financing statements, records of any bank special or expense accounts, and any and all other writing, typing, printing, or drafts or copies of reproductions thereof irrespective of form in your possession, custody or control. (For Example, police reports, investigation reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, copies of return mail, chain of custody showing date and time of all parties involved.

DD.    The term "*all documents*" means every document as defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number 1:06CV00510 (RCL)

14

## II. <u>ADMISSIONS</u>

COMES NOW Plaintiff, *Pro Se*, and served on the Defendant this request for admission of the truth of the facts set forth in the separate number paragraphs, pursuant to Fed. R. Civ. P. 12(b)(6) which the Defendant is required to answer and produce within thirty days from the date of service thereof:

1. The Army Crime Record Center (CID) issued you fraudulent instructions or information in which you carry out resulting in a United States Constitution Rights violation of the fourth and fourteenth amendment. Causing such subject rights to privacy to be violated. Causing issues of identity theft, identity fraud, deformation of character and later discrimination issues or concerns. Prove to this Court, Plaintiff and Jury that such illegal communication did not play a role in your illegal activity performed against the Plaintiff.

2. By accepting such ORDER or information it was not in compliance with the normal operation and procedures when such person was never arrested or investigated by anyone causing you to become bound by the terms of a higher court to inform you that such actions performed by you are as well illegal, not just and not according to the constitution of the United States of America. Therefore, holding you as legally bound through rights to recovery for damages sought by the Plaintiff for punitive damages in the amount of $ 15,000,000.00 (fifteen million dollars) after taxes due to you now being in default or being late under the Freedom of Information Act and Privacy Act under a Jury Trial Demanded case pending before this Court.