3. You are a witness to a crime that others knew where not legally correct making you an accessory to a crime by not stopping such crime or correcting and not by reporting such crime. Produce or provide any facts or rebuttal proven otherwise.

4. Said such funds or activities for your service were received by you in agreement to continue to such illegal activity. For the record, state and provide invoices the total payout for your service concerning these activities or state otherwise that no funds were accepted or needed for you to carry-out such illegal activities performed throughout many of the Plaintiff's federal, local and employment background investigation.

5. You have not revoked or attempted to revoke such service performed and at question as a stance to say such service performed was legal, accurate and correct making you to accept the responsibility of the crime(s) you agreed to carry-out against the Plaintiff.

6. **Produce and provide this Court, Jury and the Plaintiff certified but true facts to justify your statement made during your communication submission before the Court of February 7, 2007 on page # 3 concerning an investigation. Produce and provide all certified but true copies of the alleged receipt you claim the Plaintiff altered to justify your statements as truthful, accurate and correct.**

7. **Explain and produce before this honorable court why such criminal charges were not brought against the Plaintiff and why such criminal charges are not brought against all those who are responsible for committing these fraudulent crimes that are now pending before this court and that are well**

known with complete documentation of proof to the facts of showcasing fraud in these records?

8. Explain before the Court, Jury and the Plaintiff what makes these individuals so special and so exempted from such illegal activities performed by such a claim officer who have made many but false statements that are now in the record.

9. Explain, produce and provide such record of documentation stating and agreeing to your alleged claim and statement on the record stating on page # 3 of your Defendant's Opposition to Plaintiff's Motion for Discovery and Defendant's Memorandum of points and Authorities in Support of its Motion to Stay Discovery where you clearly states on the record a claim officer believed that the Plaintiff had altered a repair receipt "he" submitted in conjunction with his claim and referred the claim to the Army Criminal Investigation (CID) accepting the full responsibility in violating the law in providing such agency with the Plaintiff's personal information without the Plaintiff's knowledge or consent committing such crimes of identity theft, identity fraud and theft by deception.

10. In your submission and response to question # 8, provided the standard operation and procedures to processing or if one is in question about any issue or concern in relation to any claim filed by you or any other citizen in the United States of America. If one is in doubt do you think it's feasible for one to pick up the phone and arrange a meeting prior to jumping to conclusion and ordering a bogus investigation outside one's jurisdiction or

outside one work title to order and performed such activity without other approving authority authorization within the military chain of command? Your statements are speculation and are inconsistence with the facts provided by the Plaintiff. The Defendant's Counsel should be ordered to come into the Court and answering these Admissions and Interrogatories with facts and not speculation and cease from hiding behind something that is not true or real. Even if the Plaintiff had not been discharged from service the same results or outcome would be what it is today.

11. Provide the Court and the Plaintiff with proof why you think the Plaintiff did not have enough power and facts to defend himself then as he is doing today to justify illegal activity performed by many that some are still failing to disclose everyone who might be involved resulting in them either shying from appearing in shame, guilty and failure to point out other who are involved from that point that the bogus claims occurred to this point of justifying this lawsuit.

12. Explain and justify to the Court, Jury and the Plaintiff that this was an intentional act and not a mistake in communication as expressed to the Defendant by the Plaintiff's private attorney. Prove to this Court, Jury and the Plaintiff that such activities performed against the Plaintiff is justified, legal, on point and is in accordance with the law of FRAUD. One cannot make someone commit fraud but one can intentionally commit fraud with intent to cause serious harm or damage to something or others. What serious harm can you justify? Why do you think or questioned that the Plaintiff wanted to harm the government by your unselfish

18

claims or attempts to mislead someone. Now justify before the Court, Jury and the Plaintiff that no harm was never caused upon the Plaintiff and if you clearly review the Plaintiff's Motion Requests to Enter Discovery in both cases of the Army Crime Record Center and the Department of the Army and other cases pending before the Court and the Plaintiff that you can clearly see without a doubt proven you're wrong.

13. Present for every statement you wish to make to defend yourself or your client, produce and provide the Court, Jury and the Plaintiff with genuine facts to support every statement you wish to make or claim to exist to support your arguments or rebuttal without evidence such as documentation and key witnesses' statements you have nothing. These are key elements that should be released under the FOIA lawsuit. As of this date of this filing this submission before the Court you have failed to release anything to justify your statements, claims or argument on the record which is a violation of the Freedom of Information and Privacy Act and is declared as proven FRAUD by you.

14. Disclose the total amount of cases and total dollars amount you received from doing this to others each year to justify you did or do not discriminate against the Plaintiff.

15. Disclose the proper chain of custody inventory or disposal forms showing the exact date and time when such illegal paperwork was perfected, performed and reported to the U.S. Attorney General Office according to any procedures when reporting such activities that you must justify before this Court, Plaintiff and Jury that was legal and correct according to the law.

Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number 1:06CV00510 (RCL)

16. Explain in your next submission to the Court why your key witnesses or witness Mr. Allan T. Dowen has not made any attempts to communicate with this Court to verify, explain and prove your memorandum of points are true, accurate and correct on the record.

17. Explain and prove to the Court, Jury and Plaintiff the true points why DEA declined to hire the Plaintiff when it is proven on the record through a communication coming from Mr. Allan T. Dowen that such alleged activity did not play apart in the DEA process but something else did. Your statements are inconsistent with many others and are inconsistent in many documents and cases pending before this honorable court.  Reveal and express before the Court what make you think your communication is truthful and legal according to the law?

**18. Since the Defendant's Counsel wishes to mix, bleed and elaborate on other cases and possibilities to the point that brought about this lawsuit. The Defendant's Counsel should gather, produce, and explain before this Court under a sworn statements or declaration statements of Department of Justice (DEA), et al, Special Agent Eldred Earls, Gary Hartman (DEA); Army Crime Record Center (CID), et al allegedly or supposedly someone by the name of Larry Pearson, Federal employees of Office of Personnel Management, et al such as Ms. Wynette Alexander, Anna Bowden, June Bowden, and Counsel Mark A. Robbins; State of Georgia, et al; Defense Security Service Admin., et al, Ms. Leslie Blake; Mid-America Apartments, et al, Kathy McPhail, Total Debt Management, et al, Paul A. Gordon; Stein Mart, et al, Kendall J. Brown, Tonya R. Powell and others to justify their**

statements made before the Court in many attempts to mislead the Court, Jury and others but not the Plaintiff. All the listed individuals, agencies and company can now served as your witness to the fact that the Plaintiff is a well known pathology liar who strives on cunning and deceiving people. Their discovery look like your discovery before the Court, one that is without any merit at all and one with a great deals of gaps, discrepancies and inconsistencies.

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

COME NOW Plaintiff, Sam L. Clemmons, *Pro Se* and request that the Defendant, Department of Army, et al, produce and permit the Plaintiff to inspect and copy those documents and things designated as follows, pursuant to the U.S. District Court for the District of Columbia Civil Rules of Procedures under the Subpoena Duces Tecum Request at Sam L. Clemmons, 548 Saint Charles PL, Brookhaven, MS 39601.

## III. ITEMS TO BE PRODUCED

Items to be produced, subject to above definitions, are as follow:

1. Produce all documents which you were requested to identity in Plaintiff's First Set of Interrogatories Propounded to Defendant.

2. Produce all documents which you intend to present as evidence in the trial in this matter.

3. Produce all documents by means of communication to the U.S. Attorney's office, the Plaintiff's private attorney (Attorney Chuck Pardue), etc. expressing that such information cannot be released to a third party under the Freedom of Information Act and Privacy Act to constitute your refusal to release such information

requested in a timely manner to prevent such lawsuit against you in this honorable court.

4.  Produce all documents and communication between the Army Crime Record Center (CID) and the Plaintiff's attorney of record Attorney Chuck Pardue to justify your actions and conduct creating these lawsuits.

5.  Produce all documents which you have received from the Army Crime Record Center (CID), Department of the Army, Defense Security Administration, Office of Personnel Management and any and all agencies who contacted you in nature to your illegal activities in which you agreed and failed to inform such investigation is a fraud in which all your alleged witnesses you made negative statements by printing negative statements about the Plaintiff to support your defenses that such statements you made are accurate, true, correct, legal and binding according to the law.

6.  Produce copies of all documents which you have sent to the Department of Justice (DEA), et al, Army Crime Record Center (CID), et al, Defense Security Administration, Central Intelligence Agency, Federal Bureau of Investigation, Tonya Powell, and anyone else you wish to use as a witness in a jury trial or Summary Judgment in your favor.

7.  **Produce all copies or records validating alleged claims that Special Agent Larry Pearson, Eldred Earls, Gray Hartman and Allan T. Dowen never had the Plaintiff's personal but private information to be exempted from 111 ALR, Fed. 295 and 18 U.S.C.A § 1001 (2) (15) (34).**

8.  Produce all declaration statements made to your agency by Special Agent Larry Pearson and Allen T. Dowen, Special Agent Eldred Earls, Special Agent Gary Hartman and Attorney Chuck Pardue concerning these illegal activities and events transpired within the Department of the Army since the date and time after the Plaintiff served the Defendants the Summons and complaint by means of the Department of Army and the Army Crime Record Center (CID) to have such summons and complaint hand deliver to the Defendants to justify prefect service upon such individuals and their agencies they represent.

9.  Produce all certified but true copies of the Plaintiff's arrest records, investigation reports, etc without any information being blacken out to validate your statements or claims.

10. Produce all documents which are in any way concerned with your dealing with the Army Crime Record Center and other agencies to provide proof to the Court in nature to your statements you submitted in your untimely response.

11. Produce all documents in any way connected with the allegations in the complaint filed herein to support your theory why such case should be dismissed with prejudice.

12. Produce all documents in any way connected to and to justify your statements you made against the Plaintiff in your untimely releasing of the information under the Freedom of Information Act and Privacy Act.

13. Produce all documents in any way connected with defense raised by you to the complaint or in any way connected with any defense to be raised by you concerning the complaint.

14. Produce all documents where it clearly states that no probable cause does not have to exist for an investigation to be performed according to the United States Constitution for example you can use case laws to establish your defense.

15. Produce all documentation to justify your statements before the Court, Jury, Plaintiff and others that probable cause did exist for you to perform your illegal activities and rule out any attempts to resolve this matter with the Plaintiff's private attorney.

16. Produce all documents where it clearly states that any man or person can be the subject to an investigation outside of anyone or any agency jurisdiction and such agency performing such illegal investigation can do as they please by reporting false information to others agencies to taint and corrupt such agencies to cause harm by making such agencies to be liable for continue false reporting to cause continue hurt and harm upon any man or person subject to be investigated regarding career opportunities and labeling such person as a convicted criminal.

17. Produce all documents where it clearly states that anyone who is subject to an investigation must have their name put in a criminal database to falsely mislead others to prevent such person from obtaining any career employment in a position of trust and to put a tracking on such a person to know his or her whereabouts at all time and to put his or her social security number in other databases or falsely report other illegal activities to continue to cause hurt and harm upon such person

and such person family.  Produce these documents to be exempt from any discrimination, identity theft, identity fraud, and deformation of character claims.

18. Produce all documents where it states or express that any man can be investigated or arrested at anytime prior and after for the same crime even without going through the proper channels of the Due Process of Law for example you can use case laws to establish your defense.

19. Provide all statistical data information from the Army Crime Record Center that shows the numbers of men are being investigated and arrested each month and each year concerning the alleged crimes of "government fraud" and are being reported to Federal Government under the Federal Data Crime Statistical Report.

**20. Provide documentation of proof that the Internal Revenue Service does the same to all American citizens who are under investigation for tax fraud and their normal operation and procedures are to place each individual name of such person under investigation in a ROI database without the normal scopes of the Due Process of Law to cause hurt and harm upon the person and the person family and career.**

21. Produce all documents where it states or express that no police reports, incident reports, U.S. Marshall Service showing proper service to notify any man of pending actions against him any in court of law is not needed to make an investigation or arrest concerning illegal charges such as you have expressed and reveal before this Court concerning issues with the Department of the Army and the Army Crime Record Center.

22. Produce all documents bearing the Plaintiff's signature showing acknowledgment, consent and awareness of an investigation being performed or being questioned under an investigation to justify all your actions, comments or attempts to plant something on the Plaintiff in attempts to destroy the Plaintiff's true name, character and career.

23. Produce all documents regarding your agency policy and procedures where it states any employees from the Federal Government can make false statements doing anyone background investigation or any investigation to make you to be exempted from laws violation of Federal Regulation 111 ALR, Fed. 295 and 18 U.S.C.A § 1001 (2) (15) (34).

24. **Produce all documents verifying and confirming that such alleged person of Richard D. Scott an alleged convicted felon, born June, 1957 who live in the State of Louisiana ever having or had the Plaintiff's personal but private information from the year of 1984 to Present and was using it to justify communication and statements made by Special Agent Eldred Earls (DEA) to justify every communication made by everyone during the Plaintiff's Federal Background Investigation Report was legal, accurate and correct as well as the information these criminal minded individual provided the government and others in any background investigation report.**

25. **Produce all criminal record reports that you should have access to and produce status reports if such person by the name of Richard D. Scott is incarcerated, dead or alive.**

26. Produce all documentation from civil case such as Civil Case No. 06cv0305; Civil Case No. 05cv23535; Civil Case No. 06cv0510; Civil Case No. 06cv0008; Civil Case No. 06cv0194; Civil Case No. 06cv0195; Civil Case No. 06cv0123 and any others you wish to list and bring up to support your statements before the court to justify illegal activity by the Plaintiff against those individuals in these cases. (Special Notation) If you can produce documents showing and showcasing that all the Defendants in those cases did not do any wrong or any harm and did not lie or give false information under a Federal ORDERED Investigation then I (the Plaintiff) will file a motion request that this case should be dismissed upon you contacting those Defendants requesting their assistance to have this case and their case to be dismissed without prejudice so that prejudice will not be reveal over anyone.

27. Produce all documents regarding punishment for releasing false information under federal funds to any person, courts or any other federal agencies.

28. Produce all documents submitted to the U.S. Attorney General Office regarding the Plaintiff's Freedom of Information Act and Privacy Act requests that were due in the Attorney General Office by April 1st of each year such requests showing that such filing were filed in accordance will all procedures of the law.

29. Produce all document showing a certified return receipt that the Plaintiff received such ROI on February 23, 2006 in nature to another case totally different in nature from this case with proper redactions under FOIA Exemption (b) (2), (b) (6), and (b) (7) (C) and produce certified but true documentation by providing military documents ordering anyone to move forth with an investigation to justify such documents are legit, accurate, correct and are in accordance with the law under the Freedom of Information and Privacy Act.  Explain and provide proof why redaction of such document does justify FRAUD and is in accordance with Federal Rules of Civil Procedures, Rule 53 and such comment should be quash from the record, resulting in the Defendants to be totally in violation of the Freedom of Information Act and Privacy Act since this so call illegal investigation was not a top-secret investigation but one which is fraud and inconsistence with the records. A Master Order is attached for disqualification according to Fed. R. 56. p. 67.[1]

---

[1] According to Federal Rule of Civil Procedures, Rule 53(d) (e) which states and express evidentiary hearing, unless the appointing order expressly directs otherwise, a master conducting an evidentiary hearing may exercise the power of the appointing court to compel, take, and record evidence. (e) Master Orders. A master order who makes an order must file the order and promptly serve a copy on each party. The clerk must enter the order on the docket. In this case before the court the Defendant does not have any orders to consolidation this case with another case pending in the court so such evidence entered stand on the merits of this case alone. The Defendants should be now compel to produce not only this evidence but all evidence needed to go forward for a jury trial as ordered and demanded by the Court.

30. Produce all documents that will show a Court, Jury and others if they are found guilty of a crime, if they commit a crime and if they don't have any evidence to state or express their innocent what are the consequences they might face in any Court of law.

31. Produce all documents in relation to contradiction to the Plaintiff's witness's statements attached in **Exhibit [# 6 & 9]** obtained from the Office of Personnel Management in relations to statements made and provided by the Federal Bureau of Investigation, Mr. Greg and Wayne Tillman to justify why default status should be removed and to justify your timeline of the Plaintiff's whereabouts during your false or attempts to claim the Plaintiff existed during your false investigation but alleged claim of an investigation report signed by the Plaintiff and others to justify any and all your argument under this Freedom of Information Act and Privacy Act lawsuit.

32. Produce all documents that you have anything to do with your banking records, including bank statements, cancelled checks, deposit slips, old draft notices and any other agreements with any bank for the past five years to show the court your means and ways to pay for this debt in a timely manner once it has been approved that such actions performed by you were unconstitutional. If you wish not to pay for such debt through the Federal Crime Insurance Protection according to Fed. Civ. R. 34.

33. Produce all accurate, correct and responses received from the Plaintiff's complaint served upon Defendant's witness Mr. Allen T. Dowen as stated and expressed by an attorney who is not the attorney of record but states and defends

the 100 mile limitation set forth in Federal Rule of Civil Procedures 45 on page #
2, Section II (Background).

**34. Produce all documents concerning retirement documents, pay stubs,
addresses, social security numbers of <u>Special Agent Larry Pearson</u>, <u>Allan T.
Dowen</u>, <u>Gray Hartman</u>, <u>Special Agent Eldred Earls</u> and others or justify and
prove that such information given to the Plaintiff and stated and expressed in
the Plaintiff's background investigation was true, accurate and correct and
was not alter or edited to mislead, trick or deceit anyone to exempt such
individuals from this lawsuit and to justify why such investigation reports
and evidence use to support the Defendant's actions are redacted establishing
a false but misleading claim under the Freedom of Information Act and
Privacy Act.[2]**

35. Produce all documents which are or that you have anything to do with your
federal or state income tax returns, grants and bonds which you have prepared or
filed for the past five years if you wish to take the full responsibility of these
crimes committed against the Plaintiff.

36. Produce the point of contact person who is responsible for paying this debt before
this honorable court to settle this case before going before a jury trial.

37. Produce all documents from the Court granting an enlargement of time to respond
on both requests to justify why you are not in default and in default for producing

---

[2] Note for the record what gives these individuals the rights to mislead others and not be punished (See Admissions,
#18, p. 19-20)?

any documents requested by the Plaintiff to move forth for a jury trial or summary

judgment if necessary. According to Fed. Civ. R. 6(b).

38. **Produce all documents in the form of Affidavit of Service showing this honorable court that the Plaintiff was served properly in nature to any of your timely filing and the Plaintiff's timely filing a response to any of your timely submission.**

39. **Produce all documents from the Court granting your requests during the first 30 days of receipt of the Plaintiff's First Motion Requests for Admission, Interrogatories, and Subpoena Duce Tecum issuing an order staying all discovery proceeding to be exempt from providing documentation, sworn statements under oath and answers to the Plaintiff's First Admission, Interrogatories, and Requests for Production of Documents and Things Propounded to Defendant to Set Stage for Jury Trial if Necessary in Support of Plaintiff's Motion Request to Enter Discovery Justifying Illegal Activities by the Defendants.**

Once again, if the Defendant's Counsel cannot produce one/half of the documents requested in the Plaintiff's Opposition and Plaintiff's First and now Second Request for Admissions, Sets of Interrogatories, and Request for Production of Documents and Things Propounded to Defendant then this case is clearly a case of violation under the Freedom of Information Act and Privacy Act. It will clearly show before the Court that the Plaintiff's Rights to Privacy has been violation and so many actions performed against the Plaintiff were unconstitutional and outside the scope of the forbidden fruit of justice.

1    The Plaintiff had every right to file such lawsuit against those who have violated the

2    Plaintiff's rights under the United States Constitution of America.

3    Due to the Defendant's Counsel harass comments expressing dismissal with prejudice

4    after being in default in filing untimely responses, the Plaintiff express now to the Defendant's

5    Counsel to prove the Plaintiff wrong by the abundance of evidence that you should be able to

6    easily obtain as stated in this submission before the Court and to correct the Defendants' failures

7    to justify your harass requests against the Plaintiff to uplift such default or untimely responses so

8    that you can continue response and continue to attempt to mislead the court as your activities are

9    now proven within the Department of the Army and the Army Crime Record Center (CID).

10

11    The Plaintiff now wishes to file this motion in this honorable court for tort damages and

12    full recovery of this lawsuit in this honorable court without going or proceeding further and over

13    into another court of jurisdiction such as United States Court of Federal Claims.

14    The Defendants should have an additional **30 days** as required by law to produce all the

15    documents requested to justify their actions and prepare to settled this lawsuit in accordance with

16    the Plaintiff's actions under the Federal Rules of Civil Procedures R. 26, R. 33 (a) (b) (c) (d), 36,

17    37 (a)(3), R. 38 (b) (c), R. 39, R. 45, **R. 54, (a) (b) (c)** and R. 55 (a) (b) (e) that's if the

18    Defendants continue to refuse and accept such default and untimely response on the record

19    which should have been entered by the clerk.  The Defendant should now have all documents

20    entered into the record by **March 20, 2007** with a trial calendar date set before April 1st, 2007, if

21    the Defendant still wishes not to settle.

22

23    The Defendants should not consider this request abusive. The Plaintiff is willing to give

24    the Defendants an additional 30 days to produce their evidence as stated and request in this

25    submission due to additional add on from the pervious requests.

Sam L. Clemmons v. Dept. of Army, Motion Request to Interrogate Defendants, Case Number 1:06CV00510 (RCL)

Once again, they say,

*"A lie don't care who tells it just as long as it get told"*

Author unknown

*Provide one piece of facts displaying wrongdoing by the Plaintiff and come into the court with the truth* in order for us (Plaintiff & Defendants) to bring this matter to a close before the court so that the Defendants can correct their practices, policy, procedures and award the Plaintiff according to the Plaintiff's claim for relief under Federal Rules of Civil Procedures Rules 8.

**I pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that all the evidence submitted into the record under the Plaintiff's Motion Request to Enter Discovery, Admission, Interrogatories, Subpoena Duce Tecum requests and any of the foregoing sworn statements made by me or any witness is true, accurate and correct. I agree for such statements to be placed into the record as an Exhibit that will serve as evidence in case if this case should go before a jury trial. I signed these statements as before a certified legal notary witnessing me signing to make any but all statements as truthful, legal and binding under oath making all submission and any others statements, responses or submission are sworn Affidavit under oath this date forth for the record. The Court can now verify such signing of document is the same as pervious before without going before a notary again.**

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

**See Attachment:**
    Subpoena in a Civil Case
    Motions Requests
    Three Proposed Orders (4)
    Exhibit [**none**]

1

**Copies Sent to:**

2

Kevin K. Robitaille
Assistant United States Attorney

3

Judiciary Center Building
555 4th Street, NW, Civil Division

4

Washington, DC 20530 / **Certified Mail # <u>7006 0100 0001 6544 1849</u>**

5

<u>7006 0100 0001 6544 1818</u>

6

**U.S. ATTORNEY GENERAL**

7

950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # <u>7006 0100 0001 6544 1856</u>**

8

<u>7006 0100 0004 7928 3517</u>

And

9

**District Court for the District of Columbia**

10

Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers

11

333 Constitution Ave, NW
Room 1225

12

Washington, DC 20001 / **Delivery Confirmation # <u>0305 0830 0004 5848 5126</u>**

13

14

15

16

17

18

19

20

21

22

23

24

25

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS<br>    PLAINTIFF | )<br>)<br>) | **CIVIL ACTION NO:** |
| | ) | |
| vs. | )<br>) | <u>**1:06CV00510(RCL)**</u> |
| | ) | |
| DEPARTMENT OF ARMY,<br><u>et al.</u>, | )<br>)<br>) | |
|     DEFENDANTS | )<br>) | |

---

<u>PLAINTIFF'S MOTION REQUESTS IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURES TO MOVE FORTH BEFORE THE COURT AFTER THE DEFENDANTS VERIFIED AND JUSTIFIED RULE 37 (FAILURE TO MAKE DISCLOSURE OR COOPERATE IN DISCOVERY; SANCTIONS). PLAINTIFF HAS NOW FILED SUCH MOTION FOR AN ORDER COMPELLING DISCLOSURES OR DISCOVERY AND FILES SUCH MOTION DEMANDING A JURY TRIAL IN ACCORDANCE TO FEDERAL RULE 38. PRIOR TO APRIL 1, 2007</u>

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** after to entering the Plaintiff's **MASTER ORDER** before the Office of the Clerk, requesting the clerk to Enter such order on docket and After the Plaintiff's Second Motion request for Continuous Admissions, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to Defendants to set stage for Summary Judgment or Jury trial if necessary if the Defendant wish not to accept such Default entry, wish not to cooperate and wishes to defend such case before a jury trial.

The Defendants should have an additional <u>10 or 30 days</u> according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R.15, R.26 (f), R. 33 (a), R. 33 (b) (3), R. 34,

R.36-38 and (b), R. 45and R.53 (e) (g) (3) to comply with or make up his or her mind to cooperate and move this case forward so that justice can be served.

The Federal Rules of Civil Procedures clearly states that any party may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefore in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue, and (2) filing the demand as required by Rule 5(d). Such demand may be indorsed upon a pleading of the party. (c) Same: Specification of issues. It states in the demand a party may specify the issues which the party wishes so tried; otherwise the party shall be deemed to have demanded trial by jury for all the issues so triable. If the party has demanded trial by jury for only some of the issues, any other party within 10 days after service of the demand or such lesser time as the court may order, may serve a demand for trial by jury of any other or all of the issues of fact in the action according to Rule 38 (b).

The Plaintiff has continued and expressed issues before this honorable court and the Defendants have continued and tried to ignore the issues or express and prove there are no issues before the court of fraud.

The Plaintiff has served the Defendants accordingly and accordance with the laws and instructions of the Court.

The Defendants were given every fair but equal opportunity to turn over all the documents requested by the Plaintiff under the Freedom of Information Act and Privacy Act. The main issues before the Court the Defendants have still failed to release the full but complete record sought and the Defendants have continued tried to mislead the Court and tried illegal tactics before the Court in hope that the Plaintiff, Court and Jury will not notice such illegal tactics in many attempt to give evasive or incomplete disclosures, answers or responses according the Plaintiff's requests according to Rule 37.