## ISSUES

The main issue is fraud and the Plaintiff has expressed such issue before the Court in the Plaintiff's initial complaint. The Plaintiff has proven fraud by substantial evidence provided to the Court and the Defendants. Given the Defendant a fair but equal amount of time to prove the Plaintiff wrong by in return providing the Plaintiff and the Court with evidence to contradict the Plaintiff's claim or issues.

The other issues are other crimes committed in relation to the acts of fraud which are identity theft, identity fraud, theft by deception, libel, integrity issues, aggravate stalking, privacy issues, issues of being a security threat with a very solid and outstanding military service and career and issues in complete removal of all the Plaintiff's personal but private information from the Defendants' databases because now the Plaintiff can prove within laws of the court and before a jury that these crimes have been committed and now the court and the jury must administrated complete relief upon the Plaintiff according to these laws and laws under the statue of the Freedom of Information Act and Privacy Act where such cases from other citizens of the United States of America who filed FOIA lawsuits and the Defendants failed to comply with the guidelines of the 20 days rules and failed to disclose all information requested by law resulting in millions of damages being paid out to those victims. See case law of the ***United States v. John Lennon*** and all other cases that piggy back off such case.

In additional to those issues listed above the Court and the Jury must look at other factors of discrimination and prejudice treatment on behalf of the Defendants. The Plaintiff was never given a chance to address any issues at question and was not offered an appeal to anything. That alone should be a big factor of concern and should be a big issue.

Also the Defendants have failed to realize and understand that a host of Special Agents in Trust Positions have stated, printed and declared the Plaintiff to be someone with integrity issues, someone who cannot be trusted and someone who have manipulated many out of goods or

services which now the Defendants and these Special Agents have to prove and someone has to stand up for these agents and federal employees to justify their statements in fine print are legally, accurate and correct within the laws and guidelines of the Federal Rules of Civil Procedures and now this should be done before a Jury Trial as being demanded by the Plaintiff according to Federal Rules of Civil Procedures, Rule 38 and the Plaintiff's Constitutional rights.

Someone has to pay for these crimes and acts of libel. The Plaintiff should not be the one to be out of pocket for someone else act of negligence such as what the Plaintiff has already explained in the Plaintiff's initial complaint to give and grant this case with merit before the Court.

The Plaintiff have a family he has to care for, the Plaintiff has to live just like everyone else, the Plaintiff has to put an immediate stop on all or any triggering issues before they come into play if this matter before this court is not resolved according to the United States Constitution in a timely manner.

The Plaintiff also requested in the Plaintiff's initial complaint a request for a jury trial according to the Federal Rules of Civil Procedures. On each proper service upon the Defendants the Plaintiff has continuous signed such consent to proceed before a jury. On all occasions of service the Defendants have refused to acknowledge and sign such documentation to eliminate more cost on the Court, Plaintiff and the Defendant.

The Plaintiff has entered his rebuttals expressing failures attached with the Plaintiff's Partial Motion Requests to Enter Discovery according to such case laws of _Lewis v. Faulkner_, 689 F.2d 100, 102 (7th Cir.1982), _Fox v. Strickland_, 837 F.2d 507 (D.C. Cir. 1988) and _Langley v. Adams County_, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has even given the Defendants more time in releasing their arguments, oppositions and chances to produce for the record evidence and documents to defend their stance in proving that such is **not fraud**. As of this date of this submission before the record of the

1   Court the Defendants have continued failed to prove anything to justify not awarding the

2   Plaintiff for the damages the Plaintiff has encountered from the Defendants negligence actions.

3   Resulting in now the Plaintiff demanding his rights under the Constitution of the United States of

4   America to demand a jury trial so that such now will be part of public record and others can use

5   such case as the Defendant has tried to use other that are no where in nature of this case before

6   the Court.

7

8       The Plaintiff is now demanding a jury trial for the jury to be the overall deciding factors

9   after reviewing the records in it entirely and to clear the Plaintiff's name, true character and

10  records in which the Defendants have failed to offer or attempt to offer any clearance at all.

11      The Plaintiff received the Defendant last submission on February 19, 2007 and is now

12  well in accordance with the Federal Rules of Civil Procedures demanding such jury trial for the

13  record and accordance with the law.

14                                          Respectfully submitted,

15

16                                          Sam L. Clemmons

17                                          Plaintiff, *Pro Se*

18  **Attachments:**

19          **Subpoena in a Civil Case Request**
            **Plaintiff's Interrogation Request**
20          **Four Proposed Orders**

21

22

23

24

25

**Copies to:**

**To: Defendant's Counsel**

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / **Certified Mail # <u>7006 0100 0001 6544 1818</u>**

**U.S. ATTORNEY GENERAL**
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # <u>7006 0100 0004 7928 3517</u>**

And

**District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001 / **Delivery Confirmation # <u>0305 0830 0004 5848 5126</u>**

# PROPOSE ORDER (S) REQUEST

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| Plaintiff | ) ) | **1:06CV00510 (RCL)** |
| vs. | ) ) ) | |
| DEPARTMENT OF ARMY, et al | ) ) | |
| Defendants | ) ) | |

## MASTER ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment or Summary Judgment by Default after entering substantial evidence for the record according to *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982), *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Requests for Admissions, Interrogatories, Subpoena Duces Tecum and Protective Order from the Defendants and the Defendant's witnesses to support their statements for the record and other documents under *de novo* as withheld by the Defendants by means of attempting to redact any certified but true copy of any evidence such as an alleged investigation to bring this case matter before the court to a close. It is now shall be ORDER to **"COMPEL"** the Defendant to produce **all** their evidence "without redacting" within **10 days** after this order and the Defendant now should be **COMPEL** to comply with **all** the Plaintiff's Discovery requests.

The Plaintiff's Protective Order is also HEREBY GRANTED against the following employees and Agency.

They are:  Mr. Allan T. Dowen, alleged person by the name of Larry Pearson and the Department of the Army. It should be ordered and granted that the Defendant (DOA)

2

will delete **all** the Plaintiff's personal but confidential information from **all** their databases and files and report back to the court under a sworn declaration before the Court that **all** information has been deleted.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS          ) CIVIL ACTION NO:

     Plaintiff                )
                                 ) **1:06CV00510(RCL)**

vs.                                 )
                                 )

DEPARTMENT OF ARMY,       )
et al.,                           )
                                 )
     Defendants             )

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standards.

The Court now deem it's necessary to GRANT the Plaintiff a jury trial to hear the facts as disclosed by both sides before a summary judgment to be issued.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is assigned for a jury trial according to the Plaintiff's demands according to Rule 38 (b) (c) and Rule 8 of the Federal Civil Procedures.

ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI (ILLEGAL COUNSEL OF RECORD)
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS | ) CIVIL ACTION NO: |
|     Plaintiff | ) |
| | ) **1:06CV00510(RCL)** |
| vs. | ) |
| | ) |
| | ) |
| | ) |
| DEPARTMENT OF ARMY, | ) |
| et al., | ) |
| | ) |
|     Defendants | |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment or Summary Judgment by Default after entering substantial evidence for the record according to _Lewis v. Faulkner_, 689 F.2d 100, 102 (7th Cir.1982), _Fox v. Strickland_, 837 F.2d 507 (D.C. Cir. 1988) and _Langley v. Adams County_, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Requests to Subpoena Duces Tecum on all the Defendants' witnesses to support their statements for the record and other top-secret documents under _de novo_ as withheld by the Defendants to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS )  CIVIL ACTION NO:
    Plaintiff )
)  __1:06CV00510(RCL)__
vs. )
)
)
)
DEPARTMENT OF ARMY, )
et al., )
)
    Defendants

## __ORDER__

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standard of summary judgment in favor of the Plaintiff.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is now closed by means of Summary Judgment or Summary Judgment by Default without Prejudice.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601


KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI (ILLEGAL COUNSEL OF RECORD)
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February 2007, a true copy of the PLAINTIFF'S RESPONSE AGAINST DEFENDANT'S OPPOSITION MOTION REQUESTING TO STAY DISCOVERY AND REFUSAL TO PRODUCE OR PROVIDE THE COURT WITH ANY DOCUMENTATION OF PROOF TO SUPPORT THEIR PREVIOUS MOTION REQUESTS TO DISMISS WITHOUT DOCUMENTATED PROOF JUSTFYING ANY ACTIONS PERFORMED BY THE DEFENDANTS AS STATED IN THE PLAINTIFF'S COMPLAINT WERE LEGAL, ACCURATE AND CORRECT ACCORDING TO THE LAWS OF JUSTICE.

PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS, SETS OF INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR JURY TRIAL OR SUMMARY JUDGMENT IF NECESSARY IN SUPPORT OF PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY JUSTIFYING ILLEGAL ACTIVITIES BY THE DEFENDANTS AND PROPOSED ORDERS REQUESTS were served by certified return receipt regular mail concerning case # 1:06CV00510 (RCL).

### Copies Sent to:

Kevin K. Robitaille
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / Certified Mail # <u>7006 0100 0001 6544 1849</u>
<u>7006 0100 0001 6544 1818</u>

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / Certified Mail # <u>7006 0100 0001 6544 1856</u>
<u>7006 0100 0004 7928 3517</u>

And
District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001 / Delivery Confirmation # <u>0305 0830 0004 5848 5126</u>

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

# AFFIDAVIT OF SERVICE
# /
# PROOF OF
# CERTIFICATION OF
# SERVICE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

                          CIVIL ACTION NO: **1:06CV00510 (RCL)**

    V

DEPARTMENT OF ARMY, et al

    Defendants

## AFFIDAVIT OF SERVICE

    I, **SAM L. CLEMMONS**, hereby declare that on the **29TH Date of January 2007**, the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: Atty. Kevin K. Robitaille, Asst U.S. Attorney, Judiciary Center Bldg. 555 4th Street N.W., Civil Division, Washington, DC 20530. Giving the Defendant **30 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadline date for delivering documents is **February 28, 2007**. The Defendants are now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37-40 and 54.

    Attached hereto is the green card acknowledging service. 7006 0100 0001 6544 1849

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KEVEN K. ROBITAILLE
ASST U.S. ATTORNEY
JUDICIARY CENTER BLDG.
555 4TH STREET N.W.
CIVIL DIVISION
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JAN 2 9 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 0100 0001 6544 1849

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

                       CIVIL ACTION NO: **1:06CV00510 (RCL)**

    V

DEPARTMENT OF ARMY, et al

    Defendants

### AFFIDAVIT OF SERVICE

    I, **SAM L. CLEMMONS,** hereby declare that on the **29TH Date of January 2007,** the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: U.S. Attorney General, 950 Pennsylvania Ave, NW, Washington, DC 20530. Giving the Defendant **30 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial.  The Defendants deadline date for delivering documents is February 28, 2007. The Defendants are now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. *37* -40 and 54.

    Attached hereto is the green card acknowledging service. **7006 0100 0001 6544 1849**

> Staple the green card here. Make sure it
> Bears the original signature of the person
> Who signed for the summon and complaint
> **STAPLE GREEN CARD IN THIS AREA**

**SAM L. CLEMMONS**

**548 SAINT CHARLES PL**

**BROOKHAVEN, MISSISSIPPI 39601**

**PHONE: 866-409-7758**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

                           CIVIL ACTION NO: 1:06CV00510 (RCL)

    V

DEPARTMENT OF ARMY, et al

    Defendants

## AFFIDAVIT OF SERVICE

    I, SAM L. CLEMMONS, hereby declare that on the 29TH Date of January 2007, the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: U.S. Attorney General, 950 Pennsylvania Ave, NW, Washington, DC 20530. Giving the Defendant 30 days to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadline date for delivering documents is February 28, 2007. The Defendants are now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37-40 and 54.

    Attached hereto is the green card acknowledging service. 7006 0100 0001 6544 1849

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
STAPLE GREEN CARD IN THIS AREA

SAM L. CLEMMONS

548 SAINT CHARLES PL

BROOKHAVEN, MISSISSIPPI 39601

PHONE: 866-409-7758