UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,                      ) | |
|           Plaintiff,     ) | |
| v.                                    ) | Civil Action No. 1:06-CV-0510 (RCL) |
| THE UNITED STATES                     ) | |
| DEPARTMENT OF THE ARMY                ) | |
|           Defendant.    ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
SECOND MOTION FOR DISCOVERY**

In a complaint filed March 16, 2006, and in an apparently identical amended complaint filed August 1, 2006, Plaintiff brought suit seeking, *inter alia*, "correction of the record" by removal of allegedly incorrect information from various U.S. Army databases and "$15,000,000.00 (fifteen million dollars) for punitive damages." Plaintiff's Complaints ¶¶ XX-XXI. On September 5, 2006, Defendant moved to dismiss (Docket Entry #7) Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or in the alternative to consolidate under Rule 42(a) of the Federal Rules of Civil Procedure on the grounds that the above captioned civil action and a related civil action (1:05-CV-2353 (RCL)) also pending before this Court are identical in all material aspects. Plaintiff has filed three oppositions to Defendant's Motion. (Docket Entries 15, 17 and 21).

On January 29, 2007, Plaintiff, *pro se*, filed a document entitled "Plaintiff's Motion Requests to Enter Altertive (sic) Motion before the Court in Case Defendant Wishes to Move Forth for a Jury Trial if Necessary, Plaintiff Enters Plaintiff's First Request for Admission (sic), Set of Interrogatories, and Request for Production of Documents and Things Propounded to

Defendant to Set Stage for Jury Trial if Necessary in Support of Plaintiff's Motion Request to Enter Discovery Justifying Illegal Activities by the Defendants," hereinafter "Motion for Discovery." (Docket #27). Construing Plaintiff's Motion as requesting discovery, Defendant timely responded with an Opposition and Motion to Stay Discovery (Docket #28).

On March 1, 2007, Plaintiff, *pro se*, filed a document entitled "Plaintiff's Motion Requests to Enter Master Order Before the Clerk and the Court in Conjunction with 2nd Altertive (sic) Motion Before the Court in Case Defendant Wishes to Move Forth for a Summary Judgment or Jury Trial if Necessary. Plaintiff Enters Plaintiff's Second Request for Admissions, Sets of Interrogatories, and Continuous Requests for Production of Documents and Things Propounded to Defendant to Set Stage for Summary Judgment or Jury Trial if Necessary in Support of Plaintiff's Motion Request to Enter Discovery Justifying Illegal Activities by the Defendants Prior to April 1, 2007 (Attorney General Deadline)." (Docket #29).

Plaintiff's latest Motion fails to clearly state what relief he is seeking; however, it can best be characterized as a motion seeking discovery relating to the merits of his claim. (Plaintiff's Motion p. 1). In other words, Plaintiff is not seeking discovery in order to respond to Defendant's pending Motion to Dismiss or in the alternative Motion to Consolidate (Docket #7); rather, Plaintiff is seeking discovery to assist him in preparing for trial if Defendant's dispositive motion is denied. Nothing sought by Plaintiff in his Motions for Discovery has anything to do with opposing Defendant's Motion. In effect, Plaintiff's Motion is nothing more than a re-submission of his Motion for Discovery submitted on January 29, 2007 (Docket #27). Pursuant to Federal Rule of Civil Procedure 10(c), Defendant, therefore, incorporates the arguments, facts and exhibits previously presented in support of its Opposition and Motion to Stay Discovery

(Docket #28). Specifically, Defendant has a dispositive motion pending before the court, to which Plaintiff has filed three oppositions. The parties' positions are fully briefed and Defendant's motion is ready for disposition. Hence, discovery is not warranted.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

**CERTIFICATE OF SERVICE**

  I hereby certify that on this _____ day of _____, 2007 a copy of the foregoing has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601


            _____/s_____
            STEVEN M. RANIERI
            Special Assistant U.S. Attorney
            Civil Division
            555 Fourth St., N.W.
            Washington, D.C.  20530
            202-353-9895  / FAX 202-514-8780