UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-00510 (RCL) |
| ) | |
| DEPARTMENT OF THE ARMY ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accord with the Memorandum Opinion issued this date, it is hereby

ORDERED that the defendant's motion [7] to dismiss in part and for summary judgment in part is GRANTED; it is further

ORDERED that the plaintiff's motions [3, 12, 18, 22, 23, 27, 29] to request entry of default against the defendant and for discovery are DENIED; it is further

ORDERED that the defendant's motion [28] to stay discovery is GRANTED nunc pro tunc; and it is further

ORDERED that judgment shall be entered dismissing this case with prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.