UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEFAULT / FAILURE TO COOPERATE**

_SAM L. CLEMMONS_
Plaintiff

vs.

Civil Action No. _1:06 CV00510 (RCL)_

_DEPARTMENT OF THE ARMY, ET AL_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _30TH_ day of _MARCH_, 20_07_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _30TH_ day of _MARCH_, 20_07_

in favor of _DEFENDANT (DEPT. OF THE ARMY, ET AL)_

against said _PLAINTIFF (SAM L. CLEMMONS)_

_/s/ Sam L. Clemmons_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

KEVIN K. ROBITAILLE
SPECIAL ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 FOURTH STREET, N.W.
WASHINGTON, DC 20530

**RECEIVED**
MAY 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT