UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>548 SAINT CHARLES PLACE<br>BROOKHAVEN, MS 39601<br>CLEMBUSN@YAHOO.COM<br>866-409-7758<br><br>PETITIONER / PLAINTIFF,<br><br>vs.<br><br>DEPARTMENT OF THE ARMY, et al<br><br>RESPONDENT / DEFENDANTS | ) CIVIL ACTION NO: 1:06cv00510 (RCL)<br>) TITLE: Complaint / Motion for relief from<br>) judgment or order under Civil Rule 60 (b)<br>) (3); allegations of false disclosures,<br>) statements and other failures, timeliness vs.<br>) timely; <u>independent actions</u> for relief from<br>) judgment or order after being denied<br>) constitutional rights and due process of law<br>) due to proven fraudulent activities by the<br>) Defendants, Defendant's Counsels and the<br>) Court. (See and refer to the Employee<br>) Dishonest Act) See the **Good Samaritan**<br>) **Doctrine**, Freedom of Information Act and<br>) Privacy Act. Rules of Civil Procedures<br>) Guidelines (4 – 60). Plaintiff Request for<br>) immediate Transfer from the United States<br>) District Court to the United States Federal<br>) Claims Court due to fraud practices,<br>) discrimination, mistake and too many errors<br>) found and located in the docket or record in<br>) accordance with rules of procedures. |

*[Handwritten note:]* Let this be filed as a Rule 60 Motion. Motion DENIED. Royce C. Lamberth U.S.D.J. 1/7/08

---

**PLAINTIFF OR PETITIONER'S COMPLAINT / MOTION FOR RELIEF FROM JUDGMENTS / ORDER ; RULE 60 (b) (3); ALLIGATIONS OF FALSE CLAIMS, STATEMENTS AND OTHER FAILURES, TIMELINESS v. TIMELY; INDEPENDENT ACTIONS FOR RELIEF FROM JUDGMENT OR ORDER AFTER BEING DENIED CONSTITUTIONAL RIGHTS AND DUE PROCESS OF LAW DUE TO PROVEN FRAUDULENT ACTIVTIES BY THE DEFENDANTS, COURT AND DEFENDANT'S COUNSELS.**

**PETITIONER TOO MOTION FOR TRANSFER**

Plaintiff or Petitioner come before the court and file this motion in accordance with the Federal Rules of Civil Procedures, Rule 60 and file such motion for complete relief due to multiple failures, errors found and located in the docket or record and request for immediate release from such ruling or judgment which was entered or dismissed not in the Plaintiff or Petitioner's favor when such should have been in favor of the Plaintiff due to failures in not honoring the Freedom of Information Act and Privacy Act.

In accordance to the rules, regulations and the laws, they clearly states and give each federal government agency 20 days to produce such record sought even if the party has exhausted all his or her administrative remedies outside of court.

The Plaintiff / Petitioner exhausted these remedies forcing the Plaintiff to file a legit complaint in the United States District Court in which such court had full jurisdiction to enforce such release and production of documents. The Court failed to enforce such statue who too took full responsible for not honoring the rules, regulations and the laws.

The Defendant was served properly in accordance with the Federal Rules of Civil Procedures, Therefore upon the Defendant entrance into the Court the Defendant failed to state such service was an issue or failed to raise such argument that Rule 4 was an issue.

The Defendant too failed to honor and respect the Federal Rules of Civil Procedures, Rule 5 and the Legal Rule 83.6 in relation to the proper appearance of an attorney when initial filing anything within this Federal Court. Such Rule clearly states…(a) The filing of any pleadings shall, unless otherwise specified, constitute an appearance by the person who signs such pleading. Therefore, whoever the attorney who initial made such filing in the court filed anything without entering a Notice of Appearance on the docket or record is unconstitutional and such does not reflect such in the docket or record all pleading entered on the docket is void and

Clemmons v. Department of the Army Case # 1:06cv00510

cannot be used whatsoever due to such rule is in violation. The ruling entered has to be reversed in favor of the party who filed such complaint and was not offered relief sought in accordance with Federal Rule 8.

Legal Rule 83.6 (b) clearly states and states for the record that an attorney representing a witness in any civil action or criminal proceeding, including a grand jury proceeding, or representing a defendant or prospective defendant in a grand jury proceeding, shall file a notice of appearance with the consent of the client endorsed thereon, with the Clerk on a form to be prescribed and furnished by the Court, except that the notice need not be filed when such appearance has previously been evidenced by the filing of pleading in the action or proceeding. The notice shall be filed by the attorney promptly upon undertaking the representation and prior to the attorney's appearance on behalf of his client at any hearing or grand jury proceeding. When the appearance is in connection with a grand jury session, the notice of appearance shall be filed with the Clerk in such manner as to maintain the secrecy requirements of grand jury proceeding. For the purpose of this rule, an attorney shall be deemed to be appearing for and representing a witness or party if he is present within the courthouse and advising such witness prior to entering the chambers of the grand jury or is interviewing witness of the grand jury before or after their appearance.

Legal Rule 83.6 (d) clearly states "Whenever a party has appeared by attorney, he may not thereafter appear or act in his own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court, after notice to the attorney by such party and to the opposite party, provided, that the Court may hear a party in open court, notwithstanding the fact that he has appeared or is represented by an attorney."

Clemmons v. Department of the Army Case # 1:06cv00510

Legal Rule 83.6 (e) clearly states "No attorney shall withdraw his appearance in any action or proceeding, either civil or criminal, except by leave of the Court as hereinafter prescribed (See rules for clarity).

The Rules listed and stated above are all rules everyone must obey and abide by in accordance with the rules, regulations and laws or the court. If such are not enforced than who ever allow such to proceeds to risk liability in carrying out tainted or fraudulent actions in the Court and in a case. These individuals are expert witnesses and expert should be very sound and professional aware of the rules and regulations.

If the docket or record does not reflect such proper entrance of attorney and if such record too reflect multiple attorneys and both was not established at the very initial appearance on the docket or record. These actions performed are not in accordance with the Federal Rules of Civil Procedures.

In Freedom of Information Act and Privacy Act cases before the Court the only issue or merit of the case should be timely receipt of the record the Plaintiff sought and the only side or argument on the merit of such action or proceeding should be what was timely receipt of the records or document sought and after being served the summons and complaint seeking those record and such 20 days for releasing such record the issue still remain because the Defendants are too found in continuous violation of the Freedom of Information Act and Privacy Act.

Immediately after these violations are noted on the docket or record such docket, record or case should have been immediately close with a judgment in favor of the Plaintiff or Petitioner. This did not happen in accordance with the rules, regulations and laws which serious resulted in a miscarriage in justice and an illegal attempt to mislead the public into thinking negative about the Plaintiff or Petitioner's claims before this court.

Clemmons v. Department of the Army Case # 1:06cv00510

Therefore in addition to the rules violation the Defendant's Counsel appeared and entered and disclosed untruthful information in the record which too is a serious issue or violation of Rule 11 and Civil Rule 37 in which one cannot prevail any court of law on deceit.

If such case is transfer over to the United States Federal Claims Court, the Federal Claims Court is very stringent on Rule 11 which state and expresses that the attorney of record, or the party filing suit if not represented by counsel, to certify that the information submitted to the Court rather it may be to the United States District Court or the United States Federal Claims Court is accurate after a reasonable inquiry under the circumstances. The signature on file constitutes this certification. Rule 11 just as RCFC 11 (b). A party or person who knowingly makes a false representation in papers filed with the Court has committed a fraud upon the Court, subject to Rule 11 sanctions. Just as well as if the Plaintiff would have made such false statements or claims which could have resulted in immediate dismissal. The Defendant too should be held to the same standard and if the Defendants are found too making false statements which too are a misrepresentation and too should not constitute dismissal but an immediate sanction of removal of all the Plaintiff or Petitioner's personal information from their files or databases and immediate payment of the award the Plaintiff or Petitioner sought under the claim or complaint filed against the Defendant. The Defendant too should be sanction to pay all court cost and fees administrated throughout the proceeding. See RCFC 11 (c) (2) and Federal Rule of Civil Procedures, Rule 37. The Plaintiff or Petitioner has indicated fraud and has too attacked such as fraud by providing abundance of evidence to support such claim and still as of this date nothing has been done about the claim submitted by the Plaintiff.

Fraud and wrongdoing too have been found and located in the United States District Court and certain activities performed cannot be justified a transfer of this case and other similar

cases should be honored to bring this case to a close so that the court can go on with other court business and maybe others will not be treated the way this case was treated.

The Plaintiff or Petitioner now come before the court and file such motion under rule 60 requesting complete relief from such ruling or judgment entered against the Plaintiff. In which such appearance and request is timely in accordance with the Federal Rules of Civil Procedures, Rule 60 and too request an immediate transfer of this case to the United State Federal Claim Court due to Fraud has been reveal and proven by the Defendant and by the activities of the United States District Court in an intentional act performed to prevent true justice from prevail itself.

The Plaintiff seek this due to the fact of lost time, expenses brought upon the Plaintiff by the United States District Court and not due to any misconception in relation to the Plaintiff's filing and defending this case.

This case and other cases before the United States District Court are too missing orders which should have been administrated throughout especially in the very beginning when the Defendant's Counsel just entered and immediately filed a Motion for Dismissal without an order directing and instructing such party to do so and nothing was enforced or done about it.

As the Plaintiff has clearly stressed and emphasize above Notice of Appearance is the first entry and acknowledgement receipt of the summons and complaint. When the presiding judge is ready to hear the Defendant's merit of the case the presiding judge would have order the Defendant or Defendant' Counsel to file such dispositive motion defending his or her side with supporting facts as to why such case should be dismissed. Immediately after timely entrance of the Defendant or Defendant's Counsel dispositive motion expressing his or her claims which most likely would be dismissal or dismissal for lack or personal jurisdiction the Plaintiff would

Clemmons v. Department of the Army Case # 1:06cv00510

too be sent such an order to counterattack the Defendant's Counsel claims and to do so which normally would be 10 to 14 days after the Defendant's Counsel's dispositive motion.

No case should sit waiting on a presiding judge's actions over 120 days period of time. If such goes that far mostly the case should not be dismissed and the business or order of the court must continue.

Due to fraudulent and misleading statements provided by the Defense or the Defendants Rule 12 (b) (1) cannot be applied. The Defendants has been found in violation of Rule 11 of the RCFC and Rule 37 of the Federal Rules of Civil Procedures which does not justify dismissal or dismissal for lack of jurisdiction. The Plaintiff/ Petitioner or Claimant has entered timely documents and documentation requesting transfer of all matters from the United States District Court to this Court for final disposition. This too should be acceptable and filed timely.

The presiding judge which is Honorable Royce C. Lamberth must now decide if not already on such motion to dismiss by the court that it is obligated to assume all factual allegation to be true which they are and to draw all reasonable inference in the Plaintiff / Petitioner or Claimant's favor. One should see and review _Henke v. United States_, 60 F. 3d 795, 797 (Fed. Cir.1995). Nevertheless, Plaintiff should always bear the burden of establishing jurisdiction by a preponderance of the evidence which the Plaintiff or Petitioner has already submitted in his Appendix. Due to fraud, unethical activity and misconduct the Plaintiff has already done so. One should also review _Reynolds v. Army & Air Force Exch_. Serv., 846 F.2d 746, 748 (Fed. Cir. 1988) ("[O]nce the [trial] court's subject matter jurisdiction [is] put in question, it [is] incumbent upon [plaintiff] to come forward with evidence establishing the court's jurisdiction.") The Plaintiff / Petitioner or Claimant has done everything which should trigger and make this court not having jurisdiction over the United States Federal Claims Court.

Even though the Plaintiff / Petitioner or Claimant is filing as a *pro se*, Clemmons has done everything proper in accordance with the Federal Rules of Civil Procedures. Clemmons too has produce evidence to justify this court not having jurisdiction over the United States Federal Claims Court. Clemmons too has reported ongoing crimes being committed against him in other jurisdiction in relation to the Federal Employees' Misconduct and wrongdoing which has all been reported to the United States Attorney General Office without any communication upon Clemmons to advise and inform that such office is looking into such crime and are investigating such wrongdoing to see that true justice does prevail itself.

In the United States District Court just as well as in any other court, the pleading of a *pro se* plaintiff are supposedly be held to a less stringent standard than those of the litigants represented by counsel. See <u>Hughes v. Rowe</u>, 449 U.S. 5, 9 (1980) (quoting <u>Haines v. Kerner</u>, 404 U.S. 519, 520 (1972)) (*pro se* complaints, "however inartfully pleaded," are held to "less stringent standards than formal pleading drafted by lawyers"). Indeed, it has been the tradition of the court to examine the record "to see if [*pro se*] Plaintiff has a cause of action somewhere displayed." <u>Ruderer v. United States</u>, 188 Ct. Cl. 456, 468 (1969). Which I (the Plaintiff / Petitioner) assumed that I have displayed such cause of action and it is clearly displayed throughout. Even though the Plaintiff / Claimant has filed as a *pro se* it still does not give one the right to discriminate base on a person status or status quota.

The Plaintiff filed such lawsuit against the Defendant with the intentions of a jury trial and to defend any actions or issues the Defendant may have against the Plaintiff and the Plaintiff have against the Defendant. The Plaintiff requested a speedy jury trial and as of this day and within 120 days after such case was filed such was still not given or granted which too should constitute immediate compensation in accordance with the Plaintiff or Petitioner's Seventh

Amendment Rights to the United States Constitution. If such rights are denied then such person or party must too pay for violating such person rights to a jury trial.

The Petitioner still has not or did not received <u>any records of entitlement</u> to received under the Freedom of Information Act and Privacy Act such documents requested under such act were: (1) All military orders, ordering an investigation and written communication sent to the Petitioner addressing any immediate issues or concerns (2) Certified true copies of Investigation Report without redacting anything. (3) Certified true orders from the U.S. Attorney Office Ordering an Investigation. (4) Certified true orders from the Department of the Army ordering such investigation and placing such person information belonging to the Plaintiff to be placed in a criminal database illegal labeling the Petitioner as a criminal or to knowledge or expose the Petitioner as ever been a subject of an investigation that was done illegal and outside such agency scope of line of duties. (5) Certified true copies of orders or instruction from the State Attorney General Office requesting such investigation. (6) Certified true rights or access to monitor the Plaintiff's whereabouts, etc. (7) Failure to produce such serious crime and evidence what make such bogus claims regarding of investigating a serious crime. (8) The Plaintiff or Petitioner still has not received an order or a confirmation deleting any personal information belonging to the Petitioner from their databases. (9) Petitioner has not received any jurisdiction papers giving such agency jurisdiction or rights to perform such so claim by the Defendants. Due to these failure as indicated in this brief the Defendant has not proven and validate any reasoning why such complaint should be dismissed without full compensating the Plaintiff or Petitioner for his injuries, damages imposed upon his life, family, career, etc. Activities

Clemmons v. Department of the Army Case # 1:06cv00510

performed by the Defendants are not justified to grant such dismissal without compensation.

New evidence has surfaced validating and attacking activities of <u>fraud</u> by the Defendant. This evidence will be presented and disclose after this case has been transferred over to the United States Federal Claims Court.

Event though the Defendant or the Court / employees might not want to agree to the mistakes made and entered on the docket or record in accordance with the Federal Rules of Civil Procedures, Rule 60 due to (a) Clerical Mistake or error, (b) Mistake Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, Etc. all in which the Plaintiff or Petitioner claims with proof to support such claim. The Rules states and expresses that upon a motion and upon such terms as are just, the court may relieve a party or party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake (in which the Plaintiff or Petitioner claim) (2) inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59 (b) ( this too is a section or rule in which the Plaintiff or Petitioner claim); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment or order is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment. The motion shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than one year after judgment, order, or proceeding was entered or taken. A motion under this subdivision (b)

does not affect the finality of a judgment or suspend it operation. This rule does not limit the power of a court to entertain an independent action to relieve a party from a judgment, order, or proceeding, or to grant relief to a defendant not actually personally notified as provided in Title 28 U.S.C., § 1655, or to set aside a judgment for fraud upon the court. Writs of coram nobis, coram vobis, audita querela, and bills of review and bills in the nature of a bill of review, are abolished, and the procedure for obtaining any relief from a judgment shall be by motion as prescribed in these rules in this paragraph or by an independent action in which the Plaintiff or Petitioner now present to the court for complete relief of the order placed against this case and dismissal without substantial facts or reasoning. The Plaintiff / Petitioner continue to request transfer of this case to the United States Federal Claims Court for complete payment of tort damages in which this court should have rule on in accordance to the damage indicated, proven and stated and in accordance with the rules, regulations and laws of the Freedom of Information Act and Privacy Act.

The Plaintiff / Petitioner paid a fee for justice and in return received nothing in return for such fees paid out this too should be a serious issue or concern. Even though the Plaintiff is a *pro se* and filed everything in accordance with the Federal Rules of Civil Procedures it still does not give or grant anything to the Defendant when the Defendant is found in violation of Rule 11 and Rule 37. Therefore, Rule 12 cannot apply or be given in the Defendant favor.

In this case in which the Plaintiff or Petitioner is petitioning for relief from such judgment or order. The Plaintiff or Petitioner continues to stand for immediate removal of such order administrated against the Plaintiff without ever receiving such an order from the court in

Clemmons v. Department of the Army Case # 1:06cv00510

accordance with the Civil Rules of Civil Procedures. The Petitioner does know that such matter has been dismissed for unknown reasons. Due to failures in not serving anything upon the Petitioner is too a violation according to the Rules of Civil Procedures which too should justify all the Petitioner's requests.

The Plaintiff or Petitioner now request transfer to another jurisdiction (United States of Federal Claims Court) due to admitting the United States District Court's flaws, mistakes and intentional actions which were not in accordance with the Federal Rules or Civil Procedures.

This actions administrated upon the court should be viewed and listed as an independent action for relief and compensation from the wrongdoing indicated in this brief call Tort Damages see attached pages of timely submission of Form SF-95.

December 21, 2007

Respectfully submitted,

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601
clembusn@yahoo.com
866-409-7758

Clemmons v. Department of the Army Case # 1:06cv00510

Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

June 8, 2007

Sam L. Clemmons
548 Saint Charles Pl.
Brookhaven, MS 39602

Re: "Timely Submission of Form SF-95"

Dear Mr. Clemmons:

The attached forms were forwarded by the U.S. Court of Appeals to this Court. The Claims for Damage, Injury, or Death sent by you need to be forwarded to the individuals or organizations listed on the form. Service of process is the responsibility of the party doing the service.

Thank you for your attention to this matter.

Sincerely,

NANCY MAYER-WITTINGTON, CLERK

By _____
Deputy Clerk

548 Saint Charles PL
Brookhaven, MS 39602

May 31, 2007

JUN 04 2007

Clerk, United States Court of Appeals for the
District of Columbia Circuit
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2866

<u>**Re: "Timely Submission of Form SF-95"**</u>

Dear Clerk of the Court for Appeals, Administrative Judges under review and Witnesses, etc.:

   In accordance with the Federal Rules of Civil Procedures and the Rules of Form SF-95, I am perfecting service upon you through a third party which is the United States Postal Service with the attached application as a witness in any Court of Law to prefect service according to Application Procedures to the party who is responsible for these tort damages to be fully liable and responsible for the process in accordance to the Rules and the Laws of the Courts.
   **The law clearly states...in accordance with appropriate Federal Agency: The Federal agency whose program resulted in the claim must receive an administrative claim. If another Federal agency receives the claim, that agency will immediately forward the claim to the appropriate agency, if known. If the agency cannot identify the appropriate agency, the agency must return the claim to the claimant.**
   Also in accordance with to *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982), *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933), you are now made aware that the Claimant has been denied all his rights under the Due Process of Law and in accordance with the Rules of the Federal Rules of Civil Procedures. The Claimant or Plaintiff has now justified why any case should not be dismissed or closed without a summary judgment in favor of the Claimant or Plaintiff.
   These violations and wrongful conducts have added more injuries to the Claimant and the Claimant's claims to recover from tort damages under the **<u>Good Samaritan Doctrine.</u>**

Respectfully Submitted,

*[signature]*
Sam L. Clemmons
Plaintiff &
Primary Server

CC: Records

Tracking purposes:

1